LA


FILED PH
10/16/2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# United States District Court
# For The Northern District Of ILLINOIS
# Eastern Division

RECEIVED

AUG 27 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Chitunda Tillman Sr**

                    **Plaintiff**

                        **V.**

**Navient Solutions, LLC , USA Funds, IQOR,
AlliedInterstate, Allied Interstate, LLC**

                    **Defendant(s)**

)
) Case Number:
) 1:18 - cv - 04625
)
) Judge John J. Tharp JR
) Magistrate Young B. Kim
)
)

18 AUG 27 PM 5: 33

### Motion and Presentment
### Amended complaint

## I. PRELIMINARY STATEMENT OF THE CASE:

1. Plaintiff Chitunda Tillman Sr. brings this action and states a claim to secure redress and damages from unlawful credit reporting and collection practices of Navient Solutions LLC, United Student Aid Funds, Iqor and Allied Interstate LLC. Defendants attempted to "collect and reported" as a defaulted debt on Plaintiff's credit as justification to report negatively and collect on a debt that plaintiff didn't owe as you will understand by the end of complaint; that it would have been *impossible* for Plaintiff to sign any Electronic Promissory Note rendering the Promissory Note Defendants stated Plaintiff allegedly owing then signed void, invalid, a non-existent contract or agreement thus to be immediately removed off my credit report; In order to have a contract it must be voluntary between 2 parties (**I "Plaintiff" was an involuntary party**) in the alternative my (alleged) student loan which was satisfied years prior. Plaintiff alleges violation of the Fair Credit Reporting Act, 15 U.S.C. $1681 et seq. ("FCRA"); and the Fair Debt Collection Practices Act, 15 U.S.C. $ 1692 et seq. ("FDCPA") for every count or statement in this compliant. The 3 Credit Bureaus failed in their fiduciary

1

responsibility to inspect and remove USA FUNDS Filings off Plaintiff's credit report once Plaintiff disputed them. In the alternative after 7 years the "alleged" Loan should have fallen off. This action is also brought pursuant to the Truth in Lending Act (TILA), § 102, 15 U.S.C.A. §§ 1601 et seq. Plaintiff also seeks a Declaratory Judgment that the "Loan" is satisfied. Plaintiff also brings this action for redress against Defendants because they knowingly provided fraudulent documents to Major Credit Bureaus including not limited to Transunion, Equifax and Experian (Who failed in their fiduciary responsibility to investigate and report true and accurate reports collectively injuring Plaintiff who will also submit a copy of this complaint certified providing them with one last opportunity to remove negative student files off report.

The Credit Bureau Defendants are business entities with credit information about prospective or current customers with regard to their credit ratings, and their actions are regulated in part by the Fair Credit Reporting Act.) as well as other (Defendants et, al); by illegally justifying a default against Plaintiff namely via a Promissory Note [**Which Plaintiff did not sign via wet-note nor electronic signature thus no contract existed**]. Plaintiff also seeks damages for pain, suffering and emotional distress due to the inability to obtain credit based on this willful act.

All allegations made in this Complaint are based upon information and belief except those allegations which pertain to Plaintiff, which are based on personal knowledge. Each allegation in this Complaint either has evidentiary support or is likely to have evidentiary support after a reasonable opportunity for further investigation or discovery. Whenever in this Complaint reference is made to any act, deed or conduct of Defendants, the allegation means that Defendants engaged in the act, deed or conduct by or through one or more of their officers, directors, agents, employees or representatives who was actively engaged in the management, direction, control or transaction of the ordinary business and affairs of one or more of the Defendants et,al.

Plaintiff is informed and believes, and on that basis alleges, that at all times material, each principal of the Defendants was the agent, servant and/or employee of the Defendants et,al, acted within the purpose, scope and course of such agency, service and/or employment and with the express and/or implied knowledge, permission and consent of the other Defendants, and ratified and approved the acts of the Defendants et, al. I am also claiming **Duress** against Defendants et'al Claims: 1-38

**I.A** This case is brought within one year of the violations in compliance with the statute of limitations at 15 U.S.C.A. § 1692k(d) and within four years of violation of state law.

## II. JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction of this Court under 28 U.S.C.A. §§ 1331 (General Federal Question), and 1337 (Interstate Commerce) and 1367 (Supplemental Jurisdiction) and 15 U.S.C §§1681p (FCRA) and 1692k (FDCPA).

3. Venue in this District is proper because each defendant is subject to jurisdiction here.

## III. Parties:

Plaintiff Prose

4. Chitunda Tillman Sr
   P.O Box 5391
   Chicago IL, 60680-5391
   773-683-8607
   Invent002016@gmail.com
   Plaintiff Prose

*Defendant(s)*

5. Navient Solutions, LLC
   P.O Box 6180
   Indianapolis, IN 46206-6180,

6. USA, FUNDS                    "aka"

   | USA Funds |
   | --- |
   | **P.O. Box 9460** |
   | **Wilkes-Barre, PA** |
   | **18773-9460** |
   | **Defendant** |

   P.O Box 9460, PCA MC E 2 142
   Wilkes-Barre, PA 18773-9460
   800-331-2314,

7. IQOR
   12755 HWY 55
   Minneapolis, MN
   55441-9909
   800-367-1822

8. AlliedInterstate LLC
   12755 HWY 55, Suite 300          "aka"
   Plymouth, MN 55441
   800-367-1822

   | Allied Interstate LLC |
   | --- |
   | **P.O Box 361563** |
   | **Columbus, OH** |
   | **43236-1563** |
   | **800-367-1822** |

3

**9.** Trans Union Corporation
Consumer Disclosure Center
2 Baldwin Place
P.O. Box 1000
Chester, PA 19022
1-800-888-4213
http://www.transunion.com

**10.** Experian
P.O. Box 2104
Allen, Texas 75013-2104
1-888-397-3742
http://www.experian.com

**11. Equifax**
P.O Box 740256
Atlanta GA, 30374

**IV. FACTUAL ALLIGATIONS**:

**The plaintiff claims:**

12. Your honor I am bringing Navient Solutions LLC, USA Funds, IQOR, AlliedInterstate & Allied Interstate LLC to court because they have continuously attempted to present me with a **fraudulent** request for payment on account Number **9407292110-1** . The debt was cancelled and forgiven by the original creditor, Sallie Mae via The United States Department of Education's Cancellation Program. [**See Attachment A**] Notice the date **1-25-2006** via Chicago State Letter; and the June 12, 2006 and July 18th, 2007 University Accounting Services, LLC letter proving acknowledgement of 5 years of service. On the contrary this program exists and has for years. I taught/worked in the field in low income areas and should have received maximum benefits totaling or exceeding $17,500. The way the program was intended to work is that people like myself who sacrifice their time and attention working in communities that are distressed [**For a total of 5 years**] to help people etc get their loans paid off for each year of service. Enclosed are the Certifications from my previous employers Maryville Academy, Holy Angels School and Kaleidoscope, Inc and YBE etc covering a [**Seven year span**]. Submitted to Chicago State University [**A Public State University Not a Private One**] forwarded to Sallie Mae & The US Department of Education in January of 2006. The United States Department of Education acknowledged receiving documents on May 1st 2007 for Cancellation. In the alternative if my Alleged Loans were Public I Qualify and if they were private the Statute of limitations has expired on them being I graduated over 18 years ago and I have still been Teaching/Tutoring and providing services to underserve Communities. Clearly The Original Creditor would accept these additional years of service and Cancel out entire Loan in the alternative anyway if their business is helping students to be in a position to help others?

13. In [**Attachment B**] Notice the actual document from The United States Department of Education

; Shows that they received and cancelled the Loan "CA" on **5-01-2007**. They received "all" the certifications for

All the years of service at the same time; I know this to be true because I spoke to a staff member at the

United States Department of Education on 8-10-2018 @ 10:20 am [I.D # 3277960] on a recorded line and they

revealed to me that in their system that they in fact showed more than the $2000 that is present on

5

[Attachment B] in the system that had been cancelled; they in fact have documentation totaling an additional $5,500 on the same date Cancelled Paid in full. So far that's $7,500 accounted for and if you count the total years of service requirements [Five years] then there was another $10,000 plus that should have also been taken off of my alleged debt for every year of service; totaling $17,500 with the Additional 2 years of service; and additional $7500.00 or more. All of the "Alleged" Debt should have been wiped out. Minus cash payments I also made on the loan.

14. Please watch the willful and neglectful acts from defendants et'al see [**Attachment C**] Document from US Department of Education "the source" Notice on page 2 dated 4-26-2006 it said that the Loan was in RP [In Repayment] because it actually was in repayment; I was paying it back based on Sallie Mae telling me That until they submitted all my "certification documents" I had to keep Loan current this was also Another misinformation from Sallie Mae to make more money off me; under the guidelines of the US Department of Education's website while your documents are being reviewed you don't have to make Payments after that while files are being reviewed no matter how long it takes. I wasn't aware of that. Clearly looking from an illegal and willful perspective on behalf of the defendants et'al In [**Attachment C**] my alleged loan was never in default. Navient purposely defaulted it to capitalize and make money off my Cancellation and account that was closed and satisfied. That's why Allied Interstate on Behalf of Navient and Defendants et'al and Def et'al wanted me to Rehabilate the alleged loan from "**the dead**" thus creating a new debt which I refuse to do. Let's Review how the United States Department of Education was reporting my Alleged "Loan" [**See Attachment C**].

Date: 04-26-2006 Repayment

Date: 08-26-2007 Forbearance

Date: 01-26-2008 In Repayment

Date: 02-26-2008 Forbearance

Date: 08-26-2008 Repayment

Date: 09-24-2008 Deferred Note: If what Defendants say is true about me taking out a loan consolidation in 2006 then how could it be deferred? Those are 2 different programs.

Date: 12-26-2009 Forbearance 12-26-2009

Date: 05-26-2010 Forbearance

Date: 05-28-2010 Deferred

Date: 03-01-2011 Forbearance

Date: 07-26-2011 Forbearance

Date: 12-26-2011 Forbearance

Date: 12-26-2012 Forbearance

Date: 06-26-2013 Forbearance

Date: 11-26-2013 In Repayment

Date: 01-02-2014 Forbearance

Date: 06-26-2014 In Repayment

Date: 12-10-2014 Forbearance

Date: 02-08-2015 In Repayment

[Note: Please Think about this; 11 consecutive Years in Good Standing Right?] Then all of a sudden on

**4-01-2016** Defendants et'al claim I defaulted? Out of nowhere? Look how much **interest and fee's**

Were accruing unbeknownst to me a violation of (FCRA), (Truth In Lending) and (FDCPA) which was willful

and purposeful acts from Def' et'al; I was led to believe by Sallie Mae and only Sallie Mae;

that my Loans were taking care of per our phone conversation and the way they were reporting it to

the credit bureaus. [**See Attachment C.1**] page 2 Chicago State University "Deleted" further on page 4 it

says **Remarks**: Closed $0 Balance **Not "Consolidated"** and the date closed 04/2006 also notice **OK** which

means I was in good Standing. Please turn your attention to page 6 of the Transunion credit report

08-17-2006 [Attachment C.1] notice the monthly Qualifying Payments that Sallie Mae & I agreed to which

was 120 Monthly Payments @ $7 per month Along with my Certification documents [**See Attachment A**]

closed my account. Further proof of payments I made. To Sallie Mae:

[**See Attachment C.2**] dated 01-19-07 a Sallie Mae Letter from the IRS showing payments I made during

the year 2006 (OMB No. 1545-1576). The $7 arrangement was solely at Sallie Mae's discretion based on

my budget income and certifications. This was a period when Sallie Mae worked with people.


Please go back to [**Attachment C**]

Note: If this is true then on my credit reports over this 11 year span should have been reporting favorably

On my credit report since this reporting wouldn't show any alleged debt or Negative Student Loan

Information or any amount owed; or a crisis point where my Taxes needed to be offset per Defendants

Threats to me; thus **not** adversely affecting my debt to income ratio thus providing me the ability to

obtain personal credit or business credit to secure my families future.


15. Sallie Mae wasn't looking out for me or my best interest as they are required to do as a part of their

Fiduciary responsibilities and truth in lending to consumers. I made my 120 Qualifying Payments

8

[See Attachment C. 1] page 6 of my 2006 Transunion Credit Report.

16. Please look at [**Attachment C**] again; **Notice on 4-26-2006** in the **Status Description:**

[**Attachment C**] it doesn't say "Consolidation" it says RP In Repayment See [**Attachment C.2**] Sallie Mae

Letter from IRS stating I made payments in 2006 on **Account # 9407292110-1** and proceeding forward I am

only referencing documents that I can **verify outside of the "preview"** of Sallie Mae or Navient Solutions

LLC because they have a history of providing "bad information over the phone and also to have sent out

Blatantly incorrect information in writing (Purposefully) according to an article entitled the Navient

Lawsuits [**Attachment C.3**] where they were not only sued by CFPB, [Consumer Financial Protection

Bureau] as well but three other States including Illinois, Washington State and Pennsylvania. I reserve the

right to follow in those footsteps to pursue Justice till the very end. Speaking of providing "bad information

over the phone and also sending out Blatantly incorrect information in writing (Purposefully) Look at my

[**Attachment D**].

Note: I have firsthand knowledge of the events I am declaring to be true and further discovery from

Defendants et'al will show their willful and illegal conduct which caused me trauma and emotional distress.

According to the Government agency the US Department of Education & not Sallie Mae whom I don't trust;

US Department of Education stated in [**Attachment C**] page 2 on 08-26-2007 the Alleged Loan was

in Forbearance on dates and the same time frame that Defendants claim that Plaintiff took out a

Promissory Loan and or Defaulted? **No Consolidation Promissory Note On 4-26-2006**

**It was in Repayment by me & not via Consolidation**; remember on 1-25-2006 I was on the road to

Having all Loans Cancelled well before "Alleged Promissory note was signed. I will be asking a Jury why

would I agree to lose benefits I had fought so hard to obtain only to lose them in a consolidation?

17. See [**Attachment D**] this is the Alleged Promissory note the Defendants claimed I signed "Electronically. For starters why would an "<u>originally signed</u>" document have the account number's Redacted or blocked out; it stands to reason that if you were trying to show Plaintiff owed this "debt" Shouldn't the document be the clean original for Plaintiff to interpret and inspect the data? Which I Requested Numerous times more than 8 when once should be enough? This action further states pursuant to the Truth in Lending Act (TILA), § 102, 15 U.S.C.A. §§ 1601 et seq.

**Def et'al Credit Bureaus & Creditors are complained against in this suit that concern:**

**(a) Failure to disclose material fact of the loan by providing the original alleged Promissory Note Bearing my signature.**

**(b) Misrepresentation and fraudulent concealment of material facts of the alleged loan.**

**( C ) Refusal to rescind the alleged loan after lawful demand for rescission by Plaintiff because there is No Promissory Note signed by Plaintiff Wet-Note or Electronic and Plaintiff did not consent to a Promissory Note Being Drafted in His Name and certainly didn't agree to any terms amounts or conditions.**

**(D) Defendants et'al "All Creditors Defendants" Created a Promissory Note In My Name Falsely then threatened me with an action against the the IRS. The Credit Bureau refused to remove the Information on my report which by Law they are bound under FCRA because the Creditors didn't Produce the Original wet-note signature once I requested it and the Creditors couldn't produce it**

**the Creditors took it upon themselves to create a Promissory note not based in fact. In fact I didn't**

**know anything about the Promissory Note until it ended up on my credit report.**

[**Attachment D.1**] Plaintiff, under the auspices of the (FDCPA) (FCRA), for not truly and fairly verifying this

Alleged Promissory Note that Defendants claim to be true which it is not. Plaintiff, under the auspices of

the FDCPA, notified Credit Bureau's and also notified Creditors, both by mail and by phone as early as

2017 of notifications], to cease and desist all contact with Plaintiff regarding their

Collection attempts on these alleged bills Defendants ignored Plaintiff's notice and continued to

Aggressively bill Plaintiff for this alleged Promissory Note that Plaintiff knows he didn't sign.

The defendants violated 15 U.S.C.A. § 1692d by phoning Plaintiff repeatedly, even after notice not to do so,

And continuing to attempt to engage Plaintiff in conversation with the intent to annoy, abuse, and harass.

By sending numerous dunning bills by mail with totals exceeding maximum limits for this type of alleged

Debt an estimated 31% or higher and harassing Plaintiff despite notice that the debt was disputed and

the amount the debt collector was trying to collect was wrong, Defendant[s] persisted in trying to collect

the debt. The Plaintiff disputes that any amount is owed to the Defendant. Imagine if it were only one

Creditor coming after you wrongfully and relentlessly; now multiply that level of harassment by 5x

These are the Collection Agencies and Creditors who harassed me and intimidated me by threatening to

Come after me & offset my Taxes etc, such as Navient Solutions LLC, United Student Aid Funds, Iqor and

Allied Interstate LLC and also ALLIEDINTERSTATE, LLC.

18. The Defendants et,al are attempting to collect a debt for an amount that is neither incurred by law

nor a legal obligation. A debt collector violates the FDCPA when it attempts to collect a debt that is not

authorized by law. And not authorized by law or an underlying agreement, see 15 U.S.C.A. § 1692f(1). Further Defendants motion for Summary Judgment was Denied in *Torres v National Enterprise Systems, Inc WL 5511294 (ND. ILL Oct 4th 2013)* denying defendants motion for Summary Judgment after collection agencies alleged withdrawal from Plaintiff's account without authorization or in *Alger v. Ganick, Obrien & Sarin, 35 F Supp. 2d 148 (D. Mass. 1999)* for falsely telling process server that student loan debt was unpaid and instructing him to notify debtor to appear in court would be a violation. Or in *Padilla v. Payco Gen AM Credits, Inc 161 F Supp 2d 264 (S.D.N.Y)* Granting plaintiff's summary Judgment motion on claim that fee's above 18.5% above allowable limit and would be a violation.

**As a general rule, proceedings involving discharge and discharge-ability are not grist for summary judgment motions. *In re Krautheimer, 210 B.R. 37 (Bankr. S.D.N.Y.1997)* thus Summary Judgment is normally an inappropriate procedural device for adjudicating matters brought under the discharge exception for debts brought under the discharge exceptions for willful and malicious injury under 11 U.S.C.A § 523(a)(6).**

19. The Defendant has made derogatory entries on the Plaintiff's consumer credit report and the Plaintiff reserves his right to bring additional claims under the Fair Credit Reporting Act, 15 U.S.C.A. § 1681 et seq. The Plaintiff has never received any benefits from any of the Defendant et'al, and does not have a business relationship with them [Defendant et'al], and notified the Defendant et'al that [he] did not owe them anything. See 15 U.S.C.A. § 1692f(1). Additionally Phone Calls night and day ignoring Illinois and: Federal Laws The defendants violated 15 U.S.C.A. § 1692d  by phoning Plaintiff repeatedly, even after notice not to do so, and continuing to attempt to engage Plaintiff in conversation with the intent to annoy, abuse, and harass (Behind a Fraudulent Promissory Note).

20. Note: Under the fair credit Reporting act that promotes accuracy, fairness and privacy of

Information in consumers files; I also have a right to have it removed due to fraud or Forgery of any kind of

Signature, as a credit bureau just observing the alleged Promissory Note it has 2 different dates on it;

looking at this alleged Promissory Note in [**See Attachment D**] look at the box in the upper right hand

corner where it reads     Guarantor, Program, or Lender     Isn't this denying me access to reports info etc.
                             Identification WEB

Why is the lenders name blacked out? Isn't that denying me access to the files in question a clear violation

of FCRA; I specifically requested to see the original and the all parties involved didn't comply;

Creditors/Defendants nor the Credit Bureaus furnished this information which is my right under the law.

Further on these dates but not limited to the dates in [**See Attachment D.1**] I requested by certified mail

On 9-5-2017, 12-03-2017, 12-11-2017, 2-6-2018, 02-23-2018, 02-26-2018, 4-3-2018, 02-19-2018.


21. [**See Attachment D**] on alleged Promissory Note Loan Numbers that I could verify "outside" of

Navient/Sallie Mae with alleged source of funds The US Department of Education? Notice on page 4 of 9 it

has a signature date under my "*Alleged Name*" of 01-01-2001 [A date in which the office of USA Funds and

Navient were closed due to it being on **New Year's Day** a National holiday] then where it says

today's date 4-18-2006. The Credit Reporting agency just took the word of creditor without fact checking

2 different signature dates? This lack of care for fairness and reporting accuracy enhanced my inability to

Not obtain credit similarly, in continuing to contact Plaintiff by mail after notice, defendants violated 15

U.S.C.A. § 1692g. Any or all of the actions of defendants would have been more than sufficient to

Overcome the will of the least sophisticated consumer to resist such tactics.. How can a Promissory note

have 2 electronic signatures [I'll wait] the note has 2 different dates of execution? Defendants are

Attempting to commit a fraud against me by saying that I signed a Promissory note then defaulted on it.


22. Plaintiff began disputing the false and inaccurate derogatory references on defendant credit-reporting agency when he became aware of it See [**Attachment D.1**] after previously corresponding with defendants et al, credit-reporting agency numerous times, plaintiff pulled his own report defendant et,al credit-reporting agency credit report, only to discover that the false and inaccurate credit derogatories, remained on his credit report. On around April 3rd, 2018 [date of letter], plaintiff wrote a last letter (sent via certified mail) to defendant et'al credit-reporting agency (a copy of which letter is see [Attachment D.1] as incorporated by reference), containing a detailed list of these derogatory entries that Plaintiff requested to have removed or corrected. In See [**Attachment K**] despite plaintiff's efforts to obtain corrections of the inaccurate and derogatory information on [his] credit report defendant credit-reporting agency refused to make the necessary corrections to render plaintiff's report accurate and complete.


23. Proof I have been conspired against and denied the ability to obtain credit against Defendants by [**See Attachment E**] page 2 the payoff amounts **Navient Solutions LLC**, reported in column 25 of their Alleged Promissory note; are all different amounts than **Allied Interstate** page 4 is reporting. I didn't sign this note I never saw this note.

| Compare No Funds Are The Same? |
|---|

| Navient Solutions, LLC Amounts | Allied Interstate |
|---|---|
| 1.  $6,660.48 | 1.  $772.88 |
| 2.  $3,269.62 | 2.  $2,462.21 |
| 3.  $2,459.39 | 3.  $3,235.03 |
| 4.  $3,231.32 | 4.  $3,273.94 |
| 5.  $1,647.68 | 5.  $6,669.27 |
| 6.  $5,261.65 | 6.  $1,649.57 |
| 7.  $771.99 | 7.  $5,267.69 |

24. If the numbers don't match; you must detach! [Me from any obligation of this alleged debt that I don't owe] Notice on the Allied Interstate documents [**See Attachment E**] dated 10-25-2017 page 4 they used **Sallie Mae** on their Documentation as a representation of Sallie Mae reporting that I owe this debt against my credit. # 1 Please look at the date of the document in question **April 24, 2006** [**See Attachment E 1**] page 2 there is no Date of **4-26-2006** if they claim I owe this debt shouldn't the dates they claimed I signed and defaulted on a Via a Promissory note at least match? This is my life their playing with just to make a few bucks, myself and family have suffered immensely under (FCRA). Yet [**See Attachment E.1**] the actual document from The United States Department of Education show's no date of a consolidation loan on 4-24-2018 then to add insult to injury please [**See Attachment D**] page 4 of 9 on this fake promissory note it has 2 additional dates that are all different 01-01-01 and 04-18-2006 and therefore that makes the Promissory Note a Fraud.

Alleged Promissory note Defendants who claimed I signed it (a fraud) and thus is not a signed or executable Contract or Valid Promissory Note thus must be removed off my credit immediately I do not owe this debt.

25. Pause: Your Honor please [**See Attachment F**] Navient claims in a response to the Illinois Attorney

General's Office dated June 11, 2018 Paragraph # 2 Navient previously serviced a Federal Consolidation Loan

for Mr. Tillman which was disbursed in April 2006 [very crafty; notice they [Navient] didn't specify a date] they

further go on to say that Mr. Tillman's Consolidation Loan defaulted due to non-payment in April 2016 Please

See [**Attachment G**] the actual Letter from Navient Solutions LLC, and ***USA Funds*** who is currently

Reporting this travesty and negativity on my credit dated February 17th, 2018 page 2 Defendants finally

**Admitted** that they entered the default against me in error please look at the Disbursement date 04-26-2006

See [**Attachment G**] Please go back and look at See [**Attachment E. 1**] shows a document from the US Dept of

Ed which shows that on the date of **4-26-2006** Plaintiff was in RP In Repayment which means that USA Funds,

Navient and all Defendants et'al are knowingly reporting that I owe this alleged debt by signing a Promissory

Note Which I didn't yet still reports to the credit bureaus which is affecting my ability to obtain credit per

FCRA. Then Defendants et'al are still reporting that on 4-26-2006 I Plaintiff Defaulted when clearly it shows I

was in Repayment; Not Default The defendants violated 15 U.S.C.A. § 1692f in that their actions were an

unfair and/or unconscionable and malicious by means to collect a debt for the reasons set forth above as a

result of the above violations of the FDCPA, Plaintiff demands (respectfully) a declaratory judgment that the

defendants' conduct violates the FCRA and FDCPA, awarding actual damages, statutory damages, and costs of

suit as provided for in 15 U.S.C.A. §.

26. Please look [**See Attachment F**] # 3 Navient states that On October 13, 2014 Sallie Mae separated from its operation into two independent companies, Sallie Mae Bank & then into Navient according to Navient Mr. Tillman's loan was owned and serviced by Navient. Look at [**See Attachment C. 1**] I don't know what Navient is referring to because if you look at my credit report **Sallie Mae** is the one reporting not **Navient,** see [**Attachment E**] page 4 it clearly States **Sallie Mae "Education Leads Us" April 24, 2006 *NOT*** Navient Lastly I made several attempts to get this Matter resolved by Sallie Mae and on March 5th, 2018 they Responded saying they are not reporting anything on my credit and after 2014 Navient claimed I owed them. See [**Attachment H**]. So isn't that a contradiction on Sallie Mae's part writing me telling me they are not Reporting even though defendants et'al are Using Sallie Mae's **Strong name and Presence** in the Market Place to give themselves legitimacy and credibility against Plaintiff? That they don't deserve. Also See [**Attachment F**] # 4 Why would I forfeit my benefits to consolidate a Loan that I had already begun a path to Cancellation? Defendants just acknowledge I had "some" benefits.

27. I don't owe anyone based on this fraudulent promissory note and my Loan wasn't in default see [**Attachment I**] **Caivrs Report** Government Agency proving no defaults on my record and no offset in Taxes. See: [**Attachment I.A**] Allied Interstate Defendents et'al USA Funds threatened me on 12-26-2017 with the Tax OffSET Program then as a basis states I Defaulted on a Student Loan which they know that I didn't smearing my reputation as a bad risk with a *Government Agency as significant as the IRS* causing me great emotional distress. I have suffered greatly by not being able to obtain credit under FCRA and FDCPA by paying higher interest rates for everything because everything is in cash and upfront and never having the opportunity to build up credit history or invest in my future or my family's future growth, personal savings or obtain a loan for my business. VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.CA.

§ 227 et seq. Defendants "ganged up" on me by sending all their agents/dogs after me at the same time over loading me with phone calls and threatening letters.

28. See [**Attachment J**] Dated 3-14-2018 [Shell Game] USA Funds/Navient Stated that I had a $0 balance on my credit report Then sold alleged account 2 days later on 3-16-2018 to Iqor yet see [**Attachment G**] Default entered in error by Navient Solutions, LLC so what is the basis to then create a Debt in my Name knowing I don't owe it? Meaning That I wasn't in default via Promissory Note thus no debt then on 3-20-2018 it was resold to Allied Interstate. Defendants used an automatic telephone dialing system or a prerecorded or artificial voice to place telephone calls to Plaintiff's cellular telephone I already had to change my number once due to the harassment but this time I'm not changing my number; Defendants et'al are going to change the way they do business. Plaintiff did not expressly consent to Defendants' placement of telephone calls to his cellular telephone by the use of an automatic telephone dialing system or a prerecorded or artificial voice prior to Defendants' placement of the calls The allegations of the preceding paragraphs are re-alleged and incorporated by reference as if set forth fully here.

29. Defendants used an automatic telephone dialing system or a prerecorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

30. Plaintiff did not expressly consent to Defendants' placement of telephone calls to [his] cellular telephone; by Live person or artificial voice or of an automatic telephone dialing system or a prerecorded or artificial voice prior to Defendants' placement of the calls.

31. None of Defendants' telephone calls placed to Plaintiff were for emergency purposes as specified in 47 U.S.C.A. § 227(b)(1)(A).

32. Plaintiff told Defendants to stop calling [him] on his cellular telephone.

33. Defendants willfully or knowingly violated the TCPA by continuing to place calls to Plaintiff's

cellular telephone after being told not to do so.[Imagine Navient Solutions, LLC, IQOR, Allied Interstate USA Funds] calling you everyday taking turns threatening you making phone calls harassing you everyday, every other day for a year as an example writing letters threatening you. Defendants placed multiple automated calls per day to Plaintiff's cellular telephone especially over last several months prior to the filing of this action, leaving voice-mails nearly every time it called or hanging up only to Call right back from a different number stalk-like.

34. Defendants in placing an excessive number of telephone calls to Plaintiff's cellular phone and leaving a voice-mail on most calls has engaged in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt in violation of the FDCPA at 15 U.S.C.A. § 1692d Look at the shell game Defendants are playing with my life and my possible success. The foregoing acts and omissions of Defendants and their agents constitute numerous and multiple violations of the FDCPA including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C.A. §§ 1692 et seq., with respect to this Plaintiff. The actions of Defendants and their Further

Damages occurred based on this willful violation of FCRA and FDCPA are the numerous rejection letters for

Credit even though I am credit worthy See [**Attachment K Low Score 531**] Page 2 Credit Bureau $77, 622

Reporting I owe and look at inquiries page 4 of 4 including loans I didn't get based on USA Funds Defendants et,al's negative and fraudulent reporting I have suffered going to all these meetings and spending money on presentations only to be told No based on Credit I should have perfect credit by now in my life. Going to presentations only to be told that my credit is the mitigating factor why I get rejected; also page 1 of 3 how did I miss a payment? What were the terms and payment due? Yet see [**Attachment D**] Page 2 do those totals match; they do not. [Attachment K & D Look how vast the numbers differ 50%]

35. I do not owe this debt; See **[Attachment D]** Defendants cannot be trusted I never signed via wet-note or Electronic Signature this Promissory note Dated 01-01-01 or 4-18-2006 or 04-24-2006 that Defendants **USA Funds**, Navient Solutions et'al are claiming I did  Please See [**Attachment X**] per the United States Department of Education the only way to sign a Promissory Note is via an FSA ID page 1 It reads "You

(Mr. Chitunda Tillman Sr) have successfully created your FSA ID as of **August 10th 2018**; You can now use your FSA ID to complete and electronically sign In Sum:  (Of the Two Parties Involved Plaintiff and Defendants) Myself as the Party # 1 Plaintiff Chitunda Tillman Sr did not Voluntarily accept Defendant's (Party # 2) Promissory note as attested to and proven below:


Your: **Master Promissory Note [MPN]**

So Please go back and look at {**Attachment F**] look at # 5 and question how can Navient be telling the truth about me signing a Promissory Note 04-2006 **Electronically** when I wasn't even in the system on FSA to do so? Per **The United States Department of Education**; I just got a FSA account on **August, 10th 2018**. My ability to obtain credit has been destroyed and it is my humble and respectful prayer that a Judgment be entered in my favor to have a Judgment letter releasing me from this alleged "Debt" and Discharged against USA Funds Navient et,al that I don't owe which will stop them from putting this on my credit and stop defendants et,al from continuously **circulating** this alleged debt in my name; it is further my prayer to have a monetary judgment for my pain and suffering [$1,000 per count] plus punitive damages based on Jury decision; due to the willful and continuous hurtful acts on Defendants part denying me credit. Defendants' acts, as described above, were done intentionally with the purpose of **coercing** Plaintiff into paying a false debt or debts based off of a fraudulent Promissory note. The statement made by the Defendant in paragraph # 23 of this

20

Complaint is a false and misleading statement and violates the FDCPA, see 15 U.S.C.A. § 1692e. The actions of Defendants and their agents have proximately caused injury to Plaintiff in the form of emotional distress, humiliation, embarrassment, and mental anguish as a result of Defendants' violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C.A. § 1692k(a)(1); statutory damages in an amount up to [$ Jury Decision] and or Maximum the Law Will allow pursuant to 15 U.S.C.A. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C.A. § 1692k(a)(3), for my time and money I spent preparing etc; from Defendants As a direct and proximate result of the actions of the defendants, and each of them, plaintiff has been damaged in an amount in excess of the minimum jurisdictional limit of this court, which will be proved at time of trial. As provided under the Federal Fair Credit Reporting Act, plaintiff is entitled to actual damages, loss of wages, damage to credit reputation and creditworthiness, pain and suffering, statutory penalties, punitive damages, costs and attorney's fees. Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties since at least 2014 (the "inaccurate information" presented in complaint 1-35 counts under FCRA & )

36. Plaintiff has applied for and has been denied personal, housing, auto and business credit in the State of IL and the basis of the denial was See [**Attachment D**] The Fraudulent Promissory Note created by Defendants et'al and the lack of investigation and action in Plaintiff's favor by Credit Bureau's Trans Union, Experian and Equifax Respectively. The inaccurate information that appears on Plaintiff's credit reports, which was a substantial factor for the denial.

**I [Plaintiff] did not voluntarily accept the terms of Defendants Promissory note.**

37. Under Student Loan Law § 8.5.4 Under Other Defenses To Loan Enforceability and § 8.5.4.1

Forgery, Mistake, Infancy and Other Contract Defenses. A Borrower's obligation to pay a student loan is conditioned upon the loan agreement being enforceable under basic contract principles-in which forgery, mistake, and fraud are defenses-that affect a borrower's obligation on any note. This is relevant for both federal and private loans. The HEA does not limit other contract defenses; These defenses should therefore apply to

student loans just as they do any type of loan. Borrowers have, for example, successfully raised duress as a defense.

38. "If a borrower did not sign a student loan note and the student's signature was forged or altered the student [Plaintiff] shall have no liability under that note; It should make no difference whether the forger is the school or lender. "According to Student Loan Law Section 8.5.4 and 8.5.4.1 and Illinois Law of Negotiable Instruments A. [15.2] The Purported Maker's Rights When there is no markers signature **no one is liable on a note as a marker**. Indeed, when there is no markers signature, the writing does not even constitute a "note"

Remember: A negotiable instrument is a "note" if as in a promise Section 3-104(e). However, a writing with no marker's signature is not a promise as defined as a written undertaking to pay money Section 3-103(9) in sum without the markers signature, the writing cannot be a promise and thus cannot constitute a negotiable instrument. Thus: Section 3-104(e) @ # 1. The person who did sign as maker had actual or apparent authority to sign for the maker See $3-402 which I attest that the defendants had no authority to sign on my behalf as **I never signed, agreed, volunteered nor endorsed** this promissory note Defendants claimed that I signed via wet note nor electronic signature. In See [Attachment D]

In Closing: This Just Came To My Attention:

For the record Defendants et'al have stated or implied that I [Plaintiff] somehow have obtained or created a falsified a letter in my own defense yet I [Plaintiff] only relied on the facts that I never signed a Promissory Note and that the letter Dated June 21st 2010 or 03-30-2009 was not created by me (And I never personally benefited from their existence) but I did find something interesting **Note: Under Student Loan Law 8.4 Deceptive and Abusive Debt Collection Tactics and Legal Violations 8.4.1 Factors that foster deception and abuse in Student Loan Collections in a 2009 report the US Treasury Dept stated the US Department of Education has turned over almost all student loans to Collection Agencies so it is "possible" based on their tract record for being sued for deceptive practices that these letters were sent to me by them to me in reference to my countless requests for clarity on this issue** so in the year 2009 Collection Agencies went wild attempting to collect on any perceived debts they could; even if it meant bending the truth; when if you will notice that I never received the original Promissory note with my original signature even proof of Electronic Signature [footprint] and I will focus on that so for all intents and purposes I am not claiming that these letters from Sallie Mae dated June 21st 2010 or 03-30-2009 are true and that's why they are not in this complaint dated August 27th 2018 because all I have been getting from Sallie Mae is misinformation and the

run-around as I continue to proceed in good faith. I am requesting that discovery be opened up fully and I am also requesting a Jury Trial. I want a Jury to untangle these alleged contradictions Defendants stated that I created those letters without any proof. This is a diversion tactic to draw your attention from the fact that they Defendants et'al the initial four I sued, Navient, Iqor, Usa Funds and Allied Interstate created a fraudulent promissory note and they know it; so now they need some sort of response against me even if it's not true, also not knowing me or my background in Education or my character to make a remark like that.

See [**Attachment Y**] Counsel letter Dated August 20, 2018 from a Def et'al Attorney "McGuire Woods" in introductory letter (Paragraph # 3) NSL's investigation has revealed that this letter was neither drafted nor sent by NSL] First of all I never stated that this letter was sent by Navient Student Loan Solutions (NSL's) in fact see my [Attachment B] which shows the **United States Department of Education** did indicate they **Cancelled** a Loan on 05-01-2007 which means a cancellation program did exist or see [Attachment C.1] Sallie Mae was reporting on my credit and not Navient. Those letters mentioned Sallie Mae not Navient which I personally had nothing to do with the letters nor would I create a document that I know (or personally know) to be wrong especially if wouldn't help me when I didn't need to; because I know factually that I never entered into a promissory note on the dates in question and I relied on See [Attachment I] no Defaults were recognized by the IRS against me if my "Alleged Loan was in Default they would have certainly off set my taxes". [Attachment F Paragraph 3 Navient was created in 2014 so they would not have any records of 2010 or 2009 letter [either way] I had nothing to do with it [Exhibit I] and [Exhibit A] To Their Complaint; as an example look at the letter in Defendants [Attachment Exhibit One] for starters see their [Exhibit Two] which was; what was mailed to me over ten years ago; now see Defendants [Exhibit One] it appears to me that defendants just removed the zero balance portion of the letter then resent it to me, then tried to get an "Employee" to bring into question the contents of said letters; shouldn't the alleged original letter they sent as proof to my counsel have been the original file? It should be "crispy" or free of blemishes or marks meaning shouldn't their letter be an original "clean copy" Defendants letter looks just like what was mailed then damaged over time wear and tear to me based off of years of wear and tear what they originally sent me minus the zero balance; [compare the two ] they also expect me to believe that every document they send out is always factually and grammatically accurate; which is not always the case. If called to testify I will attest that I had nothing to do with those letters dated June 21st 2010 or 03-30-2009 I have not gained or would not have gained an advantage by having those letters in my possession; also the zero balance theme is even consistent with the Navient letter Dated June 11th 2018 Paragraph # 6 "The original account will display a zero balance (Due to transfer etc).

It is ridiculous and insulting to suggest anything to the contrary especially because the statement is not based in fact. I am proceeding in good faith and sanctions would be inappropriate. Sanctions against defendants would be appropriate. It appears that Defendants are trying to take the focus off of USA Funds who how can they be the Originator of Loan, Payee and Collector? It appears they control every phase of the alleged Loan which I don't owe.

[Attachment F] A Letter from Navient [Ms. Grace McNeil Navient's Office of the Customer Advocate] themselves Dated June 11th, 2018 written to Ms. Sullivan of The United States Attorney General's Office] Navient and Defendant's had month's to review my Allegations and documents and certainly would have brought this up to the Attorney Generals Office **but they didn't** because Defendants et'al have no basis to question my credibility or integrity especially without any proof; Secondly, I can't speak to any documents that Sallie Mae nor Navient submitted to me in the past because I don't trust them; the Defendant's have been sued countless times for falsifying documents I [Plaintiff] have not. In this Complaint and as relief I'm seeking I did not attach any of these two letters from Sallie Mae dated June 21st 2010 or 03-30-2009 because I don't know if they are true; but I will be questioning why Navient told the Inspector General's office they conducted a thorough investigation and after **completing & reviewing** my initial claim with these letters attached via said investigation as of June 11, 2018 and not remotely mentioning that they had questions or reservations about these two letters; I would have been obliged to offer any information I had about them. Then more than 2 months later (The Attorneys McGuireWoods tries to throw a hail marry not to the [**Attorney General's Office**] to dispute these letters against me but to "**Plaintiff and his former private attorney**". Because they know full well that The Attorney General's Office knows their history of ripping people/students off etc as I mentioned in **Attachment C.3 I have been honest about what they did to me on this case.**

"If a borrower did not sign a student loan note and the student's signature was forged or altered the student [Plaintiff] shall have no liability under that note; It should make no difference whether the forger is the school or lender. "According to Student Loan Law Section 8.5.4 and 8.5.4.1 and Illinois Law of Negotiable Instruments A. [15.2] The Purported Maker's Rights When there is no markers signature **no one is liable on a note as a marker**. Indeed, when there is no markers signature, the writing does not even constitute a "note"

Remember: A negotiable instrument is a "note" if as in a promise Section 3-104(e). However, a writing with no marker's signature is not a promise as defined as a written undertaking to pay money Section 3-103(9) in sum without the markers signature, the writing cannot be a promise and thus cannot constitute a negotiable instrument. Also Note that I want USA Funds to also remove this negative remark or filing off my credit.

Via court order or Judgment as well as other defendants;

Whereas, Plaintiff Respectfully Prays that a Judgment against Defendants be entered under FCRA, FDCPA, Truth In Lending with accompanying statues [$1000 Per Claim and offense], in Plaintiff's favor of a Declaratory Judgment against all Defendants on this Alleged Debt stating I don't owe it and then a subsequent clearing of the alleged debt off my credit report due to the extreme **duress** put on me as a result of Defendants actions, Actual Damages, Punitive and Compensatory Damages, Pain and Suffering, Reasonable Fee's expended by Plaintiff to file paper work, copy and serve as well as travel expense to file Complaint [Costs] 15 U.S.C.A. § 1640(a), Exemplary damages and Other relief the Court/Jury Deems Proper Claims 1-38 are included in my request for relief in this complaint.

I Chitunda Tillman Sr , Certify that I am the Prose plaintiff in the above entitled action seeking Jury Trial. The allegations in this complaint are **true as best to my knowledge**.

Signature: _Chitunda Till_ Date: 8 - 27 - 18

**Chitunda Tillman Sr Prose**
**P.O Box 5391**
**Chicago, IL 60880-5391**
**773-683-8607 Email: invent002016@gmail.com**

Plaintiff is a natural person who resides in the City of Chicago, Cook County, State of IL
, and is a "consumer" as that term is defined by 15 U.S.C.A. § 1692a(3).

Proof of Service

District Court Dirksen Federal Building:

Defendants:

_____

**1. Navient Education**
   **P.O Box 6180**
   **Indianapolis, IN 46206-6180,**

**2. USA, FUNDS**
   **P.O Box 9460, PCA MC E 2 142**
   **Wilkes-Barre, PA 18773-9460**
   **800-331-2314,**

**3. IQOR**
   **12755 HWY 55**
   **Minneapolis, MN**
   **55441-9909**
   **800-367-1822**

**4. AlliedInterstate LLC**
   **12755 HWY 55, Suite 300**
   **Plymouth, MN 55441**
   **800-367-1822**

**5. Allied Interstate LLC**
   **P.O Box 361563**
   **Columbus, OH 43236-1563**
   **800-367-1822**

6. Trans Union Corporation
Consumer Disclosure Center
2 Baldwin Place
P.O. Box 1000
Chester, PA 19022
1-800-888-4213
http://www.transunion.com

7. Experian
P.O. Box 2104
Allen, Texas 75013-2104
1-888-397-3742
http://www.experian.com

8. Equifax
   P.O Box 740256
   Atlanta GA, 30374

[ Attachment A ]

# CHICAGO STATE UNIVERSITY

OFFICE OF THE BURSAR

9501-F South King Drive / ADM 213
Chicago, Illinois 60628-1598
TEL 773.995.2471 • FAX 773.821.2510

## FAX COVER LETTER

**DATE:** 1-25-2006

**TO:** Chi Ther, da Tillman Sa

**FAX#** 773 278-5663

**VOICE#** _____

**FROM: Paul Michaels**

**FAX# 773-821-2510**

**VOICE# 773-821-2442**

Paul P. Michaels
Manager, Accounts Receivable
Office of Financial Affairs

## CHICAGO STATE UNIVERSITY

9501 S. King Drive / ADM 213
Chicago, Illinois 60628-1598
TEL 773.995.2442 • FAX 773.821.2510
E-MAIL: P-Michaels@csu.edu

18 AUG 27  5:32

**PAGES INCLUDING COVER:** 2

**SUBJECT/COMMENTS:**

_____

_____

_____

NOTE: THIS COMMUNICATION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHOM IT IS DIRECTED.
IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.
RETURN THIS PAGE AND ALL ATTACHMENTS TO THE ADDRESS LISTED ABOVE VIA REGULAR MAIL.
THANK YOU.

*Scholarship & Responsibility*

# CHICAGO STATE UNIVERSITY

OFFICE OF THE BURSAR

9501-F South King Drive / ADM 213
Chicago, Illinois 60628-1598
TEL 773.995.2471 • FAX 773.821.2510

January 25, 2006

Mr. Chitunda
257 W. 61st St.
Chicago Il. 60621

Re: Perkins In.# 591-97-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
Orig. Amount: $2,000.00

To whom it may concern:
The above listed Federal Perkins loan is no longer in default.
Mr. Tillman has benefit of loan cancellation. Upon processing of
the cancellation forms his Perkins loan will be forgiven for working in
an acceptable service career.

If you have any questions please call me at 773-821-2442.

Paul Michaels
A/R Mgr.

**FEDERAL PERKINS (NDSL) STUDENT LOAN**
**REQUEST FOR CANCELLATION BENEFIT OR DEFERMENT PRIOR TO CANCELLATION**    Year 2  96-97

You must file for benefits before during each year of non-default employment. You will need to submit this form as a Request for Deferment at the beginning of the year of service/employment and you will need to submit a second form as a Request for Cancellation upon completion of the year. Cancellation forms will be mailed to you following the end of the cancellation period. Please contact LUA if you change in service. All forms must cover a complete year; partial years do not qualify for cancellation.

| | |
|---|---|
| Name: Chiranda Tillman Sr. | Account Number: (14 digits) |
| Address: 233 W 61st Pl | |
| City: Chicago | Social Security Number: 348 - 64 - 2466 |
| State: IL    Zip Code: 60621 | Home Telephone: ( ) |
| ☐ Check here if this is a new address. | Employment Telephone: ( ) |

**Name of Lending Institution:**

**I. Check box for type of full-time Service or Employment**

☐ Teaching – Handicapped/Special Education    ☐ Head Start    ☐ Early Intervention
☒ Teaching – Low Income    ☐ Military    ☐ Nurse/Med. Tech
☐ Teaching – Math/Science/Bilingual Ed./Other Shortage    ☐ Bureau of Indian Affairs    ☐ Law Enforcement
☐ Peace Corps/VISTA    ☒ Child/Family Services

Name of SPECIFIC SCHOOL/Employing Agency: Hospital Manyville Academy

City: ____ State: ____ Zip: ____

Teachers must provide the following information:

County: ____    School District: ____

**II. Job Title:** Family Educator

THE FOLLOWING JOBS REQUIRE AN OFFICIAL JOB DESCRIPTION: Special Education Teachers, Teachers in Shortage Areas, Early Intervention Services, Law Enforcement, Child/Family Services.

Nurse and Medical Technicians must provide: State Board.    / / (date)    License #: ____

If teaching, provide grade level(s): ____    (Grade levels K-12)    And subject: ____

**III. Declaration**

☐ I request deferment of repayment of principal and interest while I complete the period of eligible service/employment required. (The dates you list below may extend into the future.) I declare that I will notify my lending institution upon a change in my status. I understand that if, for any reason, I do not complete the year of service for which I have requested deferment (below), I will begin repayment of my loan immediately. Employment/Service/Enforcement Dates (For teachers, dates must cover one academic year or two consecutive semesters. For all others, dates must cover one complete calendar year. Please include copy of your contract for the upcoming year. You must be employed full-time).

| | Begin | / / | End | / / |
|---|---|---|---|---|

☒ I hereby apply for a partial cancellation of my loan in the appropriate amounts of principal and interest for service or employment as described above. (May be requested only after one full year completion of service/employment)
Employment/Service/Enforcement Dates (For teachers, dates must cover one academic year or two consecutive semesters. For all others, dates must cover one complete calendar year.)

| | Begin | 08 , 09 , 96 | End | 03 , 13 , 97 |
|---|---|---|---|---|

**Signature of Borrower (REQUIRED):** ____    Date: ____

**IV. Certification of Employment, Service, or Enforcement Period:**

Name of Specific School, Employing, Service Unit: Manyville Academy

This space is provided for the organization's official seal or below. If one is not available, provide a letteral certification confirming the borrower's service, employment, or enforcement. This letter should include employee's start date and full-time status.

Address: 1158 N. Kedzie Rd
City: Des Plaines    State: IL    Zip: 60016
Telephone Number: 847 - 299 - 1819
If borrower is a shortage teacher, please specify subject: N/A

I certify borrower is employed full-time. I further certify that the information provided by the borrower regarding his/her service status above is true and correct.

Signature of Official: ____
Title: ____    Date: 03-18-05

**For Internal Use Only**

| ☐ Listed in Federal Register    Year Listed: ____    Line #: ____    ☐ Not Listed in Federal Register |
|---|
| Deferred From: ____    To: ____    Misc: ____    Grace Ending Date: ____ |
| Processed by: ____    Date: ____ |

| Cancelled at | % | Code: | | End Date: | | | Ledger: |
|---|---|---|---|---|---|---|---|
| Fund | | Principal | Interest | | Balance | | 103A |
| Fund | | Principal | Interest | | Balance | | Dates: |
| Fund | | Principal | Interest | | Balance | | |
| Fund | | Principal | Interest | | Balance | | 1029 |

Lending Institution Only: ____

(Signature of Lending Official)    (Date)

T&R CO 001    61/01

FEDERAL PERKINS (NDSL) STUDENT LOAN
REQUEST FOR CANCELLATION BENEFIT OR DEFERMENT PRIOR TO CANCELLATION                    Year 3 98-

You must file for benefits twice during each year of service/employment. You will need to submit this form as a *Request for Deferment* at the beginning of the year of service/employment and you will need to submit a second form as a *Request for Cancellation* upon completion of the year. Cancellation forms will be mailed to you following the end of the deferment period. Please update UAS if any change in address. All forms must cover a complete year; partial years do not qualify you for cancellation.

| | |
|---|---|
| Name: Chitunda Tillman Sr | Account Numbers (14 digits): |
| ess: 257 W. 61st Pl | |
| City: Chicago | Social Security Number: 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 |
| State: IL  Zip Code: 60621 | Home Telephone: ( ) |
| ☐ Check here if this is a new address. | Employment Telephone: ( ) |

Name of Lending Institution:

**I.** Check box for type of full-time Service or Employment

☐ Teaching – Handicapped/Special Education     ☐ Head Start     ☐ Early Intervention
☒ Teaching – Low Income     ☐ Military     ☐ Nurse/Med. Tech
☐ Teaching – Math/Science/Bilingual Ed./Other Shortage     ☐ Bureau of Indian Affairs     ☐ Law Enforcement
    ☐ Peace Corps/VISTA     ☐ Child/Family Services

Name of SPECIFIC SCHOOL/Employing Agency/Hospital: Holy Angels School
City: Chicago     State: IL     Zip 60653
Teachers must provide the following information:

County: _____     School District: _____

**II.** Job Title: Teacher
THE FOLLOWING JOBS REQUIRE AN OFFICIAL JOB DESCRIPTION: Special Education Teachers, Teachers in Shortage Areas, Early Intervention Services, Law Enforcement, Child/Family Services
Nurse and Medical Technicians must provide: State Boards: ___/___/___ (date)     License #: _____

If teaching, provide grade level(s). _____ (Grade levels K-12)     And subject: _____

**III. Declaration**

☐ I request **deferment of payments** of principal and interest while I complete the period of eligible service/employment required.*(The dates you list below may extend into the future.)* I declare that I will notify my lending institution upon a change in my status. I understand that if, for any reason, I do not complete the year of service for which I have requested deferment benefits, I will begin repayment of my loan immediately. Employment/Service/Enlistment Dates *(For teachers, dates must cover one academic year or two consecutive semesters. For all others, dates must cover one complete calendar year. Please include copy of your contract for the upcoming year. You must be employed full-time).*

Begin ___/___/___     End ___/___/___

☒ I hereby apply for a **partial cancellation** of my loan in the appropriate amounts of principal and interest for service or employment as described above.(May be requested only after one full year completion of service/employment.)
Employment/Service/Enlistment Dates (For teachers, dates must cover one academic year or two consecutive semesters. For all others, dates must cover one complete calendar year.) Begin 08/ /98     End 07/ /99

Signature of Borrower (REQUIRED): C. Chitunda Tillmon     Date: 8-18-05

**IV.** Certification of Employment, Service, or Enlistment Period:
Name of Specific School/Employer, Service Unit: Holy Angels
Address: 545 E. Oakwood Blvd.
City: Chicago     State: IL     Zip: 60653
Telephone Number: 773 624-0727    Employed
If borrower is a shortage teacher, please specify subject: _____ 08/98-07/99
I certify borrower is employed full-time. I further certify that the information provided by the borrower regarding his/her service/employment is true and correct.
Signature of Official: Carolyn Amith
Title: Admin. Asst.     Date 8/18/05

This space is provided for the *organization's official seal or stamp.* If one is not available, provide a letter of certification confirming the borrower's service, employment, or enlistment. This letter should include employee's start date and full-time status.

| For Internal Use Only | ☐ Listed in Federal Register | Year Listed _____ | Line # _____ | ☐ Not Listed in Federal Register |
|---|---|---|---|---|
| Deferred From: _____ | To: _____ | #Mos: _____ | | Grace Ending Date: _____ |
| Processed by: _____ | | Date: _____ | | |

| Cancelled at _____ % | Code: _____ | End Date: _____ | | Letter: |
|---|---|---|---|---|
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | 103A |
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | Dates: |
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | |
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | 1029 |

Lending Institution Only: _____
(Signature of Approving Official)     (Date)

TSE/CD 001     01/01

**FEDERAL PERKINS (NDSL) STUDENT LOAN**
**REQUEST FOR CANCELLATION, DEFERMENT OR DEFERMENT PRIOR TO CANCELLATION**

benefits twice during each year of service/employment. You will need to submit this form as a *Request for Deferment* at the beginning of the year of ...yment and you will need to submit a second form as a *Request for Cancellation* upon completion of the year. Cancellation forms will be mailed to you following ...deferment period. Please update UAS if any change in address. All forms must cover a complete year; partial years do not qualify you for cancellation.

| | |
|---|---|
| ...unda    Tillman    S R | Account Numbers (14 digits): |
| ...ago    Zip Code: 6 0 6 2 \ | Social Security Number: 3 4 8 - 6 4 - 2 4 6 6 |
| | Home Telephone: ( ) |
| ...re if this is a new address. | Employment Telephone: ( ) |

...ng Institution: _____

...or type of full-time Service or Employment

☐ Teaching – Handicapped Special Education
☐ Teaching – Low Income
☐ Teaching – Math/Science/Bilingual Ed./Other Shortage

☐ Head Start
☐ Military
☐ Bureau of Indian Affairs
☐ Peace Corps/VISTA

☐ Early Intervention
☐ Nurse/Med. Tech
☐ Law Enforcement
☐ Child/Family Services

...me of SPECIFIC SCHOOL/Employing Agency/Hospital: YBE, Inc

Chicago     State: IL     Zip: 60621

...ers must provide the following information:

...unty: Cook     School District: _____

Educational Consultant

FOLLOWING JOBS REQUIRE AN OFFICIAL JOB DESCRIPTION: Special Education Teachers, Teachers in Shortage Areas, Early
...ervention Services, Law Enforcement, Child/Family Services, Nurse and Medical Technicians... ...License #: _____

...and Medical Technicians must provide State Boards...     date: _____

...aching: provide grade level(s): _____ (Grade levels K-12)     And subject: _____

...quest deferment of payments of principal and interest while I complete the period of eligible service/employment required.(*The dates you
...elow may extend into the future.*) I declare that I will notify my lending institution upon a change in my status. I understand that if, for any
...son, I do not complete the year of service for which I have requested deferment benefits, I will begin repayment of my loan immediately.
...ployment/Service/Enlistment Dates (*For teachers*, dates must cover one academic year or two consecutive semesters. For all others, dates
...ver one complete calendar year. Please include copy of your contract for the upcoming year. You must be employed full-time).

**Begin** / / /     **End** / /

...reby apply for a **partial cancellation** of my loan in the appropriate amounts of principal and interest for service or employment as described
...(May be requested only after one full year completion of service/employment.)
...ployment/Service/Enlistment Dates (For teachers, dates must cover one academic year or two consecutive semesters. For all others, dates
...t cover one complete calendar year.) **Begin** 04 , 01 , 00 — **End** 04 , 01 , 01

...Borrower (REQUIRED): Chitunda Tillman Sr     Date: 8-15-05

...n of Employment, Service, or Enlistment Period: _____
...of Specific School, Employer, Service Unit: YBE, Inc
...dress: 257 W. 61st PL

Chicago     State: IL     Zip: 60621

...one Number: 773 ; 736 - 2279

...rrower is a shortage teacher, please specify subject: _____

...y borrower is employed full-time. I further certify that the information provided
...borrower regarding his/her service/employment is true and correct.
...ature of Official: Chitunda Tillman MC
P Resident     Date: 8-15-05

This space is provided for the *organization's official
seal or stamp*. If one is not available, provide a letter of
certification confirming the borrower's service,
employment, or enlistment. This letter should include
employee's start date and full-time status.

| ...only | ☐ Listed in Federal Register | Year Listed | Line # | ☐ Not Listed in Federal Register |
|---|---|---|---|---|
| ...red From: | To: | #Mos: | Grace Ending Date: | |
| ...ed by: | | Date: | | |

| % | Code: | End Date: | | | Letter: |
|---|---|---|---|---|---|
| | Principal | Interest | Balance | | 103A |
| | Principal | Interest | Balance | | Dates |
| | Principal | Interest | Balance | | |
| | Principal | Interest | Balance | | 103B |

...Only     Signature of Authorizing Official     Date:

01.01

## FEDERAL PERKINS (NDSL) STUDENT LOAN
### REQUEST FOR CANCELLATION BENEFIT OR DEFERMENT PRIOR TO CANCELLATION    Year 4

You must file for benefits twice during each year of service/employment. You will need to submit this form as a Request for Deferment at the beginning of the year of service/employment and you will need to submit a second form as a Request for Cancellation upon completion of the year. Cancellation forms will be mailed to you following the end of the deferment period. Please update UAS if any changes in address. All forms must cover a complete year; partial years do not qualify you for cancellation.

| | |
|---|---|
| Name: Chitunda Tillman SR | Account Numbers (14 digits): |
| Address: 25 __ 6/72 __ pL | |
| City: Chicago | Social Security Number: 3 4 8 - 6 4 - 2 4 6 6 |
| State: IL   Zip Code: 6 0 6 2 1 | Home Telephone: ( ) |
| ☐ Check here if this is a new address. | Employment Telephone: ( ) |

Name of Lending Institution:

**I. Check box for type of full-time Service or Employment**

☑ Teaching – Handicapped/Special Education       ☐ Head Start              ☐ Early Intervention
☐ Teaching – Low Income                           ☐ Military                ☐ Nurse/Med. Tech
☐ Teaching – Math/Science/Bilingual Ed/Other Shortage   ☐ Bureau of Indian Affairs   ☐ Law Enforcement
                                                  ☐ Peace Corps/VISTA       ☑ Child/Family Services

Name of SPECIFIC SCHOOL/Employing Agency/Hospital: **Kaleidoscope Inc.**

City: **Chicago**                    State: **IL**          Zip: **60622**

Teachers must provide the following information:

County: _____    School District: _____

**II. Job Title: Foster Family Worker Specialist a**

THE FOLLOWING JOBS REQUIRE AN OFFICIAL JOB DESCRIPTION: Special Education Teachers, Teachers in Shortage Areas, Early Intervention Services, Law Enforcement, Child/Family Services, Nurse and Medical Technicians. In addition to the Official Job Description, Nurse and Medical Technicians must provide: State Boards: __/__/__ (date) License #: _____

If teaching, provide grade level(s): _____ **(Grade levels K-12)** And subject: _____

**III. Declaration**

☐ request deferment of payments of principal and interest while I complete the period of eligible service/employment required. (The dates you list below may extend into the future.) I declare that I will notify my lending institution upon a change in my status. I understand that if, for any reason, I do not complete the year of service for which I have requested deferment benefits, I will begin repayment of my loan immediately. Employment/Service/Enlistment Dates (For teachers, dates must cover one academic year or two consecutive semesters. For all others, dates must cover one complete calendar year. Please include copy of your contract for the upcoming year. You must be employed full-time).

Begin __/__/__       End __/__/__

☑ hereby apply for a partial cancellation of my loan in the appropriate amounts of principal and interest for service or employment as described above. (May be requested only after one full year completion of service/employment.) Employment/Service/Enlistment Dates (For teachers, dates must cover one academic year or two consecutive semesters. For all others, dates must cover one complete calendar year.)

Begin __4__,__29__,__02__       End __4__,__29__,__03__

Signature of Borrower (REQUIRED): _____    Date: _____

**IV. Certification of Employment, Service, or Enlistment Period:**

Name of Specific School, Employer, Service Unit: **Kaleidoscope Inc.**

Address: **1279 N. Milwaukee Ste 250**

City: **Chicago**          State: **IL**    Zip: **60622**

Telephone Number: ( **773** ) **278-7200**

If borrower is a shortage teacher, please specify subject: _____

I certify borrower is employed full-time. I further certify that the information provided by the borrower regarding his/her service/employment is true and correct.

Signature of Official: _____

Title: Human Resources Mgr   Date: 8/15/05

This space is provided for the organization's official seal or stamp. If one is not available, provide a letter of certification confirming the borrower's service, employment, or enlistment. This letter should include employee's start date and full-time status.

| For Internal Use Only | ☐ Listed in Federal Register | Year Listed _____ | Line #: _____ | ☐ Not Listed in Federal Register |
|---|---|---|---|---|
| Deferred From: _____ | To: _____ | #Mos: _____ | | Grace Ending Date: _____ |
| Processed by: _____ | | Date: _____ | | |

| Cancelled at: | % | Code: _____ | End Date: _____ | | | Letter: |
|---|---|---|---|---|---|---|
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | | 103A |
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | | Dates: |
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | | |
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | | 1025 |

Ending Institution Only:

(Signature of Approving Official) _____       (Date) _____

S E/CD 001

FEDERAL PERKINS (NDSL) STUDENT LOAN

## REQUEST FOR CANCELLATION BENEFIT OR DEFERMENT PRIOR TO CANCELLATION

u must file for benefits twice during each year of service/employment. You will need to submit this form as a *Request for Deferment* at the beginning of the year of e/employment and you will need to submit a second form as a *Request for Cancellation* upon completion of the year. Cancellation forms will be mailed to you following d of the deferment period. Please update UAS if any change in address. All forms must cover a complete year; partial years do not qualify you for cancellation.

ime: Chitunda Tillman SR

| | Account Numbers (14 digits): |
|---|---|

25/7.6/72 pc

hicago

ate: IL    Zip Code: 60621

eck here if this is a new address.

of Lending Institution:

Social Security Number: 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

Home Telephone: ( )

Employment Telephone: ( )

Check box for type of full-time Service or Employment

- ☒ Teaching – Handicapped/Special Education
- ☐ Teaching – Low Income
- ☐ Teaching – Math/Science/Bilingual Ed./Other Shortage

- ☐ Head Start
- ☐ Military
- ☐ Bureau of Indian Affairs
- ☐ Peace Corps/VISTA

- ☐ Early Intervention
- ☐ Nurse/Med. Tech
- ☐ Law Enforcement
- ☒ Child/Family Services

Name of SPECIFIC SCHOOL/Employing Agency/Hospital: Kaleidoscope Inc.

City: Chicago    State: IL    Zip: 60622

Teachers must provide the following information:

County: _____    School District: _____

Title: Foster Family Worker Specialist

THE FOLLOWING JOBS REQUIRE AN OFFICIAL JOB DESCRIPTION: Special Education Teachers, Teachers in Shortage Areas, Early Intervention Services, Law Enforcement, Child/Family Services, Nurse and Medical Technicians. In addition to the Official Job Description. Nurse and Medical Technicians must provide: State Boards: ___/___/___    License #: _____

(date)

If teaching; provide grade level(s): _____ (Grade levels K-12)    And subject: _____

eclaration

☐ request deferment of payments of principal and interest while I complete the period of eligible service/employment required.*(The dates you list below may extend into the future.)* I declare that I will notify my lending institution upon a change in my status. I understand that if, for any reason, I do not complete the year of service for which I have requested deferment benefits, I will begin repayment of my loan immediately. Employment/Service/Enlistment Dates (*For teachers,* dates must cover one academic year or two consecutive semesters. For all others, dates must cover one complete calendar year. Please include copy of your contract for the upcoming year. You must be employed full-time).

Begin ___/___/___    End ___/___/___

☒ I hereby apply for a **partial cancellation** of my loan in the appropriate amounts of principal and interest for service or employment as described above.(May be requested only after one full year completion of service/employment.) Employment/Service/Enlistment Dates (For teachers, dates must cover one academic year or two consecutive semesters. For all others, dates must cover one complete calendar year.)    Begin 4/29/03    End 4/29/04

nature of Borrower (REQUIRED): _____    Date: _____

ertification of Employment, Service, or Enlistment Period:

Name of Specific School, Employer, Service Unit: Kaleidoscope Inc.

Address: 1279 N. Milwaukee Ste 250

City: Chicago    State: IL    Zip: 60622

Telephone Number: ( 773 ) 278-7200

If borrower is a shortage teacher, please specify subject: _____

I certify borrower is employed full-time. I further certify that the information provided by the borrower regarding his/her service/employment is true and correct.

Signature of Official: _____

Title: Human Resource Mgr    Date: 8/15/05

This space is provided for the *organization's official seal or stamp.* If one is not available, provide a letter of certification confirming the borrower's service, employment, or enlistment. This letter should include employee's start date and full-time status.

Internal Use Only    ☐ Listed in Federal Register    Year Listed _____    Line #: _____    ---- ☐ Not Listed in Federal Register

Deferred From: _____ To: _____    #Mos: _____    Grace Ending Date: _____

Processed by: _____    Date _____

| | | | End Date: | | |
|---|---|---|---|---|---|
| ncelled at | % | Code: | Interest | Balance | |
| Fund | Principal | | Interest | Balance | |
| Fund | Principal | | Interest | Balance | |
| Fund | Principal | | Interest | Balance | |
| Fund | Principal | | | | |

Letter:
103A

Dates:

1029

ring Institution Only: _____

(Signature of Approving Official)    (Date)

E/CD 001    01/01

FEDERAL PERKINS (NDSL) STUDENT LOAN    Year 6

REQUEST FOR CANCELLATION BENEFIT OR DEFERMENT PRIOR TO CANCELLATION

u must file for benefits twice during each year of service/employment. You will need to submit this form as a *Request for Deferment* at the beginning of the year of
vice/employment and you will need to submit a second form as a *Request for Cancellation* upon completion of the year. Cancellation forms will be mailed to you following
d of the deferment period. Please update UAS if any change in address. All forms must cover a complete year; partial years do not qualify you for cancellation.

| | |
|---|---|
| ma: Chitunda Tillman SR | Account Numbers (14 digits): |
| 8275-16/73 PC | |
| Chicago | Social Security Number: 348 - 64 - 2466 |
| te: IL        Zip Code: 60621 | Home Telephone: ( ) |
| | Employment Telephone: ( ) |
| eck here if this is a new address. | |

of Lending Institution:

Check box for type of full-time Service or Employment

- [X] Teaching – Handicapped/Special Education
- [ ] Teaching – Low Income
- [ ] Teaching – Math/Science/Bilingual Ed./Other Shortage

- [ ] Head Start
- [ ] Military
- [ ] Bureau of Indian Affairs
- [ ] Peace Corps/VISTA
- [ ] Early Intervention
- [ ] Nurse/Med. Tech
- [ ] Law Enforcement
- [X] Child/Family Services

Name of SPECIFIC SCHOOL/Employing Agency/Hospital: **Kaleidoscope Inc.**

City: **Chicago**          State: **IL**          Zip: **60622**

Teachers must provide the following information:

County: _____          School District: _____

Title: **Foster Family Worker Specialist**

THE FOLLOWING JOBS REQUIRE AN OFFICIAL JOB DESCRIPTION: Special Education Teachers, Teachers in Shortage Areas, Early
Intervention Services, Law Enforcement, Child/Family Services, Nurse and Medical Technicians. In addition to the Official Job Description.
Nurse and Medical Technicians must provide: State Boards: ___/___/___ (date)          License #: _____

If teaching, provide grade level(s): _____ **(Grade levels K-12)**          And subject: _____

claration

☐ request deferment of payments of principal and interest while I complete the period of eligible service/employment required. *(The dates you
list below may extend into the future.)* I declare that I will notify my lending institution upon a change in my status. I understand that if, for any
reason, I do not complete the year of service for which I have requested deferment benefits, I will begin repayment of my loan immediately.
**Employment/Service/Enlistment Dates (For teachers**, dates must cover one academic year or two consecutive semesters. For all others, dates
must cover one complete calendar year. Please include copy of your contract for the upcoming year. You must be employed full-time).

Begin ___/___/___          End ___/___/___

[X] I hereby apply for a **partial cancellation** of my loan in the appropriate amounts of principal and interest for service or employment as described
above.(May be requested only after one full year completion of service/employment.)
**Employment/Service/Enlistment Dates** (For teachers, dates must cover one academic year or two consecutive semesters. For all others, dates
must cover one complete calendar year.)          Begin **4 / 29 / 04**          End **4 / 29 / 05**

Date: _____

nature of Borrower (REQUIRED): _____

rtification of Employment, Service, or Enlistment Period:

Name of Specific School, Employer, Service Unit: **Kaleidoscope Inc.**

Address: **1279 N. Milwaukee Ste 250**

City: **Chicago**          State: **IL**          Zip: **60622**

Telephone Number: ( **773** ) **278-7200**

If borrower is a shortage teacher, please specify subject: _____
I certify borrower is employed full-time. I further certify that the information provided
by the borrower regarding his/her service/employment is true and correct.

Signature of Official: _____
Title: **Human Resource Office Mgr**          Date: **8/15/05**

This space is provided for the *organization's official
seal or stamp*. If one is not available, provide a letter of
certification confirming the borrower's service,
employment, or enlistment. This letter should include
employee's start date and full-time status.

| Internal Use Only | ☐ Listed in Federal Register | Year Listed _____ | Line #: _____ | ☐ Not Listed in Federal Register |
|---|---|---|---|---|
| Deferred From: _____ | To: _____ | #Mos: _____ | | Grace Ending Date: _____ |
| Processed by _____ | | Date: _____ | | |

| celled at _____ | % _____ Code: _____ | End Date: _____ | | Letter: |
|---|---|---|---|---|
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | 103A |
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | Dates: |
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | |
| Fund _____ | Principal _____ | Interest _____ | Balance _____ | 1029 |

iding Institution Only: _____
(Signature of Approving Official)          (Date)

ECD 001          01/01



UNIVERSITY ACCOUNTING SERVICE. LLC
campus-based student loan portfolio management
An OSI Company

April 10, ____

Chitunda Tillman
257 W 61st Place
Chicago, IL 60621

UNIVERSITY ACCOUNTING SERVICE. LLC
campus-based student loan portfolio management

*An OSI Company*

April 10, 2006

Chitunda Tillman
257 W 61st Place
Chicago, IL 60621

Dear Borrower:

Our records indicate that your student loan account from Chicago State University has been granted teaching cancellation benefits for the period 07/02 to 07/03, as follows:

| Account Number | Principal Cancelled | Principal Balance |
|---|---|---|
| 59197348642466 | $300.00 | $1,400.00 |

Please contact this office if you have additional questions regarding the status of your account.

Sincerely,

Barb Sabe
University Accounting Service, LLC

UNIVERSITY ACCOUNTING  SERVICE, LLC
campus-based student  loan portfolio management
*An OSI Company*

April 10, 2006

Chitunda Tillman
257 W 61st Place
Chicago, IL 60621

Dear Borrower:

Our records indicate that your student loan account from Chicago State University has been granted teaching cancellation benefits for the period 07/03 to 07/04, as follows:

| Account Number | Principal Cancelled | Principal Balance |
|---|---|---|
| 59197348642466 | $300.00 | $1,100.00 |

Please contact this office if you have additional questions regarding the status of your account.

Sincerely,

Barb Sabe
University Accounting Service, LLC



UNIVERSITY ACCOUNTING SERVICE LLC

April 10, 2006

Chilunda Tuima
257 W 61st Place
Chicago, IL 60621

Dear Borrower:

Our records indicate that your student loan account from Chicago State University has been granted teaching cancellation benefits for the period 07/04 to 07/05, as follows:

| Account Number | Principal Cancelled | Principal Balance |
|---|---|---|
| 59197348642466 | $400.00 | $700.00 |

Please contact this office if you have additional questions regarding the status of your account.

Sincerely,

Barb Sabe
University Accounting Service, LLC

UNIVERSITY ACCOUNTING  S E R V I C E ,  L L C
campus-based  student  loan portfolio management

*An OSI Company*

July 18, 2007

Chitunda Tillman
6141 S Princeton
Chicago, IL 60621

Dear Borrower:

Our records indicate that your student loan account from Chicago State University has been granted
employment cancellation benefits for the period 05/05 to 05/07, as follows:

| Account Number | Principal Cancelled | Principal Balance |
|---|---|---|
| 59197348642466 | $700.00 | $0.00 |

Please contact this office if you have additional questions regarding the status of your account.

Sincerely,

Misty Smitham
University Accounting Service, LLC

**UNIVERSITY ACCOUNTING** **SERVICE, LLC**
campus-based student        loan portfolio management
*An OSI Company*

June 12, 2006

Chitunda Tillman
257 W 61st Place
Chicago, IL 60621

Account #: 59197348642466

Dear Borrower:

Enclosed is a form to request your next cycle of cancellation and deferment benefits on your student loan account from Chicago State University. Please complete the form with the following dates.

Cancellation Period: 07/05 - 07/06
Deferment Period: 07/06 - 07/07

Please be sure to complete the following:
Your signature is required on the form.
Special Education Teachers
Enclose a job description, certified by your employer, detailing the ages of your students, percentage of students that are handicapped, types of handicaps, and percentage of your time spent with these children. This information must be submitted each year you apply for deferment.
All Teachers
Enclose a copy of your contract or a certified Letter of Intent to Return, signed by your employer, for the year you are deferring. (Required if submitting deferment before the start of the academic year.)
Nurse or Medical Technician
Include your license number and the date you passed your state boards. This information must be submitted each year you apply for benefits.
Child and Family Service & Early Intervention Services
Enclose a certified job description. Please review the back of the form for specific information that must be included in the description.

Additional instructions and a list of eligible benefits are provided on the back of the form. If you should have any questions regarding your eligibility for benefits or procedures for completing benefit request forms, please contact this office.

Sincerely,

Sherry Meix
University Accounting Service, LLC

Enclosures

# Chicago State University

On the recommendation of the faculty of the University

and under the authority of the Board of Trustees, Chicago State University has conferred upon

## Chitunda Tillman

the degree of

## Bachelor of Arts

with all the rights, honors and privileges pertaining thereto.

In testimony whereof, the undersigned officers of Chicago State University have affixed their signatures together with the seal of the University. In witness thereof, this diploma is granted

this fifteenth day of December, A.D. 2000.





President of the University

Chairperson, Board of Trustees



State of Illinois

Department of Children and Family Services

*The person whose name appears on this license has complied with the provisions of the Illinois Statutes and Department of Children and Family Services rules and procedures and is hereby authorized to perform the duties of a*

Licensed Direct Child Welfare Services Employee

CHITUNDA TILLMAN SR

Issued

10/01/2004

AUG. 26 1818

Director

IDCFS

Illinois Department of Children & Family Services

Department of Children and Family Services

Mandated Reporter



ONLINE TRAINING

# CERTIFICATE of COMPLETION

— PRESENTED TO —

▶

# Chitunda Tillman Sr

*issued*

10/29/2015



Awarded 2.0 Continuing Education Units

# ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES

SOCIAL WORK LICENSE # 159-000526     MARRIAGE AND FAMILY THERAPY LICENSE # 168000102     PROFESSIONAL COUNSELOR LICENSE # 197-000001

# INDIVIDUAL EMPLOYEE TRANSCRIPT

*CFS is licensed by the Illinois Department of Professional Regulation as a continuing education sponsor of selected social work, professional counselor and marriage and family therapy training. We are also approved as a training sponsor for selected training through the Illinois Alcohol and Other Drug Abuse Professional Certification Association. Inc.*

*Please verify your social security number to ensure you receive proper credit. Call 877-800-3393 for questions about your transcript.*

Social Security #: 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

**CHITUNDA TILLMAN**
KALEIDOSCOPE INC
1279 N MILWAUKEE STE 250
CHICAGO IL 60622

*The following indicates clock hours you have earned for the training entitled:*

## POS FUNDAMENTALS

Course Code:

| | |
|---|---|
| | POS FUND |
| Start Date: | 6/15/04 |
| End Date: | 6/17/04 |
| Status: | Finished |

**Clock Hours Earned:**

18.00

If you are a Direct Service Worker or Supervisor, the clock hours indicated above can be applied to the 20 clock hours needed for continued DCFS certification.

**Professional Clock Hours:**

18.00

If you are a LSW or LCSW, the clock hours indicated above can be applied toward the 30 continuing education clock hours needed for professional certification.

*PLEASE RETAIN THIS COPY AS PROOF OF YOUR COMPLETION OF THIS TRAINING*

Ellyce Roitman
Director, Office of Training
Illinois Department of Children and Family Services

Bryan Samuels
Director
Illinois Department of Children and Family Services

Date Printed:     8/16/04

*If you hold a license or certificate through a professional association or organization, DCFS continuing education training activities may provide necessary clock hours for your re-licensure or re-certification.*

# ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES

SOCIAL WORK LICENSE # 159-000526    MARRIAGE AND FAMILY THERAPY LICENSE # 168000102    PROFESSIONAL COUNSELOR LICENSE # 197-000001

# INDIVIDUAL EMPLOYEE TRANSCRIPT

*DCFS is licensed by the Illinois Department of Professional Regulation as a continuing education sponsor of selected social work, professional counselor and marriage and family therapy training. We are also approved as a training sponsor for selected training through the Illinois Alcohol and Other Drug Abuse Professional Certification Association, Inc.*

*Please verify your social security number to ensure you receive proper credit. Call 877-800-3393 for questions about your transcript.*

Social Security #: 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

**CHITUNDA TILLMAN**
KALEIDOSCOPE INC
1279 N MILWAUKEE STE 250
CHICAGO IL 60622

*The following indicates clock hours you have earned for the training entitled:*

## POS SACWIS PHASE II TRAINING FOR PERMANENCY STAFF

Course Code:

    POS SACWIS

Start Date:

    2/2/05

End Date:

    2/4/05

Status:

    Finished

Clock Hours Earned:

        15.00

If you are a Direct Service Worker or Supervisor, the clock hours indicated above can be applied to the 20 clock hours needed for continued DCFS certification.

Professional Clock Hours:

If you are a LSW or LCSW, the clock hours indicated above can be applied toward the 30 continuing education clock hours needed for professional certification.

*PLEASE RETAIN THIS COPY AS PROOF OF YOUR COMPLETION OF THIS TRAINING*

Judy Zaleski
Director, Office of Training
Illinois Department of Children and Family Services

Bryan Samuels
Director
Illinois Department of Children and Family Services

Date Printed:    3/15/05

*If you hold a license or certificate through a professional association or organization, DCFS continuing education training activities may provide necessary clock hours for your re-licensure or re-certification*

# TEACHER LOAN FORGIVENESS APPLICATION

**William D. Ford Federal Direct Loan (Direct Loan) Program**

**TLFA**   Federal Family Education Loan (FFEL) Program

OMB No. 1845-0059
Form Approved
Exp. Date 07/31/2017

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | _ _ _ - _ _ - _ _ _ _ |
| Name | |
| Address | |
| City, State, Zip Code | |
| Telephone – Primary | |
| Telephone – Alternate | |
| E-mail (optional) | |

## SECTION 2: LOAN FORGIVENESS REQUEST (TO BE COMPLETED BY THE BORROWER)

**READ SECTIONS 7-10 BEFORE COMPLETING THE FORM. The information you provide is subject to verification.**

I request forgiveness on my Direct Loan and/or FFEL program loan(s) based on my employment as a full-time teacher for at least five consecutive, complete academic years. During the period that qualifies me for loan forgiveness, I taught (check all that apply):

☐ at an eligible **elementary school** ☐ at an eligible **secondary school** ☐ for an eligible **educational service agency**

**AND** I was (check all that apply):

☐ A highly qualified full-time special education teacher for elementary school children with disabilities. The children's disabilities corresponded to my special education training, and I demonstrated knowledge and teaching skills in the content areas of the elementary school curriculum *(forgiveness of up to $17,500)*.

☐ A highly qualified full-time special education teacher for secondary school children with disabilities. The children's disabilities corresponded to my special education training, and I demonstrated knowledge and teaching skills in the content areas of the secondary school curriculum *(forgiveness of up to $17,500)*.

☐ A highly qualified full-time mathematics teacher for secondary school students *(forgiveness of up to $17,500)*.

☐ A highly qualified full-time science teacher for secondary school students *(forgiveness of up to $17,500)*.

☐ A full-time secondary education teacher in a subject area relevant to my academic major (only if my teaching service began before 10/30/2004), or a highly qualified full-time secondary education teacher *(forgiveness of up to $5,000)*.

☐ A full-time elementary education teacher and I demonstrated knowledge and teaching skills in reading, writing, mathematics, and other areas of the elementary school curriculum (only if my teaching service began before 10/30/2004), or a highly qualified full-time elementary education teacher *(forgiveness of up to $5,000)*.

*Continued on the next page.*

**Borrower's Name:** _____   **Borrower's SSN:** ___ - __ - ____

## SECTION 3: PREVIOUS LOAN FORGIVENESS INFORMATION (TO BE COMPLETED BY THE BORROWER)

Check one of the boxes below:

☐ I have not previously applied for or received loan forgiveness under this Teacher Loan Forgiveness Program.

☐ I have applied for or received loan forgiveness under this Teacher Loan Forgiveness Program with the loan holder listed below. (If you check this box, provide the loan holder and forgiveness amount information requested below. If you have applied for but have not yet received forgiveness, leave "Forgiveness Amount" blank.)

**Loan Holder Name** _____   **Telephone or Web Site** _____

**Forgiveness Amount $** _____

## SECTION 4: UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION (TO BE COMPLETED BY THE BORROWER)

**I understand** that: **(1)** a forbearance of principal and accrued interest will be applied on the qualifying loan(s) from the date my loan holder receives my completed loan forgiveness application through the date the loan forgiveness request is approved or denied, unless I notify my loan holder that I intend to make regular payments during this period; **(2)** making regular payments may reduce the amount of my loan forgiveness; **(3)** if I am past due on payments when this application is processed, my loan holder may grant a separate forbearance to resolve the delinquency on these payments; and **(4)** any unpaid interest that accrues during each of these forbearance periods may be capitalized.

**I certify** that: **(1)** the information I provided in Sections 1-3 is true and correct; and **(2)** I have read and understand the definitions and terms and conditions in Sections 8-10, and I meet the eligibility requirements for loan forgiveness.

**I authorize** the loan holder to which I submit this request (and its agents or contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**Borrower's Signature** _____   **Today's Date** _____

## SECTION 5: CHIEF ADMINISTRATIVE OFFICER'S CERTIFICATION

### TO BE COMPLETED BY THE CHIEF ADMINISTRATIVE OFFICER – SEE DEFINITION IN SECTION 8.

Before completing this section, carefully read Sections 7-10. More than one chief administrative officer's certification may be required. **Return the completed form to the applicant identified in Section 1.**

**I certify**, to the best of my knowledge and belief, that: **(1)** the applicant has met the requirements for loan forgiveness as specified in Sections 8-10, and **(2)** during the period for which the applicant is seeking forgiveness, the applicant was a teacher as defined in Sections 8 and 9 and taught full time for consecutive, complete academic year(s) at one or more eligible Title I schools or educational service agencies (ESAs) in the capacity that the applicant has indicated in Section 2 from (mm-dd-yyyy) _____ to _____ .

**School (not school district) or ESA Name** _____

☐ Check here if this is a school operated by the Bureau of Indian Education (BIE) or operated on an Indian reservation by an Indian tribal group under contract with the BIE.

**School or ESA Address (Street, City, State, Zip Code)** _____

**School District** _____   **County** _____

**Chief Administrative Officer's Name and Title (Printed)** _____

**Chief Administrative Officer's Signature** _____

**Telephone** _____   **Email (optional)** _____

**Today's Date (mm-dd-yyyy)** _____

## SECTION 6: WHERE TO SEND THE COMPLETED TEACHER LOAN FORGIVENESS APPLICATION

Return the completed form and any required documentation to:

If you need help completing this form, call:

(If no information is shown, contact your loan holder.)

(If no address is shown, return to your loan holder.)

## SECTION 7: GENERAL INFORMATION AND INSTRUCTIONS FOR COMPLETING THE FORM

The Teacher Loan Forgiveness Program is intended to encourage individuals to enter and continue in the teaching profession. Under this program, if you teach full time for five consecutive, complete academic years at certain elementary and secondary schools or for certain educational service agencies that serve low-income families and meet other qualifications, you may be eligible for forgiveness of up to a combined total of $17,500 in principal and interest on your Direct Loan and/or FFEL program loans. For complete eligibility requirements, see Sections 8-10.

Throughout this form, all references to "the Department" mean the U.S. Department of Education.

Before completing Sections 2-4, carefully read the entire form. Be sure to provide all requested information. Enter your name and Social Security Number at the top of page 2. Type or print using dark ink. Show dates as mm-dd-yyyy (for example, show "January 31, 2014" as "01-31-2014").

**The chief administrative officer of the school or educational service agency where you performed your qualifying teaching service must complete Section 5.**

If you taught at more than one school or for more than one educational service agency during the same academic year, the chief administrative officer from one of the schools or educational service agencies may complete Section 5. However, all of the schools and/or educational service agencies must be listed. If you taught at different schools or for different educational service agencies during different academic years, the chief administrative officers from all of the schools or educational service agencies must certify your eligibility. If you need more than one chief administrative officer's certification, the additional certifications, containing the information in Section 5, may be provided on a separate piece of paper and submitted with your completed form.

**Return the completed form to the address shown in Section 6.** If you are applying for forgiveness of loans that are held by different loan holders, you must submit a separate form to each loan holder.

## SECTION 8: DEFINITIONS

* A **teacher** is a person who provides direct classroom teaching or classroom-type teaching in a non-classroom setting, including special education teachers (see below). **NOTE:** School librarians, guidance counselors, and other administrative staff are not considered teachers for the purposes of this loan forgiveness program.

  ○ **Special education** means specially designed instruction, at no cost to parents, to meet the unique needs of a child with a disability (see below), including instruction conducted in the classroom, in the home, in hospitals and institutions, and in other settings; and instruction in physical education (see below).

    ▪ A **child with a disability** is a child who needs special education and related services because the child has an intellectual disability, a hearing impairment (including deafness), a speech or language impairment, a visual impairment (including blindness), a serious emotional disturbance, an orthopedic impairment, autism, a traumatic brain injury, another health impairment, or a specific learning disability. For a child age 3 through 9, the term "a child with a disability" may, at the discretion of the state and the local educational agency, include a child who needs special education and related services because the child is experiencing developmental delays, as defined by the state and as measured by appropriate diagnostic instruments and procedures, in one or more of the following areas: physical development, cognitive development, communication development, social or emotional development, or adaptive development.

## SECTION 8: DEFINITIONS (CONTINUED)

- **Physical education** means the development of physical and motor fitness, fundamental motor skills and patterns, and skills in aquatics, dance, and individual and group games and sports (including intramural and lifetime sports), and includes special physical education, adapted physical education, movement education, and motor development.

- An **elementary school** is a public or nonprofit private school that provides elementary education as determined by state law or, if the school is not in a state, by the Department.

- A **secondary school** is a public or nonprofit private school that provides secondary education as determined by state law or, if the school is not in a state, by the Department.

- An **educational service agency** is a regional public multiservice agency (not a private organization) authorized by state statute to develop, manage, and provide services or programs to local educational agencies (such as public school districts), as defined in section 9101 of the Elementary and Secondary Education Act of 1965, as amended.

- An **academic year** is:
  - One complete school year at the same school or for the same educational service agency, or
  - Two complete and consecutive half years at different schools or for different educational service agencies, or
  - Two complete and consecutive half years from different school years at either the same school or for the same educational service agency or at different schools or for different educational service agencies.

  Half years do not include summer sessions. Two half years generally fall within a 12-month period. For schools or educational service agencies that have a year-round program of instruction, a minimum of nine months is considered an academic year.

- **Full time** means the standard used by a state in defining full-time employment as a teacher. If you teach in more than one school or educational service agency, full time is based on the combination of all of your qualifying employment.

- **Loans that are eligible for forgiveness** are Federal Direct Stafford/Ford Loans (Direct Subsidized Loans), Federal Direct Unsubsidized Stafford/Ford Loans (Direct Unsubsidized Loans), Subsidized Federal Stafford Loans, Unsubsidized Federal Stafford Loans, and any portion of a Federal Direct Consolidation Loan or Federal Consolidation Loan that paid off an eligible Direct Subsidized Loan, Direct Unsubsidized Loan, Subsidized Federal Stafford Loan, or Unsubsidized Federal Stafford Loan. Direct PLUS Loans, Federal PLUS Loans, and any portion of a Direct Consolidation Loan or Federal Consolidation Loan that repaid a PLUS loan are not eligible for forgiveness.

- The **holder** of your Direct Loan Program loans is the Department. The holder of your FFEL Program loans may be a lender, secondary market, guaranty agency, or the Department. Your loan holder may use a servicer to handle billing and other communications related to your loans. References to "your loan holder" on this form mean either your loan holder or your servicer.

- The **chief administrative officer** is the official who has access to employment records that establish your eligibility for loan forgiveness in accordance with the requirements explained on this form, and who is authorized to verify your qualifying employment at a school or by an educational service agency. Depending on your employer, the chief administrative officer may be a superintendent, a human resources official or other school district or educational service agency official, or a principal or assistant principal.

- A **forbearance** is a temporary cessation of payments, an extension of time for making payments, or temporary acceptance of smaller payments than previously scheduled. You are responsible for any interest that accrues on a loan during forbearance. If you do not pay the interest that accrues on the loan, the interest may be capitalized.
  - **Capitalization** is the addition of unpaid interest to the principal balance of your loan. This will increase the principal and total cost of your loan.

## SECTION 9: DEFINITION OF HIGHLY QUALIFIED

### PUBLIC SCHOOL TEACHERS (INCLUDING TEACHERS EMPLOYED BY EDUCATIONAL SERVICE AGENCIES)

To be a highly qualified teacher, a teacher of public elementary or secondary school students must:

- Have obtained full state certification as a teacher (including certification obtained through alternative routes to certification) or passed the state teacher licensing examination, and hold a license to teach in that state, except that when used with respect to teaching in a public charter school, the term "highly qualified teacher" means that the teacher meets the requirements set forth in the state's public charter school law; and

- Not have had certification or licensure requirements waived on an emergency, temporary, or provisional basis.

In addition –

A **teacher of elementary school students who is new to the profession** also is considered highly qualified if the teacher:

- Holds at least a bachelor's degree; and

- Has demonstrated, by passing a rigorous state test, subject knowledge and teaching skills in reading, writing, mathematics, and other areas of the basic elementary school curriculum (which may consist of passing a state-required certification or licensing test or tests in reading, writing, mathematics, and other areas of the basic elementary school curriculum).

A **teacher of middle or secondary school students who is new to the profession** also is considered highly qualified if the teacher:

- Holds at least a bachelor's degree; and

- Has demonstrated a high level of competency in each of the academic subjects in which the teacher teaches by:

  o Passing a rigorous state academic subject test in each of the academic subjects in which the teacher teaches (which may consist of a passing level of performance on a state-required certification or licensing test or tests in each of the academic subjects in which the teacher teaches); or

  o Successful completion, in each of the academic subjects in which the teacher teaches, of an academic major, a graduate degree, coursework equivalent to an undergraduate academic major, or advanced certification or credentialing.

A **teacher of elementary, middle, or secondary school students who is not new to the profession** also is considered highly qualified if the teacher holds at least a bachelor's degree and:

- Meets the applicable standards of a teacher of elementary, middle, or secondary school students who is new to the profession; or

- Demonstrates competence in all the academic subjects in which the teacher teaches based on a high objective, uniform state standard of evaluation that:

  o Is set by the state for both grade appropriate academic subject matter knowledge and teaching skills;

  o Is aligned with challenging state academic content and student academic achievement standards and developed in consultation with core content specialists, teachers, principals, and school administrators;

  o Provides objective, coherent information about the teacher's attainment of core content knowledge in the academic subjects in which a teacher teaches;

  o Is applied uniformly to all teachers in the same academic subject and the same grade level throughout the state;

  o Takes into consideration, but is not based primarily on, the time the teacher has been teaching in the academic subject;

  o Is made available to the public upon request; and

  o May involve multiple, objective measures of teacher competency.

### PRIVATE SCHOOL TEACHERS

To be a highly qualified teacher, a teacher in a private, non-profit elementary or secondary school who is not a highly qualified teacher as defined above must be permitted to and satisfy rigorous subject knowledge and skills tests by taking

## SECTION 9: DEFINITION OF HIGHLY QUALIFIED (CONTINUED)

competency tests in applicable grade levels and subject areas. The competency tests must be recognized by five or more states for the purposes of fulfilling the highly qualified teacher requirements under section 9101 of the Elementary and Secondary Education Act of 1965. The teacher must also achieve a score on each test that equals or exceeds the average passing score for those states.

## SECTION 10: TERMS AND CONDITIONS

- To qualify for loan forgiveness, you must not have had an outstanding balance on a Direct Loan or FFEL program loan on October 1, 1998, or on the date that you obtained a Direct Loan or FFEL program loan after October 1, 1998. This means that if you had an outstanding balance on one or more Direct Loan or FFEL program loans on October 1, 1998, or on any Direct Loan or FFEL program loans that you obtained while you had an outstanding balance on a Direct Loan or FFEL program loan made on or before October 1, 1998, you may qualify for loan forgiveness if you later paid all of those loans in full so that you had no outstanding balance on any Direct Loan or FFEL program loan at the time you obtained a new Direct Loan or FFEL program loan after October 1, 1998.

- You are not eligible to receive forgiveness on a defaulted loan unless you have first made satisfactory repayment arrangements with the holder of the defaulted loan.

- Any loan for which you are seeking forgiveness must have been made before the end of your five consecutive, complete academic years of qualifying teaching service.

- You must not have received benefits through the AmeriCorps Program under Subtitle D of Title I of the National and Community Service Act of 1990 or loan forgiveness under the Direct Loan Public Service Loan Forgiveness Program for the same teaching service for which you are seeking forgiveness on your Direct Loan and/or FFEL program loans.

- You must have been employed as a full-time teacher for five consecutive, complete academic years at an elementary or secondary school or for an educational service agency that:

  ○ Is in a school district that qualifies for funds under Title I of the Elementary and Secondary Education Act of 1965, as amended;

  ○ Has been selected by the Department based on a determination that more than 30% of the school's or educational service agency's total enrollment is made up of children who qualify for services provided under Title I; and

  ○ Is listed in the *Annual Directory of Designated Low-Income Schools for Teacher Cancellation Benefits* (available online at www.tcli.ed.gov). If this directory is not available before May 1 of any year, the previous year's directory may be used.

  If your school or educational service agency meets the above requirements for at least one year of your teaching service, but does not meet these requirements during subsequent years, your subsequent years of teaching at the school or educational service agency may be counted toward the required five years of teaching.

  **NOTE:** All elementary and secondary schools operated by the Bureau of Indian Education (BIE) or operated on Indian reservations by Indian tribal groups under contract with the BIE qualify as schools serving low-income students.

- If you were unable to complete an academic year of teaching, that year may still be counted toward the required five consecutive, complete academic years if:

  ○ You completed at least one-half of the academic year; and

  ○ Your employer considers you to have fulfilled your contract requirements for the academic year for the purposes of salary increases, tenure, and retirement; and

  ○ You were unable to complete the academic year because:

    ▪ You returned to postsecondary education, on at least a half-time basis, in an area of study directly related to the performance of the teaching service described above; or

    ▪ You had a condition covered under the Family and Medical Leave Act of 1993 (FMLA); or

**SECTION 10: TERMS AND CONDITIONS (CONTINUED)**

- You were called or ordered to active duty status for more than 30 days as a member of a reserve component of the Armed Forces.

**NOTE:** Absence due to a period of postsecondary education, a condition covered under the FMLA, or active duty service, including the time needed for you to resume teaching no later than the beginning of the next regularly scheduled academic year, is not considered a break in the required five consecutive, complete academic years.

- You may qualify for forgiveness based on qualifying teaching service at any combination of eligible elementary schools, secondary schools, or educational service agencies. However:

  - ○ Teaching at an eligible elementary or secondary school may be counted only if at least one of the five years of teaching was after the 1997–1998 academic year.

  - ○ Teaching for an eligible educational service agency may be counted only if the consecutive five-year period includes qualifying service for an eligible educational service agency performed after the 2007–2008 academic year.

- If your five consecutive, complete years of qualifying teaching service began **before October 30, 2004**:

  - ○ You may receive **up to $5,000** in loan forgiveness if you were:
    - ■ A full-time teacher for elementary school students and you demonstrated knowledge and teaching skills in reading, writing, mathematics, and other areas of the elementary school curriculum; or
    - ■ A full-time teacher for secondary school students and you taught in a subject area that was relevant to your academic major.

  - ○ You may receive **up to $17,500** in loan forgiveness if you were:
    - ■ A highly qualified full-time teacher of mathematics or science to secondary school students; or
    - ■ A highly qualified full-time special education teacher whose primary responsibility was to provide special education to children with disabilities, and you taught children with disabilities that corresponded to your area of special education training and have demonstrated knowledge and teaching skills in the content areas of the curriculum that you taught.

- If your five consecutive, complete years of qualifying teaching service began **on or after October 30, 2004**:

  - ○ You may receive **up to $5,000** in loan forgiveness if you were a highly qualified full-time teacher for elementary or secondary school students.

  - ○ You may receive **up to $17,500** in loan forgiveness if you were:
    - ■ A highly qualified full-time teacher of mathematics or science to secondary school students; or
    - ■ A highly qualified full-time special education teacher whose primary responsibility was to provide special education to children with disabilities, and you taught children with disabilities that corresponded to your area of special education training and have demonstrated knowledge and teaching skills in the content areas of the curriculum that you taught.

- You are not eligible for forgiveness of more than a **combined total of $17,500** of principal and interest of your Direct Loan and/or FFEL program loans. You must repay any loan balance that remains after forgiveness has been granted.

- Unless you instruct your loan holder otherwise, the forgiveness amount will be applied to your loans in the following order: **(1)** Direct Unsubsidized Loans or unsubsidized Federal Stafford Loans, **(2)** Direct Subsidized Loans or subsidized Federal Stafford Loans, and **(3)** Direct Unsubsidized Consolidation Loans, Direct Subsidized Consolidation Loans, or Federal Consolidation Loans.

  - If you are determined to be eligible for loan forgiveness under this program, your loan holder will not refund any payments that you made or that were made on your behalf before the determination of eligibility.

  - If you receive loan forgiveness based on any false, fictitious, or fraudulent statements that you make on this form or on any accompanying documents, you may be required to repay the amount forgiven and you may be subject to civil and criminal penalties under applicable federal law.

## SECTION 11: IMPORTANT NOTICES

### PRIVACY ACT DISCLOSURE NOTICE

The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you: The authorities for collecting the requested information from and about you are 428(b)(2)(A) *et seq* . and 451 *et seq* . of the Higher Education Act of 1965, as amended (20 U.S.C. 1078(b)(2)(A) *et seq* . and 20 U.S.C. 1087a *et seq* .) and the authority for collecting and using your Social Security Number (SSN) is 484(a)(4) of the HEA (20 U.S.C. 1091(a)(4)). Participating in the Federal Family Education Loan (FFEL) Program or the William D. Ford Federal Direct Loan (Direct Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the FFEL Program and/or Direct Loan Program, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect on your loan(s) if your loan(s) becomes delinquent or in default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed to third parties as authorized under routine uses in the appropriate systems of records. The routine uses of this information include its disclosure to federal, state, or local agencies, to other federal agencies under computer matching programs, to agencies that we authorize to assist us in administering our loan programs, to private parties such as relatives, present and former employers, business and personal associates, to credit bureau organizations, to financial and educational institutions, to guaranty agencies, and to contractors in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to counsel you in repayment efforts, to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, to locate you if you become delinquent in your loan payments or if you default, to provide default rate calculations, to provide financial aid history information, to assist program administrators with tracking refunds and cancellations, or to provide a standardized method for educational institutions efficiently to submit student enrollment status.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

### PAPERWORK REDUCTION NOTICE

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0059. Public reporting burden for this collection of information is estimated to average 20 minutes (0.33 hours) per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain a benefit in accordance with 34 CFR 682.216(f)(1) and 34 CFR 685.217(e)(1). If you have comments or concerns regarding the status of your individual submission of this form, contact your loan holder at the address shown in Section 6.

# PUBLIC SERVICE LOAN FORGIVENESS (PSLF):
# EMPLOYMENT CERTIFICATION FORM

### William D. Ford Federal Direct Loan (Direct Loan) Program

OMB No. 1845-0110
Form Approved
Exp. Date 5/31/2020
PSECF - XBCR

**PSLF ECF**

**WARNING**: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.
☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | |
| Date of Birth | |
| Name | |
| Address | |
| City | State        Zip Code |
| Telephone - Primary | |
| Telephone - Alternate | |
| Email (Optional) | |

## SECTION 2: BORROWER AUTHORIZATIONS, UNDERSTANDINGS, AND CERTIFICATION

**Before signing, carefully read the entire form.** For more information on PSLF, visit **StudentAid.gov/publicservice**.

**I authorize:**

1.  My employer or other entity having records about the employment that is the basis of my request to make information from those records available to the U. S. Department of Education (the Department) or its agents or contractors.

2.  The entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**I understand** that:

1.  To qualify for PSLF, I must make 120 qualifying payments on my Direct Loans while employed full-time by a qualifying employer or employers. Neither the 120 qualifying payments nor the employment have to be consecutive.

2.  To qualify for PSLF, I must be employed full-time by a qualifying employer when I apply for and receive PSLF.

3.  If I qualify for forgiveness, only the remaining balance on my Direct Loans will be forgiven.

4.  By submitting this form, my student loan(s) held by the Department will be transferred to FedLoan Servicing.

5.  The Department may request supplemental documentation substantiating my employment.

6.  The Department will notify me in writing or electronically of the number of qualifying payments I have made while employed full-time by a qualifying employer and how many more I must make before I am eligible to apply for PSLF.

7.  I will be notified if the form that I submit is incomplete, or if my employment or payments do not qualify for PSLF, why the determination was made, and the steps I need to take to correct the form or make qualifying payments.

8.  The Department will retain this certification form until I submit my application for forgiveness.

**I certify** that all of the information I have provided on this form and in any accompanying document is true, complete, and correct to the best of my knowledge and belief.

☐ Check this box if you cannot obtain certification from your employer because the organization is closed or because the organization has refused to certify your employment. The Department will follow up to assist you in getting documentation of your employment. **Complete Section 3, but do not complete Section 4.**

**Borrower's Signature** _____     **Date** _____

# PUBLIC SERVICE LOAN FORGIVENESS (PSLF):
# APPLICATION FOR FORGIVENESS

### William D. Ford Federal Direct Loan (Direct Loan) Program

OMB No. 1845-0110
Form Approved
Exp. Date 5/31/2020
PSFAP - XBCR

**PSLF APP**

**WARNING**: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | |
| Date of Birth | |
| Name | |
| Address | |
| City | State     Zip Code |
| Telephone - Primary | |
| Telephone - Alternate | |
| Email (Optional) | |

For more information on PSLF, visit StudentAid.gov/publicservice. Use this form only if you **(1)** have Direct Loans, **(2)** made 120 qualifying payments on the Direct Loans for which you are seeking forgiveness, and **(3)** worked, and continue to work, full-time at a qualifying employer when you made the qualifying payments. If the employment certified in this application and/or prior approved Employment Certification Forms does not cover all 120 qualifying payments, you must submit an employment certification for each qualifying employer that covers the rest of your qualifying payments.

## SECTION 2: BORROWER REQUEST, UNDERSTANDINGS, CERTIFICATION, AND AUTHORIZATION

**I request (1)** that the U.S. Department of Education (the Department) forgive the remaining balance of my Direct Loans and **(2)** if I submit employment certification covering 10 years of qualifying employment after October 1, 2007, a forbearance on my Direct Loans while the Department determines my eligibility for forgiveness, unless I indicate otherwise below.

☐ By checking this box, I am indicating that I **do not want a forbearance** while my application is being processed.

**I understand** that:

1. To qualify for PSLF, I must have made 120 qualifying payments on my Direct Loans while employed full-time by a qualifying employer or employers. Neither the 120 qualifying payments nor employment have to be consecutive.

2. To qualify for PSLF, I must be employed full-time by a qualifying employer when I apply for and receive PSLF.

3. By submitting this form, my student loans held by the Department will be transferred to FedLoan Servicing.

4. If the Department determines that I appear to be eligible for forgiveness, the Department may contact my employer before granting forgiveness to ensure that I continue to work for the employer.

5. If I am eligible for forgiveness, the amount forgiven will be the principal and interest that was due on my eligible Direct Loans when I made my final qualifying payment. Any amount that I pay on those loans after I have made my final qualifying payment will be treated as an overpayment. I must continue to make payments on any of my other loans.

6. If I am not eligible for forgiveness, I will be notified of the determination and why it was made, my forbearance will end, and unpaid interest may be capitalized (added to my loan's principal balance).

**I certify** that all of the information I have provided on this form and in any accompanying document is true, complete, and correct to the best of my knowledge and belief and that if I cease to be employed by a qualifying employer after I submit this application, but before forgiveness is granted, I will notify the Department (see Section 7) immediately.

**I authorize** my employer or other entity having records about the employment that is the basis of my request to make information from those records available to the U. S. Department of Education (the Department) or its agents or contractors.

☐ Check this box if you cannot obtain certification from your employer because the organization is closed or because the organization has refused to certify your employment. The Department will follow up to assist you in getting documentation of your employment. **Complete Section 3, but do not complete Section 4.**

**Borrower's Signature** _____   **Date** _____

Borrower Name _____  Borrower SSN _____

## SECTION 3: EMPLOYER INFORMATION (TO BE COMPLETED BY THE BORROWER OR EMPLOYER)

Employer Name:

_____

Federal Employer Identification Number (FEIN)

_____

Your employer's Federal EIN may be found on your Wage and Tax Statement (W-2).

**3.** Employer Address:

_____

**4.** Employer Website (if any):

_____

**5.** Employment Begin Date:

_____

**6.** Employment End Date:

_____ **OR** ☐ Still Employed

**7.** Employment Status: ☐ Full-Time ☐ Part-Time

**8.** Hours Per Week (Average) _____

Include vacation, leave time, or any leave taken under the Family Medical Leave Act of 1993. If your employer is a 501(c)(3) or a not-for-profit organization, do not include any hours you spent on **religious instruction, worship services, or proselytizing**.

**9.** Is your employer a **governmental** organization?

A governmental organization is a Federal, State, local, or Tribal government organization, agency, or entity, a public child or family service agency, a Tribal college or university, or the Peace Corps or AmeriCorps.

☐ Yes - Skip to Section 4.

☐ No - Continue to Item 10.

**10.** Is your employer tax-exempt under Section **501(c)(3)** of the Internal Revenue Code (IRC)?

If your employer is tax-exempt under another subsection of 501(c) of the IRC, such as 501(c)(4) or 501(c)(6), check "No" to this question.

☐ Yes - Skip to Section 4.

☐ No - Continue to Item 11.

**11.** Is your employer a **not-for-profit** organization that is **not** tax-exempt under Section 501(c)(3) of the Internal Revenue Code?

☐ Yes - Continue to Item 12.

☐ No - Your employer does not qualify.

**12.** Is your employer a partisan political organization or a labor union?

☐ Yes - Your employer does not qualify.

☐ No - Continue to Item 13.

**13.** Which of the following services does your employer provide as its primary purpose? Check all that apply and then continue to Section 4. If you you check "None of the above", do not submit this form.

☐ Emergency management

☐ Military service (See Section 6)

☐ Public safety

☐ Law enforcement

☐ Public interest legal services (See Section 6)

☐ Early childhood education (See Section 6)

☐ Public service for individuals with disabilities

☐ Public service for the elderly

☐ Public health (See Section 6)

☐ Public education (See Section 6)

☐ Public library services

☐ School library services

☐ Other school-based services

☐ None of the above - the employer does not qualify.

## SECTION 4: EMPLOYER CERTIFICATION (TO BE COMPLETED BY THE EMPLOYER)

By signing, **I certify (1)** that the information in Section 3 is true, complete, and correct to the best of my knowledge and belief, **(2)** that I am an authorized official (see Section 6) of the organization named in Section 3, and **(3)** that the borrower named in Section 1 is or was an employee of the organization named in Section 3.

**Note:** If any of the information is crossed out or altered in Section 3, you must initial those changes.

Official's Name _____    Official's Phone _____

Official's Title _____    Official's Email _____

**Authorized Official's Signature** _____    **Date** _____

When completing this form, type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Use only numbers. Example: March 14, 2016 = 03-14-2016. For more information about PSLF and how to use this form, visit StudentAid.gov/ publicservice. **Return the completed form to the address shown in Section 7.**

## SECTION 6: DEFINITIONS

### QUALIFYING PAYMENT DEFINITIONS

**Qualifying payments** are separate, on-time, full monthly payments made on an eligible loan after October 1, 2007 under a qualifying repayment plan while employed full-time by a qualifying employer.

An **on-time payment** is a payment made no more than 15 days after the due date for the payment.

**Eligible loans** are loans made under the William D. Ford Federal Direct Loan (Direct Loan) Program that are not in default.

**Qualifying repayment plans** include the Revised Pay As You Earn (REPAYE) plan, the Pay As You Earn (PAYE) plan, the Income-Based Repayment (IBR) plan, the Income-contingent Repayment (ICR) plan, the Standard Repayment plan with a maximum 10-year repayment period, and any other Direct Loan repayment plan if payments are at least equal to the monthly payment amount that would be required under the Standard Repayment plan with a 10-year repayment period.

### QUALIFYING EMPLOYMENT DEFINITIONS

A **Qualifying employer** includes the government, a not-for-profit organization that is tax-exempt under Section 501(c)(3) of the Internal Revenue Code, or a private not-for-profit organization that provides certain public services. Serving in an AmeriCorps or Peace Corps position is also qualifying employment.

**Government** includes a Federal, State, local or Tribal government organization, agency or entity; a public child or family service agency; or a Tribal college or university.

A **private not-for-profit organization** is an organization that is not organized for profit, is not a labor union, is not a partisan political organization, and provides at least one of the following public services as its primary purpose: **(1)** emergency management, **(2)** military service, **(3)** public safety, **(4)** law enforcement, **(5)** public interest legal services, **(6)** early childhood education, **(7)** public service for individuals with disabilities and the elderly, **(8)** public health, **(9)** public education, **(10)** public library services, **(11)** school library services, or **(12)** other school-based services.

**AmeriCorps position** means a position approved by the Corporation for National and Community Service under Section 123 of the National and Community Service Act of 1990 (42 U.S.C. 12573).

**Peace Corps position** means a full-time assignment under the Peace Corps Act as provided for under 22 U.S.C. 2504.

### QUALIFYING EMPLOYMENT DEFINITIONS (CONTINUED)

**An employee** means an individual who is hired and paid by the qualifying employer.

**Full-time** means working for one or more qualifying employers for the greater of: **(1)** An annual average of at least 30 hours per week or, for a contractual or employment period of at least 8 months, an average of 30 hours per week; or **(2)** Unless the qualifying employment is with two or more employers, the number of hours the employer considers full time.

An **authorized official** is an official of a qualifying employer who has access to the borrower's employment or service records and is authorized by the employer to certify the employment status of the organization's employees or former employees, or the service of AmeriCorps or Peace Corps volunteers.

**Early childhood education** includes licensed or regulated child care, Head Start, and State funded pre-kindergarten.

**Law enforcement** means crime prevention, control or reduction of crime, or the enforcement of criminal law.

**Military service** means service on behalf of the U. S. Armed Forces or the National Guard.

**Public education** includes services that provide educational enrichment or support directly to students or their families in a school or a school-like setting.

**Public interest legal services** refers to legal services that are funded in whole or in part by a local, State, Federal, or Tribal government.

**Public health** includes nurses, nurse practitioners, nurses in a clinical setting, and full-time professionals engaged in health care practitioner occupations and health support occupations, as such terms are defined by the Bureau of Labor Statistics.

### OTHER DEFINITIONS

A **forbearance** is a period during which you are allowed to postpone making payments temporarily, allowed an extension of time for making payments, or temporarily allowed to make smaller payments than scheduled. A forbearance can be a mandatory forbearance, meaning that your loan holder must grant the forbearance if you qualify for the forbearance and supply all supporting documentation. A forbearance can also be a discretionary forbearance, meaning that your loan holder may grant the forbearance, but is not required to do so.

Return the completed form and any documentation to:

**Mail to:** U.S. Department of Education, FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184.

**Fax to:** 717-720-1628.

**Upload to:** MyFedLoan.org/FileUpload, if FedLoan Servicing is already your servicer.

If you need help completing this form, call:

**Domestic:** 855-265-4038.
**International**: 717-720-1985.
**TTY:** dial 711, then enter 800-699-2908.

**Website:** MyFedLoan.org.

## SECTION 8: IMPORTANT INFORMATION ABOUT PSLF

You may receive loan forgiveness under this program only after you have made 120 qualifying payments (see "Payment Eligibility") on eligible loans (see "Loan Eligibility" on page 5) while working full-time in qualifying employment (see "Employment Eligibility" on page 5).

### PAYMENT ELIGIBILITY

To receive PSLF, you must make 120 on-time, full, scheduled, separate monthly payments on your Direct Loans under a qualifying repayment plan after October 1, 2007.

On-time payments are those that are received by your servicer no later than 15 days after the scheduled payment due date.

Full payments are payments on your Direct Loan in an amount that equals or exceeds the amount you are required to pay each month under your repayment schedule. If you make a payment that is less than what you are required to pay for that month, that month's payment will not count as one of the required 120 qualifying payments. If you make multiple, partial payments in a month and the total of those partial payments equals or exceeds the required full monthly payment amount, those payments will count as one qualifying payment.

Scheduled payments are those that are made while you are in repayment. They do not include payments made while your loans are in an in-school or grace status, or in a deferment or forbearance period.

You must make separate monthly payments. Except as explained below, lump sum payments or payments you make as advance payments for future months do not count as more than one qualifying payment. If you want to pay more than your scheduled monthly payment amount, follow the instructions on your bill to let your servicer know that your payment is not intended to cover future installments. Otherwise, you may not receive credit for future qualifying payments.

If you were an AmeriCorps or Peace Corps volunteer, you may receive credit for making qualifying payments if you make a lump sum payment by using all or part of a Segal Education Award or Peace Corps transition payment.

You may also receive credit for qualifying payments if a lump sum payment is made on your behalf through a student loan repayment program administered by the U.S. Department of Defense (DOD).

### PAYMENT ELIGIBILITY (CONTINUED)

If you make a lump sum payment by using an AmeriCorps Segal Education Award or a Peace Corps transition payment, or if a lump sum payment is made on your behalf through a DOD student loan repayment program, the Department will give you credit for qualifying payments equal to the lesser of **(1)** the number of payments resulting after dividing the amount of the lump sum payment by the monthly payment amount you would have made under one of the qualifying repayment plans listed below; or **(2)** 12 payments.

If you make an eligible lump sum payment using a Peace Corps transition payment, you must do so within 6 months of the Employment End Date, as reported in Section 3.

You may only use an AmeriCorps Segal Education Award or Peace Corps transition payment one time to receive credit for more than one qualifying payment towards PSLF. However, lump sum payments made on your behalf under a DOD student loan repayment program may be counted as up to 12 qualifying payments for each year that a lump sum payment is made.

Your payments must be made under a qualifying repayment plan. Qualifying repayment plans include the REPAYE plan, the PAYE plan, the IBR plan, the ICR plan, the 10-Year Standard Repayment plan, or any other Direct Loan repayment plan, but only payments that are at least equal to the monthly payment amount that would be required under the10-Year Standard Repayment plan.

Though repayment plans other than the REPAYE, PAYE, IBR, and ICR plans are qualifying repayment plans for PSLF, you must enter REPAYE, PAYE, IBR, or ICR to have a remaining balance to forgive after becoming eligible for PSLF. Otherwise, your loans will be fully repaid within 10 years. To apply for these plans, visit StudentLoans.gov.

**IMPORTANT**: The Standard Repayment Plan for Direct Consolidation Loans made on or after July 1, 2006 has repayment periods that range from 10 to 30 years. Monthly payments you make under this plan are qualifying payments only if the repayment period is 10 years, which would be the case only if the total amount of the consolidation loan and your other eligible student loans is less than $7,500.

## LOAN ELIGIBILITY

Only Direct Loan Program loans that are not in default re eligible for PSLF. Loans you received under the Federal Family Education Loan (FFEL) Program, the Federal Perkins Loan (Perkins Loan) Program, or any other student loan rogram are not eligible for PSLF.

If you have FFEL Program or Perkins Loan Program loans, ou may consolidate them into a Direct Consolidation Loan take advantage of PSLF. However, payments made on your FFEL Program or Perkins Loan Program loans before ou consolidated them, even if they were made under a ualifying repayment plan, do not count as qualifying PSLF payments. In addition, if you made qualifying payments on a Direct Loan and then consolidate it into a Direct onsolidation Loan, you must start over making qualifying payments on the new Direct Consolidation Loan.

If you are planning to consolidate your FFEL Program or erkins Loan Program loans into a Direct Consolidation Loan to take advantage of PSLF and do not have any Direct Loans, o not submit this form until you have consolidated your ans. The online application for Direct Consolidation Loans contains a section that allows you to indicate that you are onsolidating your loans for PSLF. If you plan to consolidate erkins Loan Program loans, first understand that Perkins Loan Program loans may be cancelled for certain types of ublic service. If you consolidate a Perkins Loan Program an, you will no longer be eligible for Perkins cancellation. The online application is available at StudentLoans.gov. If ou don't know whether you have Direct Loans, go to tudentAid.gov/login.

## EMPLOYMENT ELIGIBILITY

To qualify for PSLF, you must be an employee of a qualifying employer. An employee is someone who is hired and paid by the employer. You may physically perform your ork at a qualifying or non-qualifying organization, as long as you are an employee of a qualifying employer. If you are working at the location of or with an organization under ontract with your employer, the organization that hired nd pays you must be a qualifying employer, not the organization where you perform your work.

A qualifying organization is a government organization, a tax-exempt organization under Section 501(c)(3) of the Internal Revenue Code, or a private not-for-profit rganization that provides certain public services. Service in an AmeriCorps or Peace Corps position is also qualifying employment.

## EMPLOYMENT ELIGIBILITY (CONTINUED)

A private not-for-profit organization that is not a tax-exempt organization under Section 501(c)(3) of the IRC may be a qualifying organization if it provides certain specified public services. These services include emergency management, military service, public safety, or law enforcement services; public health services; public education or public library services; school library and other school-based services; public interest legal services; early childhood education; public service for individuals with disabilities and the elderly. The organization must not be a business organized for profit, a labor union, or a partisan political organization.

Employment as a member of the U.S. Congress is not qualifying employment.

You must be employed full-time by your employer.

Generally, you must meet your employer's definition of full-time. However, for PSLF purposes, that definition must be at least an annual average of 30 hours per week. For purposes of the full-time requirement, your qualifying employment at a 501(c)(3) organization or a not-for-profit organization does not include time spent participating in religious instruction, worship services, or any form of proselytizing.

If you are a teacher or in another position under contract for at least eight out of 12 months, you meet the full-time standard if you work an average of at least 30 hours per week during the contractual period and receive credit by your employer for a full year's worth of employment.

If you are employed in more than one qualifying part-time job simultaneously, you may meet the full-time employment requirement if you work a combined average of at least 30 hours per week with your employers.

Vacation or leave time provided by the employer or leave taken for a condition that is a qualifying reason for leave under the Family and Medical Leave Act of 1993, 29, U.S.C. 2612(a)(1) and (3) is equivalent to hours worked in qualifying employment.

## OTHER IMPORTANT INFORMATION

If you submit this form and your employer qualifies, all of your loans held by the Department will be transferred to FedLoan Servicing. FedLoan Servicing will then determine how many qualifying payments you made during the period of qualifying employment within the dates provided in Section 3.

You are not permitted to apply the same period of service to receive PSLF and the Teacher Loan Forgiveness and Civil Legal Assistance Attorney Student Loan Repayment programs.

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 et seq., §451 et seq., or §461 of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq., 20 U.S.C. 1087a et seq., or 20 U.S.C. 1087aa et seq.) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, Federal Family Education Loan (FFEL) Program, or Federal Perkins Loan (Perkins Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan, FFEL, or Federal Perkins Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans become delinquent or default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions.

To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0110. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain a benefit in accordance with 34 CFR 685.219. If you have comments or concerns regarding the status of your individual submission of this form, please contact your loan holder directly (see Section 7).

## SECTION 5: INSTRUCTIONS FOR COMPLETING THE FORM

If you have made 120 qualifying payments and the certification in Sections 3 and 4 does not cover all of those payments, you must provide information about other employers by submitting one copy of Sections 1 and 2 (Page 1), and one copy of Sections 3 and 4 (Page 2) per employer. When completing this form, type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Use only numbers. Example: March 14, 2016 = 03-14-2016. For more information about PSLF and how to use this form, visit StudentAid.gov/publicservice. **Return the completed form to the address shown in Section 7.**

## SECTION 6: DEFINITIONS

### QUALIFYING PAYMENT DEFINITIONS

**Qualifying payments** are separate, on-time, full monthly payments made on an eligible loan after October 1, 2007 under a qualifying repayment plan while employed full-time by a qualifying employer.

An **on-time payment** is a payment made no more than 15 days after the due date for the payment.

**Eligible loans** are loans made under the William D. Ford Federal Direct Loan (Direct Loan) Program that are not in default.

**Qualifying repayment plans** include the Revised Pay As you Earn (REPAYE) plan, the Pay As You Earn (PAYE) plan, the Income-Based Repayment (IBR) plan, the Income-Contingent Repayment (ICR) plan, the Standard Repayment plan with a maximum 10-year repayment period, and any other Direct Loan repayment plan if payments are at least equal to the monthly payment amount that would be required under the Standard Repayment plan with a 10-year repayment period.

### QUALIFYING EMPLOYMENT DEFINITIONS

A **Qualifying employer** includes the government, a not-for-profit organization that is tax-exempt under Section 501(c)(3) of the Internal Revenue Code, or a private not-for-profit organization that provides certain public services. Serving in an AmeriCorps or Peace Corps position is also qualifying employment.

**Government** includes a Federal, State, local or Tribal government organization, agency or entity; a public child or family service agency; or a Tribal college or university.

A **private not-for-profit organization** is an organization that is not organized for profit, is not a labor union, is not a partisan political organization, and provides at least one of the following public services as its primary purpose: **(1)** emergency management, **(2)** military service, **(3)** public safety, **(4)** law enforcement, **(5)** public interest legal services, **(6)** early childhood education, **(7)** public service for individuals with disabilities and the elderly, **(8)** public health, **(9)** public education, **(10)** public library services, **(11)** school library services, or **(12)** other school-based services.

**AmeriCorps position** means a position approved by the Corporation for National and Community Service under Section 123 of the National and Community Service Act of 1990 (42 U.S.C. 12573).

**Peace Corps position** means a full-time assignment under the Peace Corps Act as provided for under 22 U.S.C. 2504.

### QUALIFYING EMPLOYMENT DEFINITIONS (CONTINUED)

**An employee** means an individual who is hired and paid by the qualifying employer.

**Full-time** means working for one or more qualifying employers for the greater of: **(1)** An annual average of at least 30 hours per week or, for a contractual or employment period of at least 8 months, an average of 30 hours per week; or **(2)** Unless the qualifying employment is with two or more employers, the number of hours the employer considers full time.

An **authorized official** is an official of a qualifying employer who has access to the borrower's employment or service records and is authorized by the employer to certify the employment status of the organization's employees or former employees, or the service of AmeriCorps or Peace Corps volunteers.

**Early childhood education** includes licensed or regulated child care, Head Start, and State funded pre-kindergarten.

**Law enforcement** means crime prevention, control or reduction of crime, or the enforcement of criminal law.

**Military service** means service on behalf of the U. S. Armed Forces or the National Guard.

**Public education** includes services that provide educational enrichment or support directly to students or their families in a school or a school-like setting.

**Public interest legal services** refers to legal services that are funded in whole or in part by a local, State, Federal, or Tribal government.

**Public health** includes nurses, nurse practitioners, nurses in a clinical setting, and full-time professionals engaged in health care practitioner occupations and health support occupations, as such terms are defined by the Bureau of Labor Statistics.

### OTHER DEFINITIONS

A **forbearance** is a period during which you are allowed to postpone making payments temporarily, allowed an extension of time for making payments, or temporarily allowed to make smaller payments than scheduled. A forbearance can be a mandatory forbearance, meaning that your loan holder must grant the forbearance if you qualify for the forbearance and supply all supporting documentation. A forbearance can also be a discretionary forbearance, meaning that your loan holder may grant the forbearance, but is not required to do so.

Return the completed form and any documentation to:

**Mail to:** U.S. Department of Education, FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184.

**Fax to:** 717-720-1628.

**Upload to:** MyFedLoan.org/FileUpload, if FedLoan Servicing is already your servicer.

If you need help completing this form, call:

**Domestic:** 855-265-4038.
**International**: 717-720-1985.
**TTY:** dial 711, then enter 800-699-2908.

**Website:** MyFedLoan.org.

## SECTION 8: IMPORTANT INFORMATION ABOUT PSLF

You may receive loan forgiveness under this program only after you have made 120 qualifying payments (see "Payment Eligibility") on eligible loans (see "Loan Eligibility" on page 5) while working full-time in qualifying employment (see "Employment Eligibility" on page 5).

### PAYMENT ELIGIBILITY

To receive PSLF, you must make 120 on-time, full, scheduled, separate monthly payments on your Direct Loans under a qualifying repayment plan after October 1, 2007.

On-time payments are those that are received by your servicer no later than 15 days after the scheduled payment due date.

Full payments are payments on your Direct Loan in an amount that equals or exceeds the amount you are required to pay each month under your repayment schedule. If you make a payment that is less than what you are required to pay for that month, that month's payment will not count as one of the required 120 qualifying payments. If you make multiple, partial payments in a month and the total of those partial payments equals or exceeds the required full monthly payment amount, those payments will count as one qualifying payment.

Scheduled payments are those that are made while you are in repayment. They do not include payments made while your loans are in an in-school or grace status, or in a deferment or forbearance period.

You must make separate monthly payments. Except as explained below, lump sum payments or payments you make as advance payments for future months do not count as more than one qualifying payment. If you want to pay more than your scheduled monthly payment amount, follow the instructions on your bill to let your servicer know that your payment is not intended to cover future installments. Otherwise, you may not receive credit for future qualifying payments.

If you were an AmeriCorps or Peace Corps volunteer, you may receive credit for making qualifying payments if you make a lump sum payment by using all or part of a Segal Education Award or Peace Corps transition payment.

You may also receive credit for qualifying payments if a lump sum payment is made on your behalf through a student loan repayment program administered by the U.S. Department of Defense (DOD).

### PAYMENT ELIGIBILITY (CONTINUED)

If you make a lump sum payment by using an AmeriCorps Segal Education Award or a Peace Corps transition payment, or if a lump sum payment is made on your behalf through a DOD student loan repayment program, the Department will give you credit for qualifying payments equal to the lesser of **(1)** the number of payments resulting after dividing the amount of the lump sum payment by the monthly payment amount you would have made under one of the qualifying repayment plans listed below; or **(2)** 12 payments.

If you make an eligible lump sum payment using a Peace Corps transition payment, you must do so within 6 months of the Employment End Date, as reported in Section 3.

You may only use an AmeriCorps Segal Education Award or Peace Corps transition payment one time to receive credit for more than one qualifying payment towards PSLF. However, lump sum payments made on your behalf under a DOD student loan repayment program may be counted as up to 12 qualifying payments for each year that a lump sum payment is made.

Your payments must be made under a qualifying repayment plan. Qualifying repayment plans include the REPAYE plan, the PAYE plan, the IBR plan, the ICR plan, the 10-Year Standard Repayment plan, or any other Direct Loan repayment plan, but only payments that are at least equal to the monthly payment amount that would be required under the10-Year Standard Repayment plan.

Though repayment plans other than the REPAYE, PAYE, IBR, and ICR plans are qualifying repayment plans for PSLF, you must enter REPAYE, PAYE, IBR, or ICR to have a remaining balance to forgive after becoming eligible for PSLF. Otherwise, your loans will be fully repaid within 10 years. To apply for these plans, visit StudentLoans.gov.

**IMPORTANT**: The Standard Repayment Plan for Direct Consolidation Loans made on or after July 1, 2006 has repayment periods that range from 10 to 30 years. Monthly payments you make under this plan are qualifying payments only if the repayment period is 10 years, which would be the case only if the total amount of the consolidation loan and your other eligible student loans is less than $7,500.

Case 1:19-cv-04625 Document #: 40 Filed: 10/16/18 Page 64 of 178 PageID #:422

## LOAN ELIGIBILITY

Only Direct Loan Program loans that are not in default re eligible for PSLF. Loans you received under the Federal Family Education Loan (FFEL) Program, the Federal Perkins Loan (Perkins Loan) Program, or any other student loan rogram are not eligible for PSLF.

If you have FFEL Program or Perkins Loan Program loans, ou may consolidate them into a Direct Consolidation Loan b take advantage of PSLF. However, payments made on your FFEL Program or Perkins Loan Program loans before ou consolidated them, even if they were made under a ualifying repayment plan, do not count as qualifying PSLF payments. In addition, if you made qualifying payments on a Direct Loan and then consolidate it into a Direct onsolidation Loan, you must start over making qualifying payments on the new Direct Consolidation Loan.

If you are planning to consolidate your FFEL Program or erkins Loan Program loans into a Direct Consolidation Loan to take advantage of PSLF and do not have any Direct Loans, o not submit this form until you have consolidated your ans. The online application for Direct Consolidation Loans contains a section that allows you to indicate that you are onsolidating your loans for PSLF. If you plan to consolidate erkins Loan Program loans, first understand that Perkins Loan Program loans may be cancelled for certain types of ublic service. If you consolidate a Perkins Loan Program an, you will no longer be eligible for Perkins cancellation. The online application is available at StudentLoans.gov. If ou don't know whether you have Direct Loans, go to udentAid.gov/login.

## EMPLOYMENT ELIGIBILITY

To qualify for PSLF, you must be an employee of a qualifying employer. An employee is someone who is hired and paid by the employer. You may physically perform your ork at a qualifying or non-qualifying organization, as long as you are an employee of a qualifying employer. If you are working at the location of or with an organization under ontract with your employer, the organization that hired and pays you must be a qualifying employer, not the organization where you perform your work.

A qualifying organization is a government organization, a tax-exempt organization under Section 501(c)(3) of the Internal Revenue Code, or a private not-for-profit rganization that provides certain public services. Service in an AmeriCorps or Peace Corps position is also qualifying employment.

## EMPLOYMENT ELIGIBILITY (CONTINUED)

A private not-for-profit organization that is not a tax-exempt organization under Section 501(c)(3) of the IRC may be a qualifying organization if it provides certain specified public services. These services include emergency management, military service, public safety, or law enforcement services; public health services; public education or public library services; school library and other school-based services; public interest legal services; early childhood education; public service for individuals with disabilities and the elderly. The organization must not be a business organized for profit, a labor union, or a partisan political organization.

Employment as a member of the U.S. Congress is not qualifying employment.

You must be employed full-time by your employer.

Generally, you must meet your employer's definition of full-time. However, for PSLF purposes, that definition must be at least an annual average of 30 hours per week. For purposes of the full-time requirement, your qualifying employment at a 501(c)(3) organization or a not-for-profit organization does not include time spent participating in religious instruction, worship services, or any form of proselytizing.

If you are a teacher or in another position under contract for at least eight out of 12 months, you meet the full-time standard if you work an average of at least 30 hours per week during the contractual period and receive credit by your employer for a full year's worth of employment.

If you are employed in more than one qualifying part-time job simultaneously, you may meet the full-time employment requirement if you work a combined average of at least 30 hours per week with your employers.

Vacation or leave time provided by the employer or leave taken for a condition that is a qualifying reason for leave under the Family and Medical Leave Act of 1993, 29, U.S.C. 2612(a)(1) and (3) is equivalent to hours worked in qualifying employment.

## OTHER IMPORTANT INFORMATION

If you submit this form and your employer qualifies, all of your loans held by the Department will be transferred to FedLoan Servicing. FedLoan Servicing will then determine how many qualifying payments you made during the period of qualifying employment within the dates provided in Section 3.

You are not permitted to apply the same period of service to receive PSLF and the Teacher Loan Forgiveness and Civil Legal Assistance Attorney Student Loan Repayment programs.

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 et seq., §451 et seq., or §461 of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq., 20 U.S.C. 1087a et seq., or 20 U.S.C. 1087aa et seq.) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program, Federal Family Education Loan (FFEL) Program, or Federal Perkins Loan (Perkins Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan, FFEL, or Federal Perkins Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans become delinquent or default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions.

To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0110. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain a benefit in accordance with 34 CFR 685.219. If you have comments or concerns regarding the status of your individual submission of this form, please contact your loan holder directly (see Section 7).



# LOAN DISCHARGE APPLICATION: FALSE CERTIFICATION (UNAUTHORIZED SIGNATURE/PAYMENT)

OMB No. 1845-0058
Form Approved
Exp. Date 08/31/2017

**William D. Ford Federal Direct Loan (Direct Loan) Program**
**Federal Family Education Loan (FFEL) Program**

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | ___ ___ ___ - ___ ___ - ___ ___ ___ ___ |
| Name | |
| Address | |
| City, State, Zip Code | |
| Telephone – Primary | ( _____ ) _____ - _____ |
| Telephone – Alternate | ( _____ ) _____ - _____ |
| E-mail (optional) | |

## SECTION 2: UNAUTHORIZED SIGNATURE/PAYMENT INFORMATION

This form is not to be used for allegations of identify theft.

1. You are applying for this loan discharge as a:

    ☐ Student borrower – Skip to Item 4.

    ☐ Parent borrower – Continue to Item 2.

2. Student Name (Last, First, MI):

    _____

3. Student SSN:

    ___ ___ ___ - ___ ___ - ___ ___ ___ ___

4. School Name:

    _____

5. School Address (street, city, state, zip code):

    _____
    _____

6. Dates of attendance at the school:

    ___ ___ - ___ ___ - ___ ___ ___ ___ to

    ___ ___ - ___ ___ - ___ ___ ___ ___

7. Which document(s) was signed without your authorization?

    a. ☐ Loan application

    b. ☐ Promissory note

    c. ☐ Master promissory note

    d. ☐ Combined application/promissory note

    e. ☐ Loan check

    f. ☐ Electronic funds transfer authorization

    g. ☐ Master check authorization

8. Did you (or, for a parent PLUS borrower, the student) ever receive any money from the school, or did the school ever reduce the amount of money that you (or, for a parent PLUS borrower, the student) owed to the school?

    ☐ Yes – Continue to Item 9.

    ☐ No – Skip to Item 11.

    ☐ Don't Know – Skip to Item 11.

9. On what date did the school return money or reduce the amount owed?

    ___ ___ - ___ ___ - ___ ___ ___ ___

10. What amount did the school return or by what amount did the school reduce the amount owed?

    $_____

11. How did you (or, for a parent PLUS borrower, the student) pay the tuition and fees owed to the school?

    _____
    _____

12. Provide the following about the school employee or other person associated with the school who signed your name on the document(s) identified in Item 7. Write "Don't Know" if you do not know the name/position of the person:

    a. Name: _____

    b. Position: _____

Borrower Name: _____  Borrower SSN: ___ ___ ___ - ___ ___ - ___ ___ ___ ___

## SECTION 2: UNAUTHORIZED SIGNATURE/PAYMENT INFORMATION (CONTINUED)

13. Explain the circumstances under which the school employee or other person associated with the school identified in Item 12 signed your name on the documents identified in Item 7:

_____

_____

14. Did you (or, for a parent PLUS borrower, the student) make any monetary claim with, or receive any payment from, the school or any third party (see definition in Section 5) in connection with enrollment or attendance at the school?

☐ Yes – Continue to Item 15.

☐ No – Skip to Item 18.

☐ Don't Know – Skip to Item 18.

15. Provide the following about the party with whom the claim was made or from whom payment was received:

a. Name: _____

b. Address (street, city, state, zip code):

_____

_____

c. Telephone number:

( _____ ) _____ - _____

16. What is the amount and the status of the claim?

a. Amount: $_____

b. Status: _____

17. What was the amount of any payment received? If none, write "none". $_____

18. Did the holder of your loan receive any money back (a refund) from the school on your behalf?

☐ Yes – Continue to Item 19.

☐ No – Sign and date the form in Section 3. Submit this form with documentation of your signature to the loan holder in Section 7.

☐ Don't Know – Sign and date the form in Section 3. Submit this form with documentation of your signature to the loan holder in Section 7.

19. What was the amount of the refund?

$_____

20. Explain why the money was refunded:

_____

_____

Sign and date the form in Section 3. Submit this form with documentation of your signature to the loan holder in Section 7.

**Documentation of your signature is required.** You must attach documents containing four other samples of your signature. At least two of these samples must show that your signatures were made within one year before or after the date of the documents on which someone else signed your name. Examples of documents include cancelled checks, tax returns, and driver's licenses. If you do not provide these samples, you cannot be considered for a loan discharge.

## SECTION 3: BORROWER CERTIFICATIONS, ASSIGNMENT, AND AUTHORIZATION

▪ **I certify** that—

1. I am applying for a discharge of my Direct Loan or FFEL Program loan(s) because the loan application, promissory note, combined application/promissory note, loan disbursement check, electronic funds transfer authorization, or master check authorization was not authorized for the reasons stated in this form.

2. I did not sign any of the documents I selected in Section 2, Item 7.

3. I have read and agree to the terms and conditions for loan discharge, as specified in Section 6.

4. Under penalty of perjury, all of the information I have provided on this form and in any accompanying documentation is true and accurate to the best of my knowledge and belief.

▪ **I hereby assign and transfer** to the U.S. Department of Education (the Department) any right to a refund on the amount discharged that I may receive from the school identified in Section 2 of this form and/or from any owners, affiliates, or assignees of the school, and from any third party that may pay claims for a refund because of the actions of the school, up to the amount discharged by the Department on my loan(s).

▪ **I authorize** the loan holder to which I submit this request (and its agents or contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or at any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

Borrower's Signature _____  Date ___ ___ - ___ ___ - ___ ___ ___ ___

When completing this form, type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Use only numbers. Example: February 10, 2014 = 02-10-2014. If you need more space to answer any of the items, continue on separate sheets of paper and attach them to this form. Indicate the number of the Item(s) you are answering and include your name and Social Security Number (SSN) on page 2 and all attached pages. **Return the completed form and any attachments to the address shown in Section 7.**

## SECTION 5: DEFINITIONS

- The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Federal Direct Stafford/Ford (Direct Subsidized) Loans, Federal Direct Unsubsidized Stafford/Ford (Direct Unsubsidized) Loans, Federal Direct PLUS (Direct PLUS) Loans, and Federal Direct Consolidation (Direct Consolidation) Loans.
- The **Federal Family Education Loan (FFEL) Program** includes Federal Stafford Loans (both subsidized and unsubsidized), Federal Supplemental Loans for Students (SLS), Federal PLUS Loans, and Federal Consolidation Loans.
- The **holder** of your Direct Loan Program loan(s) is the Department. The holder of your FFEL Program loan(s) may be a lender, a guaranty agency, or the Department. Your loan holder may use a servicer to handle billing and other communications related to your loans. References to "your loan holder" on this form mean either your loan holder or your servicer.
- **Unauthorized signature** means that the school, without the borrower's authorization, signed the borrower's name on the loan application or promissory note.
- **Unauthorized payment** means that the school, without the borrower's authorization, endorsed the borrower's loan check or signed the borrower's authorization for electronic funds transfer or master check, and did not

give the loan proceeds to the borrower or apply the loan proceeds to charges owed by the student to the school.

- **Loan discharge** due to an unauthorized signature on a loan application or promissory note cancels your obligation (and any endorser's obligation, if applicable) to repay the remaining portion on a Direct Loan or FFEL Program loan, and qualifies you for reimbursement of any amounts paid voluntarily or through forced collection on the loan. Loan discharge due to an unauthorized signature on a loan check, electronic funds transfer authorization, or master check authorization applies only to the amount of the unauthorized payment. For consolidation loans, only the amount of the underlying loans associated with the document listed in Section 2, Item 7 will be considered for discharge. The loan holder reports the discharge to all credit reporting agencies to which the holder previously reported the status of the loan and removes any adverse credit history previously associated with the loan.
- The **student** refers to the student for whom a parent borrower obtained a Direct PLUS Loan or Federal PLUS Loan.
- **Third party** refers to any entity that may provide reimbursement for a refund owed by the school, such as a State or other entity offering a tuition recovery program or a holder of a performance bond.

## SECTION 6: TERMS AND CONDITIONS FOR LOAN DISCHARGE BASED ON FALSE CERTIFICATION

- You are only eligible for this form of discharge if you received the loan on which you are requesting discharge on or after January 1, 1986.
- By signing this form, you are agreeing to provide, upon request, testimony, a sworn statement, or other documentation reasonably available to you that demonstrates to the satisfaction of the Department or its designee that you meet the qualifications for loan discharge based on false certification, or that supports any representation that you made on this form or any accompanying documents.

- By signing this form, you are agreeing to cooperate with the Department or the Department's designee in any enforcement action related to this form.
- This application may be denied, or your discharge may be revoked, if you fail to provide testimony, a sworn statement, or documentation upon request, or if you provide testimony, a sworn statement, or documentation that does not support the material representation that you have made on this form or on any accompanying documents.

## SECTION 7: WHERE TO SEND THE COMPLETED FORM

Return the completed form and any required documentation to:

(If no address is shown, return to your loan holder.)

If you need help completing this form, call:

(If no telephone number is shown, call your loan holder.)

## SECTION 8: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 et seq. and §451 et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq. and 20 U.S.C. 1087a et seq.) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program or the Federal Family Education Loan (FFEL) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan and/or FFEL Programs, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect and report on your loan(s) if your loan(s) becomes delinquent or defaults. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for

educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1845-0058. Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The obligation to respond to this collection is required to obtain or retain a benefit (34 CFR 682.402(e)(3), or 685.215(c)). If you have comments or concerns regarding the status of your individual submission of this form, **contact your loan holder(s) (see Section 7) directly.**

# Federal **Student** Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

PROUD SPONSOR of
the AMERICAN MIND™

[ Attachment B ]

## National Student Loan Data System (NSLDS) for Students

*NSLDS is a repository of information from many sources. Changes to the data are made by those sources. Collecting the data into one central location such as NSLDS gives you convenience and saves you time. If for any reason you disagree with the information reported to NSLDS, please contact one or more of the sources of your data listed on the detail pages on this site. The Department is also available as a resource at 1-800-4FEDAID if you need additional assistance. Your comments and corrections will help improve the services NSLDS provides.*

**Detail Loan Information for** CHITUNDA TILLMAN SR       **Your enrollment status is** WITHDRAWN , **effective** 12/20/2000.

**Type of Loan:**    FEDERAL PERKINS
**Loan obtained while attending the** CHICAGO STATE UNIVERSITY

**Date Entered Repayment:** 10/02/2001
**Next Payment Due Date:** N/A
**Loan Period Begin Date:** 08/25/1997
**Loan Period End Date:** 06/30/1999
**Income-Driven Repayment Plan Anniversary Date:** N/A



**MyStudentData
Download**

### Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate Type | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|---|
| $2,000 | $0 | 05/01/2007 | $0 | | | 5.00% | $0 | N/A |

| Most Recent Pay. Eff. Date | Cumulative Payment Amount | | Repayment Plan Type | | PSLF Cumulative Matched Months | |
|---|---|---|---|---|---|---|
| N/A | | $0 | N/A | | 0 | |

### Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| | | CA | CANCELLED | 05/01/2007 |
| | | RP | IN REPAYMENT | 10/02/2001 |
| | | ID | IN SCHOOL OR GRACE PERIOD | 08/25/1997 |

### Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current Servicer: | CHICAGO STATE UNIVERSITY<br>9501 SOUTH KING DRIVE<br>CHICAGO IL 606281598 |

*Information contained on these pages reflects the most current data in the NSLDS database. The data contained on this site is for general information purposes and should not be used to determine eligibility, loan payoffs, overpayment status, or tax reporting. Please consult the Financial Aid Officer at your school or the specific holder of your debts for further information.*

[Attachment C]

# Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION | PROUD SPONSOR of the AMERICAN MIND™

## National Student Loan Data System (NSLDS) for Students

*NSLDS is a repository of information from many sources. Changes to the data are made by those sources. Collecting the data into one central location such as NSLDS gives you convenience and saves you time. If for any reason you disagree with the information reported to NSLDS, please contact one or more of the sources of your data listed on the detail pages on this site. The Department is also available as a resource at 1-800-4FEDAID if you need additional assistance. Your comments and corrections will help improve the services NSLDS provides.*

**Detail Loan Information for** CHITUNDA TILLMAN SR     **Your enrollment status is WITHDRAWN , effective** 12/20/2000.

**Type of Loan:**   2   FFEL CONSOLIDATED
**Loan obtained while attending the** SCHOOL CODE FOR CONSOLIDATION LOANS

**Date Entered Repayment:** 04/26/2006
**Next Payment Due Date:** N/A
**Loan Period Begin Date:** N/A
**Loan Period End Date:** N/A
**Income-Driven Repayment Plan Anniversary Date:** N/A



MyStudentData Download

### Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate Type | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|---|
| $6,917 | $10,360 | 07/31/2018 | $1,388 | 07/31/2018 | FIXED | 5.75% | $0 | N/A |
| Most Recent Pay. Eff. Date | N/A | Cumulative Payment Amount | $0 | Repayment Plan Type | N/A | | PSLF Cumulative Matched Months | 0 |

### Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 04/26/2006 | $6,917 | DF | DEFAULTED, UNRESOLVED | 04/01/2016 |
| | | RP | IN REPAYMENT | 02/08/2015 |
| | | FB | FORBEARANCE | 12/10/2014 |
| | | RP | IN REPAYMENT | 06/26/2014 |
| | | FB | FORBEARANCE | 01/02/2014 |
| | | RP | IN REPAYMENT | 11/26/2013 |
| | | FB | FORBEARANCE | 06/26/2013 |
| | | FB | FORBEARANCE | 12/26/2012 |
| | | FB | FORBEARANCE | 12/26/2011 |
| | | FB | FORBEARANCE | 07/26/2011 |
| | | FB | FORBEARANCE | 03/01/2011 |
| | | DA | DEFERRED | 05/28/2010 |
| | | FB | FORBEARANCE | 05/26/2010 |
| | | FB | FORBEARANCE | 12/26/2009 |
| | | DA | DEFERRED | 09/24/2008 |
| | | RP | IN REPAYMENT | 08/26/2008 |
| | | FB | FORBEARANCE | 02/26/2008 |

| | RP | IN REPAYMENT | 01/26/2008 |
|---|---|---|---|
| | FB | FORBEARANCE | 08/26/2007 |
| | RP | IN REPAYMENT | 04/26/2006 |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current Servicer: | NAVIENT SOLUTIONS, LLC.<br>220 LASLEY AVE<br>WILKES-BARRE PA 18706<br>888-272-5543 |
| Current Lender: | DEUTSCHE BANK ELT NAVIENT & SLM TRUSTS<br>11600 SALLIE MAE DR,DEB SOUTHERLAND<br>RESTON VA 201930000<br>888-272-5543 |
| Current Guaranty Agency: | USA FUNDS, INC.<br>2401 INTERNATIONAL LANE<br>MADISON WI 53704<br>866-348-0715 |

*Information contained on these pages reflects the most current data in the NSLDS database. The data contained on this site is for general information purposes and should not be used to determine eligibility, loan payoffs, overpayment status, or tax reporting. Please consult the Financial Aid Officer at your school or the specific holder of your debts for further information.*

P.O. Box 2000
Chester, PA 19022

[ Attachment ]
C . 1

08/17/2006    TransUnion.





P062LL00301274-I016603
CHITUNDA TILLMAN SR.
6141 S PRINCETON 1
CHICAGO, IL 60621

աlllllllllllllllllllllllllllllllllllllllllll

C. 1

Our investigation of the dispute you submitted is now complete. The results are listed below and a
new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If
you provide a consumer statement that contains medical information related to service providers or
medical procedures, then you expressly consent to TransUnion including this information in every
credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a
consumer statement, you may request that TransUnion send an updated report to those who received
your report within the last two years for employment purposes, or within the last one year for any other
purpose.

If interested, you may also request a description of how the investigation was conducted along with
the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| PEOPLES ENERGY | # 6500039394008 | VERIFIED, NO CHANGE |
| MB FINANCIAL BANK | # 990000100253 | DELETED |
| CREDIT PROTECTION | # 438654975 | VERIFIED, NO CHANGE |
| NCO - MEDCLEAR | # 26370809 | VERIFIED, NO CHANGE |
| BARONS CREDITORS SERVICE | # 49731 | DELETED |
| NCO FINANCIAL | # 654183147 | DELETED |
| NCO - MEDCLEAR | # 19340975 | DELETED |
| NCO - MEDCLEAR | # 19333621 | DELETED |
| CBUSA INC | # 619128 | DELETED |
| PEOPLES ENERGY | # 6500031858281 | VERIFIED, NO CHANGE |
| OSI COLLECTIONS SVCS | # 964503 | VERIFIED, NO CHANGE |
| NCO - MEDCLEAR | # 19070203 | DELETED |
| GENESIS FIN SOLUTIONS | # 1036864 | NEW INFORMATION BELOW |
| HSBC NV | # 4405610240135276 | NEW INFORMATION BELOW |
| MB FINANCIAL BANK | # 100250000003 | NEW INFORMATION BELOW |
| MB FINANCIAL BANK | # 100250000002 | DELETED |
| DRIVE FINANCIAL | # 30000122267691000 | NEW INFORMATION BELOW |
| SM SERVICING | # 940729211010006 | NEW INFORMATION BELOW |
| SM SERVICING | # 940729211010007 | VERIFIED, NO CHANGE |

| | | |
|---|---|---|
| SM SERVICING | # 940729211010005 | NEW INFORMATION BELOW |
| SM SERVICING | # 940729211010004 | NEW INFORMATION BELOW |
| SM SERVICING | # 940729211010003 | NEW INFORMATION BELOW |
| SM SERVICING | # 940729211010002 | NEW INFORMATION BELOW |
| SM SERVICING | # 940729211010001 | NEW INFORMATION BELOW |
| MB FINANCIAL BANK | # 100250000001 | DELETED |
| BANK ONE | # 1110205654147 | DELETED |
| THE MONEY STORE AUTO FIN | # 3204079738952508 | DELETED |
| HOUSEHOLD FINANCE | # 500000111721 | DELETED |
| CHICAGO STATE UNIVERSITY | # 591973486424660 | DELETED |
| HSBC AUTO FINANCE | # 50000111721 | NEW INFORMATION BELOW |
| SM SERVICING | # 348642466107K | NEW INFORMATION BELOW |
| SM SERVICING | # 348642466105K | NEW INFORMATION BELOW |
| SM SERVICING | # 348642466103K | NEW INFORMATION BELOW |
| CIVIL JUDGMENT | DOCKET #M1126557 | DELETED |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

File Number: 154031381
Page: 1 of 10
Date Issued: 08/17/2006

**TransUnion.**

## Personal Information

Name: CHITUNDA TILLMAN SR.

SSN: XXX-XX-2466
Date of Birth: 03/1973
Telephone: 726-2279
Your SSN is partially masked for your protection.

You have been on our files since 07/1991

### CURRENT ADDRESS

Address: 6141 S PRINCETON 1
CHICAGO, IL 60621
Date Reported: 01/2006

### PREVIOUS ADDRESS

Address: 14043 S TRACY AV 2B
RIVERDALE, IL 60827
Date Reported: 12/2005

Address: 5921 S EMERALD AV
CHICAGO, IL 60621

### EMPLOYMENT DATA REPORTED

Employer Name: BURGER KING
Date Reported: 02/1998

Position:
Hired:

Employer Name: MARYVILLE ACADEMY
Location: CHICAGO, IL
Date Reported: 04/1996

Position: CASE MGR
Hired:

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1;', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years.

### COOK COUNTY 1ST MUNICIPA Docket #: 4M1725034

RICHARD J. DALEY
CENTER
CHICAGO, IL 60602
(312) 603-5030

Type: PAID CIVIL JUDGMENT
Court Type: CIRCUIT COURT
Date Paid: 11/2004

Date Filed: 10/2004
Responsibility: INDIVIDUAL DEBT
Plaintiff: EDEN GREEN COOPEARTIVE
Plaintiff Attorney: SANFORD KAHN
Amount: $1,018

Estimated date that this item will be removed: 09/2011

### COOK COUNTY 1ST MUNICIPA Docket #: 4M1142439

RICHARD J. DALEY
CENTER
CHICAGO, IL 60602
(312) 603-5030

Type: PAID CIVIL JUDGMENT
Court Type: CIRCUIT COURT
Date Paid: 10/2005

Date Filed: 08/2004
Responsibility: INDIVIDUAL DEBT
Plaintiff: ACCION CHICAGO INC
Plaintiff Attorney: TELLER LEVIT S
Amount: $19,028

Estimated date that this item will be removed: 07/2011

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|-----|---|----|----|----|----|-----|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

Consumer Credit Report for **CHITUNDA TILLMAN SR.**

File Number: 154031381
Page: 2 of 10
Date Issued: 08/17/2006

# Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

### Call
### CREDIT PROTECTION #438654975
POB 802068
DALLAS, TX 75380
(800) 255-6775

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 07/2006 |
| Original Amount: | $351 |
| Original Creditor: | COMCAST |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Remarks: ACCT INFO DISPUTED BY CONSUMR
Date placed for collection: 11/2000
Estimated date that this item will be removed: 07/2007

### GE AUTO FINANCIAL SVCS #915756855500
540 W NORTHWEST HWY
BARRINGTON, IL 60010-3051
Phone number not available

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 08/2001 |
| High Balance: | $26,779 |
| Terms: | 60 MONTHLY $446 |

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 03/1998
Date Closed: 08/2001

Loan Type: AUTOMOBILE
Remarks: >TRANSFERRED TO RECOVERY<
Estimated date that this item will be removed: 07/2008

### GENESIS FIN SOLUTIONS #1036864
PO BOX 4865
BEAVERTON, OR 97076
(888) 615-8762

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 08/2006 |
| Original Amount: | $219 |
| Original Creditor: | 08 UNITED CREDIT NATIONAL BANK |

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Closed: 10/2001
Date Paid: 09/2005

Loan Type: FACTORING COMPANY ACCOUNT
Remarks: >PAID COLLECTION<
Date placed for collection: 10/2001
Estimated date that this item will be removed: 08/2008

### HSBC NV #4405610240135276
PO BOX 19360
PORTLAND, OR 97280-8706
(800) 477-6000

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 08/2006 |
| High Balance: | $779 |
| Credit Limit: | $0 |

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 06/1998
Date Closed: 03/2001
Date Paid: 01/2001

Loan Type: CREDIT CARD
Remarks: ACCT INFO DISPUTED BY CONSUMR
Estimated date that this item will be removed: 05/2007

### MB FINANCIAL BANK #100250000003
6111 N RIVER RD
7TH FLOOR
ROSEMONT, IL 60018
(773) 376-9004

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 01/2004 |
| High Balance: | $17,219 |
| Terms: | 36 MONTHLY $230 |

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 03/2003
Date Closed: 01/2004

Loan Type: BUSINESS
Remarks: >PROFIT AND LOSS WRITEOFF<
Estimated date that this item will be removed: 09/2010

### NCO - MEDCLEAR #26370809
POB 41448
PHILADELPHIA, PA 19101
(800) 273-6816

| | |
|---|---|
| Balance: | $238 |
| Date Verified: | 08/2006 |
| Original Amount: | $238 |
| Original Creditor: | MED1 02 GREGORY EMERGENCY PHYSICIAN |
| Past Due: | >$238< |

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT

Loan Type: FACTORING COMPANY ACCOUNT
Remarks: >PLACED FOR COLLECTION<
Date placed for collection: 09/2005
Estimated date that this item will be removed: 02/2011

Consumer Credit Report for CHITUNDA TILLMAN SR.

File Number: 154031381
Page: 3 of 10
Date Issued: 08/17/2006

TransUnion.

**NICOR GAS** #5700010050
1844 W FERRY RD
NAPERVILLE, IL 60563-9662
(888) 642-6748

Balance: $133
Date Updated: 03/2006
Past Due: >$133<

Pay Status: >CHARGED OFF AS BAD DEBT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 04/1998
Date Closed: 10/2001

Loan Type: UTILITY COMPANY
Remarks: ACCOUNT CLOSED BY CONSUMER
Estimated date that this item will be removed: 11/2007

**OSI COLLECTIONS SVCS** #964503
4165 E THOUSAND OAKS BLVD
SUITE 245
WESTLAKE VILLAGE, CA 91362
(800) 668-6702

Balance: $0
Date Verified: 10/2005
Original Amount: $384
Original Creditor: MED1 02  SSM ST FRANCIS HO SPITAL

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Paid: 09/2005

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >SETTLED - LESS THAN FULL BAL<
Date placed for collection: 12/2001
Estimated date that this item will be removed: 04/2008

**PEOPLES ENERGY** #6500031858281
130 E RANDOLPH DR 17TH FL
CHICAGO, IL 60601
Phone number not available

Balance: $0
Date Verified: 08/2006
High Balance: $852

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 01/2003
Date Closed: 05/2004
Date Paid: 04/2004

Loan Type: UTILITY COMPANY
Remarks: ACCT CLOSED BY CREDIT GRANTOR
Estimated date that this item will be removed: 02/2010

**PEOPLES ENERGY** #6500039394008
130 E RANDOLPH DR 17TH FL
CHICAGO, IL 60601
Phone number not available

Balance: $0
Date Verified: 08/2006
High Balance: $2,440

Pay Status: >CHARGED OFF AS BAD DEBT<
Account Type: OPEN ACCOUNT
Responsibility: PARTICIPANT ON ACCOUNT
Date Open: 05/2004
Date Closed: 09/2005

Loan Type: UTILITY COMPANY
Remarks: ACCOUNT CLOSED BY CONSUMER
Estimated date that this item will be removed: 01/2012

**RECEIVABLE MANAGEMENT** #247191
3348 RIDGE RD
LANSING, IL 60438
(708) 895-8522

Balance: $0
Date Updated: 01/2006
Original Amount: $250
Original Creditor: VILLAGE OF RIVERDALE

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Closed: 12/2005
Date Paid: 11/2005

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >SETTLED - LESS THAN FULL BAL<
Date placed for collection: 02/2000
Estimated date that this item will be removed: 01/2007

**RECEIVABLE MANAGEMENT** #248115
3348 RIDGE RD
LANSING, IL 60438
(708) 895-8522

Balance: $0
Date Updated: 01/2006
Original Amount: $50
Original Creditor: VILLAGE OF RIVERDALE

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Closed: 12/2005

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >SETTLED - LESS THAN FULL BAL<
Date placed for collection: 02/2000
Estimated date that this item will be removed: 01/2007

Consumer Credit Report for CHITUNDA TILLMAN SR.

File Number: 154031381
Page: 4 of 10
Date Issued: 08/17/2006

**RECEIVABLE MANAGEMENT #293078**
3348 RIDGE RD
LANSING, IL 60438
(708) 895-8522

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >SETTLED - LESS THAN FULL BAL<
Date placed for collection: 10/2000
Estimated date that this item will be removed: 09/2007

Balance: $0
Date Updated: 01/2006
Original Amount: $250
Original Creditor: VILLAGE OF RIVERDALE

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Closed: 12/2005
Date Paid: 10/2005

**RECEIVABLE MANAGEMENT #317995**
3348 RIDGE RD
LANSING, IL 60438
(708) 895-8522

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >SETTLED - LESS THAN FULL BAL<
Date placed for collection: 03/2001
Estimated date that this item will be removed: 02/2008

Balance: $0
Date Updated: 01/2006
Original Amount: $250
Original Creditor: VILLAGE OF RIVERDALE

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Closed: 12/2005
Date Paid: 10/2005

**RECEIVABLE MANAGEMENT #461665**
3348 RIDGE RD
LANSING, IL 60438
(708) 895-8522

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >SETTLED - LESS THAN FULL BAL<
Date placed for collection: 01/2003
Estimated date that this item will be removed: 12/2009

Balance: $0
Date Updated: 01/2006
Original Amount: $250
Original Creditor: VILLAGE OF RIVERDALE

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Closed: 12/2005
Date Paid: 10/2005

**RECEIVABLE MANAGEMENT #461666**
3348 RIDGE RD
LANSING, IL 60438
(708) 895-8522

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >SETTLED - LESS THAN FULL BAL<
Date placed for collection: 01/2003
Estimated date that this item will be removed: 12/2009

Balance: $0
Date Updated: 01/2006
Original Amount: $250
Original Creditor: VILLAGE OF RIVERDALE

Pay Status: >PAYMENT AFTER CHARGE OFF/COLLECTION<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Closed: 12/2005
Date Paid: 10/2005

**SM SERVICING #940729211010001**
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: CLOSED

Balance: $0
Date Verified:, 04/2006
High Balance: $5,500
Collateral: DEFERRED TO 07072006
Terms: 120 MONTHLY $0

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 10/1997
Date Closed: 04/2006

Late Payments (48 months)

| 30 | 60 | 90+ | Last 48 months |
|----|----|----|----|
| 0 | 0 | 2 | |

| X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | 90 | OK |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr |



Consumer Credit Report for CHITUNDA TILLMAN SR.

| File Number: | 154031381 |
| Page: | 5 of 10 |
| Date Issued: | 08/17/2006 |

Trans**Union.**

---

**SM SERVICING** #940729211010002
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: CLOSED

| Balance: | $0 |
| Date Verified: | 04/2006 |
| High Balance: | $2,700 |
| Collateral: | DEFERRED TO 07072006 |
| Terms: | 120 MONTHLY $36 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 11/1997 |
| Date Closed: | 04/2006 |

Late Payments (48 months) — Last 48 months

| | 30 | 60 | 90+ |
| --- | --- | --- | --- |
| | 0 | 0 | 1 |

| X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|mar|feb|'06|dec|nov|oct|sep|aug|jul|jun|may|apr|mar|feb|'05|dec|nov|oct|sep|aug|jul|jun|may|apr|

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 90 | OK |
|mar|feb|'04|dec|nov|oct|sep|aug|jul|jun|may|apr|mar|feb|'03|dec|nov|oct|sep|aug|jul|jun|may|apr|

---

**SM SERVICING** #940729211010003
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: CLOSED

| Balance: | $0 |
| Date Verified: | 04/2006 |
| High Balance: | $2,093 |
| Collateral: | DEFERRED TO 07072006 |
| Terms: | 120 MONTHLY $25 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 02/1999 |
| Date Closed: | 04/2006 |

Late Payments (48 months) — Last 48 months

| | 30 | 60 | 90+ |
| --- | --- | --- | --- |
| | 0 | 0 | 2 |

| X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|mar|feb|'06|dec|nov|oct|sep|aug|jul|jun|may|apr|mar|feb|'05|dec|nov|oct|sep|aug|jul|jun|may|apr|

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | 90 | OK |
|mar|feb|'04|dec|nov|oct|sep|aug|jul|jun|may|apr|mar|feb|'03|dec|nov|oct|sep|aug|jul|jun|may|apr|

---

**SM SERVICING** #940729211010004
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: CLOSED

| Balance: | $0 |
| Date Verified: | 04/2006 |
| High Balance: | $2,750 |
| Collateral: | DEFERRED TO 07072006 |
| Terms: | 120 MONTHLY $33 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 06/1999 |
| Date Closed: | 04/2006 |

Late Payments (48 months) — Last 48 months

| | 30 | 60 | 90+ |
| --- | --- | --- | --- |
| | 0 | 0 | 2 |

| X | X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|mar|feb|'06|dec|nov|oct|sep|aug|jul|jun|may|apr|mar|feb|'05|dec|nov|oct|sep|aug|jul|jun|may|apr|

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | 90 | OK |
|mar|feb|'04|dec|nov|oct|sep|aug|jul|jun|may|apr|mar|feb|'03|dec|nov|oct|sep|aug|jul|jun|may|apr|

---

**SM SERVICING** #940729211010005
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: CLOSED

| Balance: | $0 |
| Date Verified: | 04/2006 |
| High Balance: | $1,176 |
| Collateral: | DEFERRED TO 07072006 |
| Terms: | 120 MONTHLY $16 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 07/1999 |
| Date Closed: | 04/2006 |

Late Payments (48 months) — Last 48 months

| | 30 | 60 | 90+ |
| --- | --- | --- | --- |
| | 0 | 0 | 2 |

| X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|mar|feb|'06|dec|nov|oct|sep|aug|jul|jun|may|apr|mar|feb|'05|dec|nov|oct|sep|aug|jul|jun|may|apr|

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | 90 | OK |
|mar|feb|'04|dec|nov|oct|sep|aug|jul|jun|may|apr|mar|feb|'03|dec|nov|oct|sep|aug|jul|jun|may|apr|

Consumer Credit Report for CHITUNDA TILLMAN SR.

File Number: 154031381
Page: 6 of 10
Date Issued: 08/17/2006

---

**SM SERVICING** #940729211010006
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: CLOSED

Balance: $0
Date Verified: 04/2006
High Balance: $3,824
Collateral:
Terms: DEFERRED TO 07072006
120 MONTHLY $54

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 10/1999
Date Closed: 04/2006

Late Payments (48 months): Last 48 months — 30: 0, 60: 0, 90+: 2

| X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | 90 | OK |
| mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr |

---

**SM SERVICING** #940729211010007
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: CLOSED

Balance: $0
Date Verified: 04/2006
High Balance: $657
Collateral:
Terms: DEFERRED TO 07072006
120 MONTHLY $7

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 10/1999
Date Closed: 04/2006

Late Payments (46 months): Last 46 months — 30: 0, 60: 0, 90+: 2

| OK | OK | OK | X | X | X | X | X | X | OK | OK | X | X | X | X | X | X | X | X | X | OK | OK | OK | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | |
| X | X | X | X | X | X | X | OK | OK | OK | OK | X | X | X | X | X | X | 120 | 90 | OK | OK | OK | | | |
| mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | | | |

---

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

---

**DRIVE FINANCIAL** #30000122267691000
8585 N STEMMONS FW
SUITE 1100N
DALLAS, TX 75287
(888) 222-4227

Loan Type: AUTOMOBILE

Balance: $7,537
Date Verified: 08/2006
High Balance: $9,479
Collateral: CARMAX OAK LAWN 7199
Terms: 60 MONTHLY $278

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 11/2004

Late Payments (20 months): Last 20 months — 30: 0, 60: 0, 90+: 0

| X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec |

---

**HSBC AUTO FINANCE** #50000111721
CUSTOMER SERVICE
PO BOX 17904
SAN DIEGO, CA 92177
(800) 418-1888

Loan Type: AUTOMOBILE
Remarks: CLOSED

Balance: $0
Date Verified: 05/2000
High Balance: $14,792
Terms: 60 MONTHLY $362

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 09/1996
Date Closed: 05/2000
Date Paid: 03/2001

---

**SM SERVICING** #940729211010009
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN

Balance: $23,463
Date Updated: 07/2006
High Balance: $23,330
Terms: 251 MONTHLY $111

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 04/2006

Late Payments (06 months): Last 6 months — 30: 0, 60: 0, 90+: 0

| OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '06 |

Consumer Credit Report for CHITUNDA TILLMAN SR.

File Number: 154031381
Page: 7 of 10
Date Issued: 08/17/2006

Trans**Union**.

**SM SERVICING** #348642466102K
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: TRANSFERRED TO ANOTHER LENDER

| Balance: | $0 |
| Date Updated: | 04/2000 |
| High Balance: | $2,700 |

Pay Status: UNRATED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 11/1997
Date Closed: 04/2000

**SM SERVICING** #348642466106K
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: TRANSFERRED TO ANOTHER LENDER

| Balance: | $0 |
| Date Updated: | 04/2000 |
| High Balance: | $3,824 |

Pay Status: UNRATED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 10/1999
Date Closed: 04/2000

**SM SERVICING** #348642466107K
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: TRANSFERRED TO ANOTHER LENDER

| Balance: | $0 |
| Date Verified: | 04/2000 |
| High Balance: | $657 |

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 10/1999
Date Closed: 04/2000

**SM SERVICING** #348642466105K
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: TRANSFERRED TO ANOTHER LENDER

| Balance: | $0 |
| Date Verified: | 01/2000 |
| High Balance: | $1,176 |

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 01/2000
Date Closed: 01/2000

**SM SERVICING** #348642466104K
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: TRANSFERRED TO ANOTHER LENDER

| Balance: | $0 |
| Date Updated: | 12/1999 |
| High Balance: | $2,750 |

Pay Status: UNRATED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 12/1999
Date Closed: 12/1999

**SM SERVICING** #348642466103K
PO BOX 9500
WILKES BARRE, PA 18773-9500
Phone number not available

Loan Type: STUDENT LOAN
Remarks: TRANSFER

| Balance: | $0 |
| Date Verified: | 08/1999 |
| High Balance: | $2,093 |

Pay Status: PAID OR PAYING AS AGREED
Account Type: INSTALLMENT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 02/1999
Date Closed: 08/1999

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**1407 A AMERICAN FINA VIA FACTUAL DATA-NATIONAL**
5200 HAHNS PEAK DR
LOVELAND, CO 80538
(970) 663-5700
Requested On: 04/01/2006   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**NCO FINANCIAL SYSTEMS**
507 PRUDENTIAL ROA
HORSHAM, PA 19044
(888) 207-3081
Requested On: 03/22/2006   Inquiry Type: INDIVIDUAL

Consumer Credit Report for CHITUNDA TILLMAN SR.

File Number: 154031381
Page: 8 of 10
Date Issued: 08/17/2006

**CAPITAL ONE AUTO FIN**
3905 DALLAS PARKWA
PLANO, TX 75093
Phone number not available
Requested On: 01/04/2006   Inquiry Type: INDIVIDUAL

**NATIONAL AUTO FINANCE CO**
17500 CHENAL PKWY
#200 ARKSYS PLAZA
LITTLE ROCK, AR 72223
Phone number not available
Requested On: 01/04/2006   Inquiry Type: INDIVIDUAL

**STERLING INC**
375 GHENT AVE
AKRON, OH 44333
Phone number not available
Requested On: 06/23/2005   Inquiry Type: INDIVIDUAL

**AMERICAN HOME MORTGA VIA EQUIFAX MORTGAGE SERVICE**
1 E 22ND ST
LOMBARD, IL 60148
(630) 916-8600
Requested On: 06/14/2005   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**T-MOBILE**
12920 SE 38TH ST
BELLEVUE, WA 98006
(800) 318-9270
Requested On: 11/22/2004   Inquiry Type: INDIVIDUAL

**CITIFINANCIAL AUTO**
2208 HWY 121
SUITE 100
BEDFORD, TX 76021
Phone number not available
Requested On: 11/19/2004   Inquiry Type: INDIVIDUAL

**FAMILY HYUNDAI VIA NCC/FAMILY HYUNDAI**
8325 W 159TH ST
TINLEY PARK, IL 60477
(708) 532-0008
Requested On: 01/04/2006   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**USA ONE NATIONAL CRE VIA USA-ONE NATIONAL C.U.**
4749 LINCOLN MALL
SUITE 101
MATTESON, IL 60443
(708) 679-9500
Requested On: 10/25/2005   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**USA ONE NATIONAL CRE VIA USA-ONE NATIONAL C.U.**
4749 LINCOLN MALL
SUITE 101
MATTESON, IL 60443
(708) 679-9500
Requested On: 06/21/2005   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**CINGULAR WIRELESS**
930 NATIONAL PKWAY
SCHAUMBURG, IL 60173
(800) 813-4505
Requested On: 11/22/2004   Inquiry Type: INDIVIDUAL

**VERIZON WIRELESS**
1515 WOODFIELD ROA
12-153
SCHAUMBURG, IL 60173
Phone number not available
Requested On: 11/22/2004   Inquiry Type: INDIVIDUAL

**Promotional Inquiries**

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**LIBERTY STUDENT SERVICES**  Requested On: 06/2006
3101 N FEDERAL HWY
SUITE 301
FORT LAUDERDAL, FL 33306
(954) 630-8010

**COLLEGE LOANS DIRECT LLC**  Requested On: 05/2006
14102 58 ST N
CLEARWATER, FL 33760
(727) 532-0782

**ACADEMIC FINANCIAL SOLUT**  Requested On: 05/2006
5701 E HILLSBOROUG
SUITE 2450
TAMPA, FL 33610
(813) 830-7900

**ERIE PROCESSING CORP**  Requested On: 05/2006
13540B WASHINGTON RD
LARGO, FL 33774
(888) 399-3743

Consumer Credit Report for CHITUNDA TILLMAN SR.

File Number: 154031381
Page: 9 of 10
Date Issued: 08/17/2006

TransUnion.

**GOAL FNCL/STUDENT LN CTR** Requested On: 05/2006
9477 WAPLES STE 100
SAN DIEGO, CA 92121
(858) 558-5149

**NAME SEEKER DBA MDA CAPI** Requested On: 03/2006
6036 CENTRAL AVE
SUITE A
SAINT PETERSBU, FL 33707
(888) 615-4817

**COLLEGIATE FUNDING SERVI** Requested On: 11/2005
4343 PLANK RD
115
FREDERICKSBRG, VA 22407-4807
Phone number not available

**NATIONWIDE INSURANCE CO** Requested On: 01/2005
1 NATIONWIDE PLZ
COLUMBUS, OH 43215-2220
(614) 249-5576

**EDUCATIONAL LENDING GROU** Requested On: 04/2006
12770 HIGH BLUFF D
SUITE 340
SAN DIEGO, CA 92130
(858) 617-6626

**COLLEGIATE FUNDING SERVI** Requested On: 02/2006
4343 PLANK RD
115
FREDERICKSBRG, VA 22407-4807
Phone number not available

**ALLSTATE INSURANCE** Requested On: 03/2005
2775 SANDERS RD
NORTHBROOK, IL 60062-6110
Phone number not available

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**DRIVE FINANCIAL**
3585 NORTH STEMMON
SUITE 1100N
DALLAS, TX 75247
(800) 222-4227
Requested On: 07/2006

**P117957708 VIA CONSUMER INFO.COM**
POB 1909
ORANGE, CA 92865
(888) 888-8553
Requested On: 01/2006
Permissible Purpose: WRITTEN AUTHORIZATION

**P117957708 VIA CONSUMER INFO.COM**
POB 1909
ORANGE, CA 92865
(888) 888-8553
Requested On: 12/2005
Permissible Purpose: WRITTEN AUTHORIZATION

**P117957708 VIA CONSUMER INFO.COM**
POB 1909
ORANGE, CA 92865
(888) 888-8553
Requested On: 11/2005
Permissible Purpose: WRITTEN AUTHORIZATION

**P117957708 VIA CONSUMER INFO.COM**
POB 1909
ORANGE, CA 92865
(888) 888-8553
Requested On: 09/2005
Permissible Purpose: WRITTEN AUTHORIZATION

**DRIVE FINANCIAL**
8585 NORTH STEMMON
SUITE 1100N
DALLAS, TX 75247
(800) 222-4227
Requested On: 03/2006

**DRIVE FINANCIAL**
8585 NORTH STEMMON
SUITE 1100N
DALLAS, TX 75247
(800) 222-4227
Requested On: 12/2005

**P117957708 VIA CONSUMER INFO.COM**
POB 1909
ORANGE, CA 92865
(888) 888-8553
Requested On: 12/2005
Permissible Purpose: WRITTEN AUTHORIZATION

**FIN COLL AGENCY**
2675 PACES FEERY
ATLANTA, GA 30339
(888) 863-6649
Requested On: 09/2005

**P117957708 VIA CONSUMER INFO.COM**
POB 1909
ORANGE, CA 92865
(888) 888-8553
Requested On: 08/2005
Permissible Purpose: WRITTEN AUTHORIZATION

Consumer Credit Report for CHITUNDA TILLMAN SR.

**P117957708 VIA CONSUMER INFO.COM**
POB 1909
ORANGE, CA 92865
(888) 888-8553
Requested On: 08/2005
Permissible Purpose: WRITTEN AUTHORIZATION

**P117957708 VIA CONSUMER INFO.COM**
POB 1909
ORANGE, CA 92865
(888) 888-8553
Requested On: 07/2005
Permissible Purpose: WRITTEN AUTHORIZATION

**DRIVE FINANCIAL**
8585 NORTH STEMMON
SUITE 1100N
DALLAS, TX 75247
(800) 222-4227
Requested On: 04/2005

**GEICO INS CO**
ONE GEICO BLVD
FREDERICKSBURG, VA 22412
Phone number not available
Requested On: 11/2004
Permissible Purpose: INSURANCE UNDERWRITING

**P117957708 VIA CONSUMER INFO.COM**
POB 1909
ORANGE, CA 92865
(888) 888-8553
Requested On: 07/2005
Permissible Purpose: WRITTEN AUTHORIZATION

**P117957708 VIA CONSUMER INFO.COM**
POB 1909
ORANGE, CA 92865
(888) 888-8553
Requested On: 06/2005
Permissible Purpose: WRITTEN AUTHORIZATION

**DRIVE FINANCIAL**
8585 NORTH STEMMON
SUITE 1100N
DALLAS, TX 75247
(800) 222-4227
Requested On: 01/2005

## Should you wish to contact TransUnion, you may do so,

**At our web site:**
http://transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday, except major holidays. Residents of Alaska and Hawaii please note: Hours of operation are 8:30 a.m. to 4:30 p.m. in your local time zone.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

P 0621 L-003 01274-I016S16 1

**SallieMae**
www.SallieMae.com


P.O. BOX 9500
WILKES BARRE PA 18773-9500

(888) 272-5543

56.17.1212.217496 1 AT 0.308
CHITUNDA TILLMAN SR
6141 S PRINCETON AVE
CHICAGO IL 60621-3270

[ Attachment
C.2 ]

Account Number: **9407292110-1**

Dear CHITUNDA TILLMAN SR,                                      01/19/07

This letter provides important tax information and is being furnished
to the Internal Revenue Service (IRS) to report the required
information contained on **IRS Form 1098-E, Student Loan Interest
Statement (OMB No. 1545-1576) for the tax year 2006**. If you paid $600
or more of student loan interest during 2006, this information must be
reported to you and the IRS under Sallie Mae, Inc.'s, Federal
Identification Number 54-1843973 and your Social Security Number
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.

Our records indicate that you paid student loan interest to Sallie Mae
on qualified education loans during 2006 equal to $    670.50. This
is the amount that would appear in the box titled "Student loan interest
received by lender" (Box 1) of Form 1098-E. For qualified educational
loans made on or after September 1, 2004, Box 1 must include payments
attributable to loan origination fees and capitalized interest received
in 2006. If your loan was made before September 1, 2004, you may be
able to deduct additional loan origination fees and capitalized
interest not otherwise included or reported in Box 1. Please consult
with your tax advisor or refer to IRS Publication 970, Tax Benefits for
Education, and the "Student Loan Interest Deduction Worksheet" in your
Form 1040 or 1040A instructions to determine whether these or any
additional amounts may be deducted by you on your income tax return.

You may receive additional Forms 1098-E if you had student loans with
any other servicer during 2006 and you paid that servicer at least $600
or more in interest on qualifying education loans. The interest
reported on this statement may be different from the interest you are
allowed to deduct on your Federal income tax return.

This is important tax information and is being furnished to the
Internal Revenue Service. If you are required to file a return, a
negligence penalty or other sanction may be imposed on you if the IRS
determines that an underpayment of tax results because you overstated a
deduction for student loan interest. **Sallie Mae <u>cannot</u> assist you in
determining the amount of your student loan interest deduction.**

Online access to forms and your account information is available at
www.SallieMae.com through "Manage Your Loans" (SM), Sallie Mae's online
account management tool. Follow the instructions listed through the
"Enroll Now!" link to establish online access to your account. Updating
your mailing and email addresses is simple through "Manage Your Loans".

Customer Service

PHONE (888) 272-5543    •    FAX (800) 848-1949    •    TDD/TTY (888) 833-7562    •    24 HRS/7 DAYS

Para comunicarse en Espanol con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

9407292110260900099

K190    SYSTEM    0001

8/17/2018

## Wipe Out Your Private Student Loans

*Call the Student Loan Relief Helpline:*

☐ (866) 530-9946



The Navient Lawsuits - Who's Getting Loan Forgiveness & Repayment...

and finally, how you can take advantage of the accusations against Navient to pursue your very own complete student loan discharge via the Borrower's Defense to Repayment Program. If you're in a hurry, skip to that section of this post by clicking here.

## Do you qualify for lower payments or forgiveness?

Call the Student Loan Relief Helpline:

1-888-906-3065

# The Consumer Financial Protection Bureau's Lawsuit Against Navient

The Consumer Financial Protection Bureau is leading one of the largest lawsuits filed against Navient (formerly Sallie Mae), which accuses the nation's largest student loan debt servicer of "systematically and illegally failing borrowers at every stage of repayment."

The important part of that statement is the "illegally" piece, because it means that anyone who's been "illegally" treated by the servicer has a good shot at receiving student loan refunds or forgiveness benefits even if the lawsuit isn't settled in the CFPB's favor, via the Borrower's Defense



Attachment
C.3
1



8/17/2018

The Navient Lawsuits - Who's Getting Loan Forgiveness & Refunds? | FLSD

# The Illinois Lawsuit Complaints About Navient's Debt Collection Operations





Do you qualify for lower payments or forgiveness?

Call the Student Loan Relief Helpline:

☐ 1-888-906-3065

Finally, the Illinois lawsuit also attacks Navient's debt collection companies, which it accuses of engaging in "deceptive collection practices", including "allegedly repeatedly misleading borrowers about their options to get their federal loans current through the federal student loan rehabilitation program".

That's a huge problem, because the Federal Student Loan Rehabilitation Program was created to help borrowers who have fallen behind on payments, but who are willing to get caught back up, removing their loans from default, and getting back into repayment status.

It's one of the best and most important Federal benefits packages, since it's basically like a "Get out of Jail Free" card for anyone who has a one-time problem with their student loans, because of issues like

8/17/2018

The Navient Lawsuits - Who's Getting Loan Forgiveness & Refunds? | FLSD

unemployment, injuries or other unexpected financial disasters, so it's atrocious that Navient was taking advantage of the complexities of the program to keep their borrowers stuck in default.

But apparently that's not all they did in terms of illegal collections activities, because Attorney General Madigan lawsuit also accuses them of "misrepresenting the eligibility requirements for disabled student loan borrowers to have their federal loan debt forgiven entirely" which I'm guessing means that Navient's collections personnel lied about the rules of the Total and Permanent Disability Discharge Program.

And that's probably the worst complaint against Navient in the entire series of lawsuits brought against them (thus far), because the Total and Permanent Disability Discharge Program was created to allow anyone who is completely and permanently disabled – meaning they could never earn an income again – to get rid of their loans without paying for them. My opinion? Taking advantage of people who are totally and permanently disabled isn't just wrong, it's downright evil.



# The Washington State Attorney General's Lawsuit Against Navient

Washington State Attorney General Bob Ferguson launched a lawsuit against Navient Corporation, an offshoot of Sallie Mae, on January 18th, 2017, alleging that the company committed "multiple deceptive student loan lending, servicing and debt collection practices", with similar complaints to those found in the CFPB lawsuit and Illinois State Attorney General's Lawsuit outlined above.

The result of a several years-long investigation in conjunction with the CFPB and the Illinois Attorney General's Office, the Washington AG lawsuit accuses Navient of "improperly steering financially distressed students toward short-term forbearances, engaging in aggressive and misleading collection tactics and more".

Specifics include accusations that Navient, operating as Sallie Mae, did

## Want to Reduce Your Monthly Payments?

Find out if you qualify for payment reduction or total forgiveness!

### CALL 1-888-906-3065

8/17/2018

The Navient Lawsuits - Who's Getting Loan Forgiveness & Refunds? | FLSD

all sorts of terrible things when determining who they'd lend money to, and how they'd approach that process, essentially strategizing to milk as much as they could from the federal student loan system as possible, which in my opinion, sounds like they're being accused of stealing taxpayer dollars.

## The Washington Lawsuit Complaints About Navient's Lending, Servicing & Debt Collection Processes



**Do you qualify for lower payments or forgiveness?**

Call the Student Loan Relief Helpline:

**1-888-906-3065**

In the words of the official complaint, the lawsuit accuses Navient of making "subprime, predatory loans to students attending for-profit colleges with graduation rates lower than 50 percent, despite clear expectations that an extremely high percentage of students would not be able to repay them... as part of "preferred lending" programs with schools in order to gain access to highly profitable federally-

The Navient Lawsuits - Who's Getting Loan Forgiveness & Refunds? | FLSD

guaranteed loan volume and "prime" private student loan borrowers".

Like the CFPB lawsuit and the Illinois lawsuit, the Washington lawsuit also accuses Navient's servicing practices of "steering financial distressed federal loan borrowers into short-term forbearances, rather than assisting borrowers in applying for income-driven repayment programs where appropriate", which again means that Navient was actively avoiding helping people out, hiding benefits from them, and using expensive forbearance programs to drive up their revenue.

Again, Navient is also accused of failing to "adequately inform those borrowers who did choose income-driven repayment programs of their yearly obligation o re-certify their income and family size", instead sending those borrowers emails saying "only that that there was a document waiting for them and to log in to Navient's website to learn more", which borrowers ignored, resulting in being kicked out of their income-driven repayment plans, resulting in "significant monthly payment hikes".

As a further failure of Navient's role in servicing, this lawsuit also accuses them of "misapplying borrower payments and failing to follow borrower instructions concerning how excess payments should be allocated, causing borrowers to receive unnecessary collection calls, and requiring them to spend time correcting Navient's mistakes."

The final complaint about Navient's servicing practices was the now familiar refrain that they "deceptively promoted a 'co-singer release' feature of private loans to entice family and friends to co-sign loans", marketing these loans as allowing the co-signer to apply for release as

8/17/2018

The Navient Lawsuits - Who's Getting Loan Forgiveness & Refunds? | FLSD



# The Pennsylvania State Attorney General's Lawsuit Against Navient



**Do you qualify for lower payments or forgiveness?**

Call the Student Loan
Relief Helpline:

☐ 1-888-906-3065

On October 5th, 2017, Pennsylvania Attorney General Josh Shapiro announced that he too was suing Navient, and again, for "widespread abuses" regarding the way they'd been handling their student loan administration duties.

This lawsuit could impact anyone living in Pennsylvania, including both Federal and Private borrowers, but especially those who've run into trouble with the way that Navient handled servicing or collecting their debt.

The Pennsylvania AG's lawsuit against Navient makes 3 specific claims about Navient's abuses, including:

1. Navient offered predatory loans to students attending schools with graduation rates under 0%, despite clearly expecting that a high percentage of their borrowers would not be able to repay those loans, and would end up collections

2. Navient disregarded evidence that the loans were likely to default at significant rates, and actually increased their subprime lending even after being warned about it, using subprime loans as a "baited hook" to convince some of the country's biggest schools to turn them into a "preferred lender", which allowed them to increase the volume of their loans, and the profitability of their loans (both federal and prime private loans)

3. Navient steered borrowers into short-term loan forbearances and away from the better income-driven repayment plans that would have helped borrowers avoid interest accumulation, increasing the amount of money that Navient would collect ont heir loans, at the expense of the borrowers financial health, racking up $4,000,000,000 (BILLION) in interest charges using this deceptive, misleading practice

This lawsuit is quite clear in what it seeks to accomplish, and like the Illinois suit, and unlike the Pennsyvania suit, AG Josh Shapiro is looking for financial recompense for his borrowers, clearly asking the court to offer:

1. Complete restitution to all borrowers impacted by Navient's illegal lending, servicing and collections practices

The Navient Lawsuits - Who's Getting Loan Forgiveness & Refunds? | FLSD

2. Disgorgement by Navient for all profits gained illegally.

3. Forcing Navient to stop collecting on any illegal loans that were issued, and to delete all negative credit details from any consumers impacted by their unlawful practices

4. Rescission or reformation of all contracts and loan agreements between Navient and people living in Pennsylvania who were impacted by the illegal behavior

5. Civil penalties, to be determined by the court

Navient has grown more and more brash over the course of these lawsuits being announced, however, and called the Pennsylvania AG's lawsuit a "pointless, copycat lawsuit", claiming that this suit is "legally deficient", and that it will "unnecessarily burden the courts and parties, and would risk generating inconsistent rulings across the country."

Instead of saying that they didn't commit any of the illegal behavior they're accused of in this lawsuit, they responded that it was "essentially cut and pasted from the FPB's long ago filed complaint".

I'm tracking this lawsuit, just like the others, and will continually update this page whenever any news is announced, so again, be sure to check back regularly for updates.

## Federal Family Education Loan Program (FFELP)
# Federal Consolidation Loan
## Application and Promissory Note

| Guarantor, Program, or Lender Identification | WEB | OMB No. 1845-0036 Form approved. Exp. date 10/31/2006 |

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines, imprisonment, or both, under the United States Criminal Code and 20 U.S.C. 1097.

### Before You Begin

Read the Instructions for Completing the Federal Consolidation Loan Application and Promissory Note. Print using dark ink or type. This form must be signed and dated by the applicant(s).

### Section A. Borrower Information

| 1. Last Name | First Name | MI | 2. Social Security Number |
| TILLMAN SR | CHITUNDA | | |

**3A.** Permanent Street Address (Include Number, Street, Apartment Number, City, State, Zip Code)
6141 S. PRINCETON UNIT 1    CHICAGO            IL    60621

**3B.** Permanent Mailing Address, if different (Include P.O. Box, RFD, or General Delivery, City, State, Zip Code)

| 4. Home Area Code/Telephone Number ( 773 ) 726-2289 | 5. Former Name(s) |

| 6. Date of Birth (Month/Day/Year) | 7. Driver's License State and Number State |

| 8. Fax Number and E-mail Address (Optional) Fax ( ) | E-mail Address |

**9.** Employer Name
KALIEDOSCOPE, INC

Address
1279 N MILWAUKEE

| City CHICAGO | State IL | Zip Code 60645 | Employer Area Code/Telephone Number ( 773 ) 278-7200 |

| 10. Consolidating Lender Name Sallie Mae | 11. Lender Code, if known |

### Section B. Spouse Information

*Only complete this section if your spouse has eligible loans and you both wish to consolidate jointly.* If you complete Section B, also include your spouse's loan(s) in Sections D.1 and D.2. Your spouse must also sign and date Item 38 in Section G.

| 12. Last Name | First Name | MI |

| 13. Social Security Number | 14. Date of Birth (Month/Day/Year) |

| 15. Former Name(s) | 16. Driver's License State and Number State # |

| 17. Fax Number and E-mail Address (Optional) Fax ( ) | E-mail Address |

**18.** Employer Name

Address

| City | State | Zip Code | Employer Area Code/Telephone Number ( ) |

### Section C. Reference Information

You must provide two separate references with different U.S. addresses. Do not include individuals who live with you (e.g., spouse) or live outside the United States. Both references must be completed fully and should be relatives or acquaintances you (or you and your spouse, if consolidating jointly) have known for at least three years.

| | **A.** | **B.** |
| 19. Name | MYRTLE TILLMAN | HAZEL GORDON |
| Permanent Address | 6141 SOUTH PRINCETON UNIT#2 | 257 W 61TH UNIT #2 |
| City, State, Zip Code | CHICAGO, IL 60621 | CHICAGO, IL 60621 |
| E-mail Address (Optional) | | |
| Area Code/Telephone Number | ( 773 ) 643-2810 | ( 773 ) 363-0629 |
| Relationship to Borrower | | |

Borrower's Name: TILLMAN SR     CHITUNDA     Social Security Number: _____

Spouse's Name: _____     Social Security Number: _____
(Please print. Enter spouse's information only if you completed Section B.)

## Section D.1. Education Loan Indebtedness — Loans You Want to Consolidate

*Read the instructions before completing this section.* List all education loans you want to consolidate, including loans currently held by the lender that will be consolidating your loans. Use the Loan Codes listed in the instructions. If you need to list additional loans, use the Additional Loan Listing Sheet included in this package. Include your spouse's loans only if Section B has been completed. **ONLY LIST LOANS THAT YOU WANT TO CONSOLIDATE IN THIS SECTION.**

| 20. Loan Code (See Instructions) | 21. Loan Holder Name and Mailing Address | 22. B=Borrower S=Spouse J=Joint | 23. Loan Account Number | 24. Interest Rate | 25. Payoff Amount |
|---|---|---|---|---|---|
| STFS | SALLIE MAE TRUST - LSC/FL<br>1002 ARTHUR DRIVE<br>LYNN HAVEN, FL | B | | 6.1 | $6,660.48 |
| STFS | SALLIE MAE TRUST - LSC/FL<br>1002 ARTHUR DRIVE<br>LYNN HAVEN, FL | B | | 6.1 | $3,269.62 |
| STFS | SALLIE MAE TRUST - LSC/FL<br>1002 ARTHUR DRIVE<br>LYNN HAVEN, FL | B | | 5.3 | $2,459.39 |
| STFS | SALLIE MAE TRUST - LSC/FL<br>1002 ARTHUR DRIVE<br>LYNN HAVEN, FL | B | | 5.3 | $3,231.32 |
| STF3 | SALLIE MAE TRUST - LSC/FL<br>1002 ARTHUR DRIVE<br>LYNN HAVEN, FL | B | | 5.3 | $1,647.68 |
| STF3 | SALLIE MAE TRUST - LSC/FL<br>1002 ARTHUR DRIVE<br>LYNN HAVEN, FL | B | | 5.3 | $5,261.65 |
| STFS | SALLIE MAE TRUST - LSC/FL<br>1002 ARTHUR DRIVE<br>LYNN HAVEN, FL | B | | 5.3 | $771.99 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**26. Grace Period End Date** — If any of the loans that you have selected for consolidation are in a grace period and you wish to delay processing until you have completed your grace period, enter your expected grace period end date. If you do not wish to delay processing, leave this field blank.

(Month/Year) _____

Borrower's Name    TILLMAN SR      CHITUNDA    Social Security Number _____

Spouse's Name _____    Social Security Number _____
(Please print. Enter spouse's information only if you completed Section B.)

## Section D.2. Education Loan Indebtedness — Loans You Do Not Want to Consolidate

*Read the instructions before completing this section.* List all education loans that you are not consolidating but want considered in calculating your maximum repayment period. Remember to include loans held by the lender that will be making the Federal Consolidation Loan, but that you do not want to include in the Federal Consolidation Loan. Use the Loan Codes listed in the instructions. If you need to list additional loans, use the Additional Loan Listing Sheet included in this package. Include your spouse's loans only if Section B has been completed. **ONLY LIST LOANS THAT YOU DO NOT WANT TO CONSOLIDATE IN THIS SECTION.**

| 27. Loan Code (See Instructions) | 28. Loan Holder Name and Mailing Address | 29. B=Borrower S=Spouse J=Joint | 30. Loan Account Number | 31. Interest Rate | 32. Current Balance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Section E. Repayment Plan Selection

**Item 33:** You may choose one of the repayment options described below for your Federal Consolidation Loan. The maximum repayment period will be 10 to 30 years depending on your student loan debt. You can request a payment period that is shorter than the maximum period allowed. If you do not notify your lender of your choice of payment plans or do not provide your lender with the required documentation for an income-sensitive schedule, your lender will establish a standard payment schedule.

**33. Repayment Options (select one):**

- [ ] GRAD CHOICE℠ 2 with two years of reduced payments
- [ ] GRAD CHOICE℠ 3 with three years of reduced payments
- [ ] STANDARD PAYMENT PLAN
- [ ] GRAD CHOICE℠ 4 with four years of reduced payments
- [ ] GRAD CHOICE℠ 5 with five years of reduced payments
- [X] INCOME-SENSITIVE PAYMENT PLAN
- [ ] EXTENDED PAYMENT PLAN with standard payments
- [ ] EXTENDED PAYMENT PLAN with two years of interest-only payments
- [ ] EXTENDED PAYMENT PLAN with four years of interest-only payments

Borrower's Name    TILLMAN SR                CHITUNDA          Social Security Number _____

Spouse's Name _____          Social Security Number _____
(Please print. Enter spouse's information only if you completed Section B.)

## Section F. Borrower Certification and Authorization

(In the case of a Federal Consolidation Loan made to a married couple, all references to "I," "me," "my," "you" and "your" in the Promissory Note, Borrower's Rights and Responsibilities Statement, Borrower Certification and Authorization, as well as other materials provided in connection with this loan apply equally to the borrower and the borrower's spouse unless otherwise stated.)

**34.** I declare under penalty of perjury that the following is true and correct:

A. The information I have provided on this Federal Consolidation Loan Application and Promissory Note is true, complete, and correct to the best of my knowledge and belief and is made in good faith.

B. (i) I do not owe an overpayment on a Federal Pell Grant, Federal Supplemental Educational Opportunity Grant, or a Leveraging Educational Assistance Partnership Grant (formerly State Student Incentive Grant), or if I owe an overpayment, I have made satisfactory arrangements with the holder to repay the amount owed. (ii) I am not now in default on any loan that I am consolidating or, if I am in default, I have either (a) made satisfactory arrangements with the holder of the defaulted loan(s) to repay the amount owed, or (b) for Federal Stafford, SLS, PLUS, or Consolidation loans, I agree to repay the Federal Consolidation Loan under income-sensitive repayment terms.

C. The loans I am requesting to consolidate are in grace or in repayment status (including loans in deferment or forbearance).

D. I do not have any other application pending for a Federal Consolidation Loan with any other lender. If all of my FFELP loans are with one holder who is not the consolidating lender, I further certify that I have sought and been unable to obtain a Federal Consolidation Loan from the holder of my loans, or the holder declined to provide me with an income-sensitive repayment schedule.

E. If I have an outstanding Federal Consolidation Loan, I am eligible for another Federal Consolidation Loan because: (i) I have subsequently borrowed another eligible loan(s), or (ii) I am consolidating a Federal Consolidation Loan with at least one other eligible loan.

F. All of the loans selected for consolidation have been used to finance my education or my child's education.

G. I am not subject to a judgment secured through litigation or to an order for wage garnishment, except as I have disclosed.

H. If I am applying jointly with my spouse, we are legally married to each other.

**35.** I also make the following authorizations and statements of understanding:

A. I understand that the amount of my Federal Consolidation Loan will be based on the payoff amounts of my outstanding eligible loans that I selected for consolidation, as provided by the holders of those loans, and may exceed my estimate of such payoff amounts. The actual payoff amounts may differ from the estimated payoff amounts because the holders will include unpaid principal, unpaid accrued interest, and other costs as permitted by federal regulations in the payoffs reported to the consolidating lender. I understand that if any collection costs are owed on the loans selected for consolidation, these costs may be added to the principal balance of the Federal Consolidation Loan and, in the case of Federal Stafford, SLS, PLUS, or Consolidation loans in default and held by a

guaranty agency, may not exceed 18.5 percent of the outstanding principal and interest on the loan at the time the holders certify the payoff amounts.

B. I understand that I may no longer be eligible for some deferment types and for subsidized deferment periods on some loans being consolidated. I also understand that I may no longer be eligible for some loan discharges and types of forgiveness that were available on the loans being consolidated. If I am applying jointly with my spouse, I further understand that my Federal Consolidation Loan will be fully discharged only if both of us qualify for discharge and may be partially discharged if only one of us qualifies for discharge. I also understand that I may postpone repayment of the loan only if I provide the lender with a request that confirms deferment or forbearance eligibility for both of us at the same time.

C. I authorize the consolidating lender to contact the holders identified on my application to determine the eligibility and/or payoff amounts for the loans I have selected for consolidation. I further authorize those holders to release that information.

D. I authorize the consolidating lender to send the proceeds of my Federal Consolidation Loan to each holder of the loans I have identified to pay off the debts.

E. If the amounts my consolidating lender sends to my holders exceed the amounts needed to pay off the balances of the selected loans, I understand that the holders will refund the excess to my consolidating lender to be applied against the outstanding balance of this loan. If the amounts my consolidating lender sends to my holders are less than the amounts needed to pay off the balances of the loans selected for consolidation, I will be responsible for notifying my consolidating lender about the remaining amounts. I authorize the consolidating lender to include the remaining amounts in this Federal Consolidation Loan, unless I pay off the remaining balances.

F. I authorize the consolidating lender, the guarantor, or their agents to investigate my credit record and report information concerning my loan status to persons and organizations permitted by law to receive such information.

G. I authorize the release of information pertinent to this loan: (i) by the school(s), the lender, and the guarantor, or their agents, to the references on this loan and to members of my immediate family unless I submit written directions otherwise; and (ii) by and among my schools, lenders, guarantors, the Department of Education, and their agents.

H. I authorize the Department of Education and its agent(s) to verify my Social Security Number with the Social Security Administration (SSA) and, if the number on my loan record is incorrect, then I authorize SSA to disclose my correct Social Security Number to these parties.

I. If I have HEAL loans serviced by the consolidating lender and such loans are not included in this Federal Consolidation Loan, I authorize the establishment of a combined payment plan on my behalf.

## Section G. Promissory Note  *(continued on next page)  To be completed and signed by the borrower and spouse, if applicable.*

(In this Promissory Note, "lender" refers to, and this Promissory Note benefits, the original consolidating lender and its successors and assigns, including any subsequent holder of this Promissory Note.)

### 36. Promise to Pay:

I promise to pay to the order of the lender, all sums disbursed (hereafter "loan") under the terms of this Promissory Note (hereafter "Note") to pay off my prior loan obligations, plus interest and other charges and fees that may become due as provided in this Note. Unless I make interest payments, interest that accrues on my loan during forbearance periods and on the unsubsidized portion of my loan during deferment periods will be added, as provided under the Act, to the principal balance of the loan. If I fail to make any payments on this Note when due, I will also pay reasonable collection costs, including but not limited to attorney's fees, court costs, and other fees.

If I am applying jointly with my spouse, I understand and agree that I am and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. I understand this means that I may be required to pay the entire amount due if my spouse is unable or refuses to pay.

I understand that this is a Promissory Note. I will not sign this Note before reading the entire Note even if I am otherwise advised. I am entitled to an exact copy of this Note and the Borrower's Rights and Responsibilities Statement. My signature certifies I have read, understand, and agree to the terms and conditions of this Note, including the Borrower Certification and Authorization and the Borrower's Rights and Responsibilities Statement.

**I UNDERSTAND THAT THIS IS A LOAN THAT I MUST REPAY.**

| | |
|---|---|
| 37. Borrower's Signature   CHITUNDA   TILLMAN SR | Today's Date (Month/Day/Year)   4/18/2006 |
|                             01.01.01 | |
| 38. Spouse's Signature (If consolidating jointly) _____ | Today's Date (Month/Day/Year) _____ |

# Federal Consolidation Loan Application and Promissory Note (continued)

## Disclosure of Terms

This Note applies to Federal Consolidation Loans made under the Federal Family Education Loan Program. In this Note, the Higher Education Act of 1965, as amended, 20 U.S.C. 1070 et seq., and applicable U.S. Department of Education regulations are referred to as the "Act."

At or about the time my Federal Consolidation Loan is disbursed, a disclosure statement and repayment schedule ("disclosure") will be provided to me. This disclosure will identify my Federal Consolidation Loan amount and additional terms of the loan. If I have questions about the information disclosed, I will contact the lender. If the information in this Note conflicts with information in the disclosure, the specific terms and information in the disclosure apply to my loan.

Important additional terms of this loan are disclosed in the Borrower's Rights and Responsibilities Statement accompanying this Note.

I agree that the lender may assign my loan to another holder.

## Interest

Unless my lender notifies me in writing of a lower rate(s), the rate(s) of interest for my loan is that specified in the Act. Interest rate information is presented in the Borrower's Rights and Responsibilities Statement accompanying this Note. The interest rate is presented in a disclosure that is issued to me.

Interest accrues on the unpaid principal balance of my Federal Consolidation Loan from the date of disbursement by the lender until the entire principal balance is paid in full. This includes interest accruing during any period of deferment or forbearance. I agree to pay all interest charges on my loan except for interest payable by the federal government under the Act.

I will be responsible for the interest that begins accruing upon disbursement of my loan. If I do not make payments of interest before the beginning of principal payment, or during a period of authorized deferment or forbearance, I agree that the lender may capitalize such interest to the extent permitted by the Act.

Except for any portion of the Federal Consolidation Loan attributable to a HEAL Loan, this loan will bear simple interest at an annual rate that is fixed for the term of the loan. The maximum interest rate on this loan will be equal to the weighted average of the interest rates (as certified by the holder) on the loans being consolidated, rounded up to the nearest higher one-eighth of one percent, not to exceed 8.25 percent.

If I choose to consolidate a fixed rate Federal ALAS/SLS Loan(s) or Federal PLUS Loan(s), I request that the existing interest rate of each loan be converted before consolidation to the refinancing rate provided for in the Act, if that rate is lower than the existing rate. If my lender grants this request, I understand there will be no separate document evidencing this refinancing.

For the portion of the Federal Consolidation Loan attributable to a HEAL loan (if applicable), the interest rate is a variable rate and is adjusted annually on July 1.

The variable rate for each 12-month period will be equal to the average of the bond equivalent rates of the 91-day Treasury Bills auctioned for the quarter ending June 30, plus 3.0 percent; there is no maximum interest rate on this portion of the loan.

## 180 Day Add-On Provision

If I do not consolidate all of my eligible loans at this time, I understand that I may later add to this Federal Consolidation Loan eligible loans made before or after the date of this consolidation. To add an additional loan(s), I understand I must complete a Request to Add Loans form which is available from the lender and which must be received by the lender within 180 days of the date this Federal Consolidation Loan is disbursed. If I add a loan during this period, the lender will disclose new terms to me. The new terms and information will supersede the terms and information in any prior disclosure. After the 180-day period, no loan can be added to this Federal Consolidation Loan.

## Late Charges and Collection Costs

The lender may collect from me: (i) a late charge for each late installment payment if I fail to make any part of a required installment payment within 15 days after it becomes due, and (ii) any other charges and fees that are permitted by the Act for the collection of my loans. If I default on the loan, I will pay reasonable collection fees and costs, plus court costs and attorney's fees.

## Repayment

I am obligated to repay the full amount of the loan made under this Note and the interest that accrues on that amount. Repayment begins upon disbursement of the loan, and my first payment will be due within 60 days after the disbursement.

Payments will be scheduled in monthly installments according to the disclosure my lender will provide to me. The disclosure will state my payment amounts and due dates. The maximum scheduled repayment period may be up to 30 years in length, depending upon the amount of my student loan indebtedness and my repayment plan. The minimum payment on my loan must equal at least the amount of interest that accrues between scheduled payments.

Payments submitted by me or on my behalf (exclusive of refunds) may be applied first to late charges and collection costs that are due, then to accrued interest that has not been capitalized, and finally to the principal amount.

If I am unable to make my scheduled loan payments, the lender may allow me to reduce my payment amount, to extend the time for making payments, or to temporarily stop making payments as long as I intend to repay my loan. Allowing me to temporarily delay or reduce my loan payment is called forbearance. I agree my lender may grant me a forbearance for purposes of aligning payment due dates on my loans or to eliminate any delinquency that persists even though I am making payments.

I may prepay all or any part of the unpaid balance on my loan at any time without penalty.

Upon payment in full of this Note, I agree to accept written notification of the payoff in place of receiving the original Note.

## Acceleration and Default

At the option of the lender, the entire unpaid balance will become immediately due and payable when either of the following events occurs: (i) I make a false representation that results in my receiving a loan for which I am not eligible, or (ii) I default on the loan.

The following events shall constitute a default on my loan: (i) I fail to pay the entire unpaid balance after the lender has exercised its option under the preceding paragraph, (ii) I fail to make installment payments when due and my failure persists for at least 270 days, or (iii) I fail to comply with other terms of the loan, and the lender or guarantor reasonably concludes I no longer intend to honor my repayment obligation. If I default, the guarantor may purchase my loan and capitalize all outstanding interest into a new principal balance. The new principal balance and collection fees will become immediately due and payable.

If I default, the default will be reported to all national credit bureaus and will significantly and adversely affect my credit history. I acknowledge that a default shall have additional adverse consequences to me as disclosed in the Borrower's Rights and Responsibilities Statement. Following default, the loan may be subject to income-contingent repayment (including potential collection of amounts in excess of the principal and interest) in accordance with the Act.

## Governing Law and Notices

The terms of this Note will be interpreted according to the Higher Education Act of 1965, as amended (20 U.S.C. 1070 et seq.), other applicable federal statutes and regulations, and the guarantor's policies. Applicable state law, except as preempted by federal law, may provide for certain borrower rights, remedies, and defenses in addition to those stated in this Note.

If I reside in the state where the guarantor's principal office is located, the guarantor may sue to enforce the loan in the county where the guarantor's office is located. However, if I object to being sued there and I mail a written objection to the guarantor that is postmarked no later than 30 days after I am served with the lawsuit, the guarantor will either have the court transfer the lawsuit to the county where I live or will dismiss the lawsuit.

Any notice required to be given to me will be effective if sent by first class mail to the latest address the lender has for me or by electronic means to an address that I have provided. I will immediately notify the lender of any change of address or status as specified in the Borrower's Rights and Responsibilities Statement. Failure by the lender to enforce or insist on compliance with any term of this Note shall not waive any right of the lender. No provision of this Note may be modified or waived except in writing by the lender of the Note. If any provision of this Note is determined to be unenforceable, the remaining provisions shall remain in force.

# Federal Family Education Loan Program (FFELP)

Instructions for Completing the Federal Consolidation Loan Application and Promissory Note

Guarantor, Program, or Lender Identification

WEB

466 8846837

## Before You Begin

Before beginning, gather all of your education loan records, account statements, and bills so that you have the information you need to complete the Federal Consolidation Loan Application and Promissory Note.

Complete the form using dark ink or type. This form must be signed and dated by the applicant(s). If an item has been completed for you and it is incorrect, cross out the incorrect information and print the correct information. Incorrect or incomplete information may delay processing of your application.

If you have any questions about completing this application, contact the entity identified above.

## Section A. Borrower Information

**Item 1:** Enter your last name, then your first name and middle initial.

**Item 2:** Enter your nine-digit Social Security Number. If this item has been completed for you, review it for correctness.

**Item 3:** Enter your permanent home address (number, street, apartment number, city, state, zip code). If your mailing address is an RFD, post office box, or general delivery, you must list both the street address and mailing address.

**Item 4:** Enter the area code and telephone number for the address listed in Item 3. If you do not have a telephone, enter N/A.

**Item 5:** Enter any former names under which one or more of your loans may have been disbursed. If you do not have a former name, enter N/A.

**Item 6:** Enter the month, day, and four-digit year of your birth. Use only numbers. Be careful not to enter the current year.

**Item 7:** Enter the two-letter abbreviation for the state that issued your driver's license followed by the driver's license number. If you do not have a driver's license, enter N/A.

**Item 8:** Enter your fax number and the e-mail address you use most frequently. These may be used to communicate with you. If you do not have a fax number or e-mail address, or do not wish to provide this information, enter N/A.

**Item 9:** *It is important that the consolidating lender is able to reach you during the process of making this loan and during repayment.* Enter your employer's name, address, including city, state, and zip code, and telephone number. If you are self-employed, enter the name, address, and telephone number of your business. If you are not employed, enter N/A.

**Item 10:** Enter the name of the lender you would like to finance your Federal Consolidation Loan.

**Item 11:** If you know the lender code, enter it here. Otherwise, leave this field blank.

## Section B. Spouse Information

**Note:** Complete this section only if you are married and you both wish to consolidate your loans jointly. Include your spouse's loan(s) in Section D. Your spouse must sign and date Item 38 in Section G. Remember, if you take out a joint Federal Consolidation Loan, you are both responsible for repaying the total Federal Consolidation Loan, even if you become separated or divorced.

**Item 12:** Enter your spouse's last name, then your spouse's first name and middle initial.

**Item 13:** Enter your spouse's nine-digit Social Security Number. If this item has been completed for you, review it for correctness.

**Item 14:** Enter the month, day, and four-digit year of your spouse's birth. Use only numbers. Be careful not to enter the current year.

**Item 15:** Enter any former names under which one or more of your spouse's loans may have been disbursed. If your spouse does not have a former name, enter N/A.

**Item 16:** Enter the two-letter abbreviation for the state that issued your spouse's driver's license followed by the driver's license number. If your spouse does not have a driver's license, enter N/A.

**Item 17:** Enter your spouse's fax number and the e-mail address your spouse uses most frequently. These may be used to communicate with your spouse. If your spouse does not have a fax number or e-mail address, or does not wish to provide this information, enter N/A.

**Item 18:** *It is important that the consolidating lender is able to reach your spouse during the process of making this loan and during repayment.* Enter your spouse's employer's name, address (including city, state, and zip code), and telephone number.

If your spouse is self-employed, enter the name, address, and telephone number of your spouse's business. If your spouse is not employed, enter N/A.

## Section C. Reference Information

**Note: You must provide two separate references with different U.S. addresses. Do not include individuals who live with you or live outside the U.S. Both references must be completed fully and should be relatives or acquaintances you (or you and your spouse, if consolidating jointly) have known for at least three years.**

**Items 19A and 19B:** Enter the requested reference information for two adults who do not share a common address. References with addresses outside the U.S. are not acceptable. Both references must be completed in full. If a reference does not have a telephone or an e-mail address, or does not wish to provide an e-mail address, write N/A. If you provide an e-mail address for a reference, the holder of your Federal Consolidation Loan may use it to communicate with your reference as part of collecting on the loan. All requested items must be completed or your loan will be delayed.

## Section D. Education Loan Indebtedness

**Education Loans**

The following types of education loans (except those represented by the code OTHR) are eligible for consolidation:

| Loan Code | Education Loans |
|---|---|
| SS | Subsidized Federal Stafford Loans, formerly Guaranteed Student Loans (GSL) |
| OSS | Direct Subsidized Stafford/Ford Loans |
| US | Unsubsidized and Nonsubsidized Federal Stafford Loans |
| OUS | Direct Unsubsidized Stafford/Ford Loans |
| SLS | Federal Supplemental Loans for Students, formerly Auxiliary Loans to Assist Students (ALAS) and Student PLUS Loans |
| PERK | Federal Perkins Loans, formerly National Defense/National Direct Student Loans (NDSL) |
| HPSL | Health Professions Student Loans, including Loans for Disadvantaged Students |
| HEAL | Health Education Assistance Loans |
| FISL | Federal Insured Student Loans |
| PLUS | Federal PLUS Loans |
| DPLUS | Direct PLUS Loans |
| SCON | Subsidized Federal Consolidation Loans |
| OSCON | Direct Subsidized Consolidation Loans |
| UCON | Unsubsidized Federal Consolidation Loans |
| DUCON | Direct Unsubsidized Consolidation Loans, including Direct PLUS Consolidation Loans |
| NSL | Federal Nursing Loans |
| OTHR | Other education loans not eligible for consolidation that you want used to calculate the maximum repayment period |

Information you need to answer items in this section is available in loan documents, such as:

- The last monthly billing statement you received,
- Your quarterly interest statement or annual statement,
- Your coupon book, or
- The Internet site of your loan holder or servicer.

If you are unsure of the correct information on your loans, call your loan holder or servicer, or check the most recent correspondence from them.

*Continued on next page.*

**Step 1:** Begin by listing (according to the instructions that follow for Items 20-26) eligible loan(s) that you (or you and your spouse jointly) wish to consolidate, including any loan(s) currently held by the lender that will be consolidating your loan(s). You may consolidate a Federal Consolidation Loan only if you are combining that loan with at least one other eligible loan.

If you are in default on any loan that you wish to consolidate, you must have made satisfactory repayment arrangements with the holder to repay the loan before it is eligible for consolidation. Satisfactory arrangements usually involve making a series of payments on the defaulted loan. For Federal Stafford, Federal SLS, Federal PLUS, or Federal Consolidation loans, satisfactory repayment arrangements involve making a series of reasonable and affordable payments or agreeing to repay the new Federal Consolidation Loan under an income-sensitive repayment plan. Contact the holder of your defaulted loan for specific information.

**Item 20:** Enter the code that corresponds to the loan type from the Education Loans list. If you are not sure about the loan type, leave this item blank.

**Item 21:** Enter the full name and mailing address of each holder of your education loans or the holder's servicer. (This is the address to which you are or will be sending your payments.) If the loan is in default, enter the full name and address of the guarantor or the guarantor's servicer. If the loan is a Perkins Loan, enter the full name and address of the school or school's servicer. Do not use initials instead of full names.

**Item 22:** Enter "B" for each loan that is yours, "S" for each loan that is your spouse's, and "J" for each loan that belongs to both you and your spouse.

**Item 23:** Enter the account number for each loan. This may be listed on your monthly billing statement or coupon or in other information your holder or holder's servicer provides.

**Item 24:** Enter the interest rate you are paying on each loan.

**Item 25:** Enter the estimated payoff amount, including any unpaid interest, late fees, and collection costs.

**Item 26:** If you are in your grace period (specified period of time after a student graduates or leaves school during which loan payments are not required and during which interest on loans may be payable by the federal government) for any of the loans selected for consolidation and you wish to delay processing until you have completed your grace period, enter the month and year that your grace period ends. If you request such a delay, processing of the Federal Consolidation Loan will begin approximately 60-90 days before the latest grace period end date. If you do not wish to delay processing, leave this field blank.

**Step 2:** The maximum length of your Federal Consolidation Loan repayment period is determined by your total education loan debt, including:
- Loans you are consolidating,
- Loans eligible for consolidation that you are not consolidating, and
- Loans not eligible for consolidation.

In **Items 27-32**, list both eligible loans you do not wish to consolidate and outstanding education loans not eligible for consolidation that you want used to determine your maximum repayment period. Outstanding education loans not eligible for consolidation must have been made exclusively to finance postsecondary education by an entity such as a bank, school, or state agency under a public or private loan program. Personal loans from family or friends or loans in default may not be listed. The amount of the loans that are not included in the Federal Consolidation Loan but are used to determine your repayment period will not exceed the amount of the loans consolidated.

### Section E. Repayment Plan Selection

**Item 33:** You may choose one of the repayment options described below for your Federal Consolidation Loan. The maximum repayment period will be 10 to 30 years depending on your student loan debt. You can request a payment period that is shorter than the maximum period allowed.

STANDARD PAYMENT PLAN – This option provides equal monthly payments over the term of the loan. Payments cover all principal and interest due that month.

GRADUATED PAYMENT PLAN – This option provides reduced payments that may be as low as interest only for a specified number of years. Payments then increase to standard payments of principal and interest for the remaining term.

GRAD CHOICE℠ 2 – Reduced payments for two years.

GRAD CHOICE℠ 3 – Reduced payments for three years.

GRAD CHOICE℠ 4 – Reduced payments for four years.

GRAD CHOICE℠ 5 – Reduced payments for five years.

INCOME-SENSITIVE PAYMENT PLAN – This option establishes payments annually based on your expected total monthly gross income from employment and all other sources. If you and your spouse jointly consolidate your loans, payments will be based on your total household income from all sources.

EXTENDED PAYMENT PLAN – This option allows borrowers with debt in excess of $30,000 to repay over a 25-year period on either a standard or graduated schedule.

If you have education debt of $60,000 or more and wish to repay over a 30-year period, you should select one of the other repayment options.

If you do not notify your lender of your choice of payment plans or do not provide your lender with the required documentation for an income-sensitive schedule, your lender will establish a standard payment schedule.

**Note:** If all of your FFELP loans are with one holder and you certify that you have been unable to obtain a Federal Consolidation Loan or a Federal Consolidation Loan with income-sensitive repayment terms from your current holder, you may apply for a Federal Consolidation Loan from another FFELP lender. If you have FFELP loans with more than one holder, you may apply for a Federal Consolidation Loan from any FFELP lender. Alternatively, if you have an outstanding balance on a FFELP loan and you are unable to obtain a Federal Consolidation Loan or a Federal Consolidation Loan with income-sensitive repayment terms that are acceptable to you, you may apply for a Federal Direct Consolidation Loan from the U.S. Department of Education.

### Section F. Borrower Certification and Authorization

**Items 34 and 35:** Read these items carefully. The statements confirm the accuracy of the information that you supply, authorize various parties to perform certain functions, and certify your understanding and acceptance of certain terms and conditions of the loan.

### Section G. Promissory Note

This is a legally binding contract.

**Item 36:** Carefully read the entire Promissory Note, Borrower Certification and Authorization, Borrower's Rights and Responsibilities Statement, and the other materials provided in connection with this loan.

**Item 37:** Sign and date the Promissory Note.

**Item 38:** If you and your spouse are jointly consolidating your loans, your spouse must also sign and date the Promissory Note. If you and your spouse are not jointly consolidating your loans, your spouse should not sign the Promissory Note.

**Note:** Signature(s) is required. If you (or you and your spouse, if consolidating jointly) fail to sign the Promissory Note, your application will be delayed.

### Submitting Your Application and Promissory Note

Review all information on your Federal Consolidation Loan Application and Promissory Note. Return your completed application and promissory note to your consolidating lender for processing. Keep a copy for your records. If you are applying with your spouse, you and your spouse should each keep a copy for your records. **Remember to continue making your regularly scheduled education loan payments until your consolidating lender notifies you that the consolidation is complete.** If you would like to temporarily postpone your payments while your Federal Consolidation Loan is being processed, contact your holder regarding forbearance. When your loans are consolidated, you will receive a repayment schedule and disclosure statement for your Federal Consolidation Loan. It will provide information about your new loan and instructions on where to send your monthly payments.

**Mailing Instructions:** Mail the original copy of the Federal Consolidation Loan Application and Promissory Note and the Additional Loan Listing Sheet, if applicable, to your consolidating lender.

# Borrower's Rights and Responsibilities Statement

**Important Notice:** The Borrower's Rights and Responsibilities Statement provides additional information about the terms and conditions of your Federal Consolidation Loan. Please retain this Statement for your records. You may contact your lender at any time for another copy of this Statement.

FFELP Definition - The Federal Family Education Loan Program (FFELP) includes the following loans.

■ Subsidized Federal Stafford Loan (formerly known as Guaranteed Student Loan (GSL)),

■ Unsubsidized Federal Stafford Loan,

■ Federal Insured Student Loan (FISL),

■ Federal Supplemental Loans for Students (SLS), also known as ALAS,

■ Federal PLUS Loan, and

■ Federal Consolidation Loan.

The FFELP is authorized by Title IV, Part B of the Higher Education Act of 1965, as amended.

**1. Governing Law** – A loan disbursed under this Federal Consolidation Loan Promissory Note ("Note") is subject to the Higher Education Act of 1965, as amended (20 U.S.C. 1070 et seq.), and applicable U.S. Department of Education regulations (collectively referred to as the "Act").

**2. Change of Status** – I must notify my lender (or any subsequent holder of my loan) if any of the following events take place before my loan is repaid:

■ I change my permanent address, e-mail address, or telephone number,

■ I change my name (for example, maiden name to married name),

■ I change my employer or my employer's address or telephone number changes, and/or

■ I have any other change in status that would affect my loan (for example, the loss of eligibility for an unemployment deferment by obtaining a job).

**3. Interest Rate** – The interest rate on my Federal Consolidation Loan will be based on the weighted average of the interest rates on the loans being consolidated rounded up to the nearest higher one-eighth of one percent, but will not exceed 8.25 percent. This fixed interest rate will remain the same throughout the life of the loan. For the portion of the Federal Consolidation Loan attributable to a HEAL loan (if applicable), the interest rate is a variable rate and is adjusted annually on July 1. The variable rate for each 12-month period will be equal to the average of the bond equivalent rates of the 91-day Treasury Bills auctioned for the quarter ending June 30, plus 3.0 percent; there is no maximum interest rate on this portion of the loan. The interest rate that applies to my Federal Consolidation Loan will be disclosed to me by my lender at or about the time my loan is disbursed.

**4. Payment of Interest** – Interest will be charged from the date my Federal Consolidation Loan is disbursed. It is my responsibility to pay interest on my loan. The federal government will pay interest that accrues during deferment on the portion of my Federal Consolidation Loan that repays subsidized Federal Stafford Loans, subsidized Federal Direct Stafford Loans, subsidized FISL loans, subsidized Federal Consolidation Loans, and subsidized Federal Direct Consolidation Loans. I will be responsible for interest that accrues during deferment on the portion of my Federal Consolidation Loan that repays other loan types.

I am responsible for paying the interest that accrues during a forbearance period.

If I choose not to pay the interest that accrues on my loan during any period of authorized deferment or forbearance, the interest may be capitalized to the extent permitted by the Act. Capitalization of interest will result in the unpaid interest being added to the principal balance of the loan and increase the total cost of my loan.

I may be able to claim a federal income tax deduction for interest payments I make on my FFELP loans. For further information, I may refer to the IRS Publication 970 available at http://www.irs.gov.

**5. Sale or Transfer of Loan** – The lender may sell or otherwise transfer my loan without my consent. Should ownership of my loan be transferred, I will be notified of the name, address, and telephone number of the new lender if the address to which I make my payments changes. Sale or transfer of my loan does not affect my rights and responsibilities under the loan.

**6. Consequences of Default** – Default is defined in detail in my Note. If I default, the entire unpaid balance and collection fees will become immediately due and payable. Failure to repay this loan according to its terms and conditions may result in any or all of the following:

■ Loss of federal and state income tax refunds,

■ Loss of other federal or state payments,

■ My employer withholding part of my wages to give them to my guarantor (administrative wage garnishment),

■ Legal action against me,

■ Collection charges (including attorney's fees) being assessed against me,

■ Loss of my professional license,

■ An increase in my interest rate,

■ Loss of eligibility for other student aid and assistance under most federal benefit programs,

■ Loss of eligibility for loan deferments, and

■ Negative credit reports to credit bureaus.

**7. Credit Bureau Notification** – Information concerning the amount, disbursement, and repayment status (current or delinquent) of my loan will be reported by my lender to one or more national credit bureaus on a regular basis. If I default on my loan, the guarantor will report the default to all national credit bureaus. Before the guarantor reports such a default, it will give me at least 30 days notice that default information will be disclosed to the credit bureaus unless I enter into a repayment arrangement within 30 days of the date of the notice. The guarantor will give me a chance to ask for a review of the debt before the default is reported. My lender or guarantor, as applicable, must provide a timely response to a request from any credit organization regarding objections I might raise with that organization about the accuracy and completeness of information reported by the lender or guarantor.

**8. Loan Discharge & Forgiveness** – My loan will be discharged if documentation of my death is submitted to my lender. If I am consolidating a PLUS Loan and the dependent student for whom I borrowed the PLUS Loan dies, the portion of my Federal Consolidation Loan attributable to that PLUS Loan will be discharged if documentation of the dependent student's death is submitted to my lender.

My loan may also be discharged if a physician certifies that I am totally and permanently disabled as defined by the Act. In addition, I must meet certain income requirements and may not receive any additional FFELP, Direct, or Federal Perkins loans during a 3-year conditional discharge period. I may not receive a discharge due to total and permanent disability based on a condition that existed before I applied for this loan, unless a physician certifies that the condition substantially deteriorated after the disbursement dates on the loans that are consolidated.

I understand that I may not qualify for a disability discharge or my Federal Consolidation Loan if any loan I am consolidating does not meet the discharge conditions.

My loan will not be automatically discharged in bankruptcy. In order to discharge a loan in bankruptcy, I (and my spouse, if a joint consolidation co-maker) must prove undue hardship in an adversary proceeding before the bankruptcy court.

In certain cases, the Act provides discharge of all or a portion of my Federal Consolidation Loan if I was unable to complete a course of study because my school closed, or my eligibility was falsely certified by my school. The Act also provides for loan discharge in the amount of any required refund that my school failed to make to my lender on my behalf.

Neither the lender, the guarantor, nor the Department of Education vouch for the quality or suitability of the academic programs offered by participating schools. Unless I qualify for loan discharge under the Act, I must repay this loan even if I do not complete my education, I am unable to obtain employment in my field of study, or I am dissatisfied with, or do not receive, the education I paid for with the loan(s) being consolidated.

If I am a full-time teacher and at the time I obtained a subsidized or unsubsidized Stafford Loan that I am consolidating I had no outstanding balance on a Title IV loan disbursed before October 1, 1998, I may be eligible for forgiveness under the Teacher Loan Forgiveness Program. A fixed amount of my Stafford Loan(s) that I am consolidating may be repaid if I have worked as a full-time teacher for five consecutive school years and if I meet all other eligibility requirements under the Act.

I understand that, by consolidating, I may forego some discharges that might otherwise be available for the loan(s) being consolidated.

If I am applying with my spouse for a joint consolidation loan, I further understand that the Federal Consolidation Loan will be fully discharged or forgiven only if both of us qualify for the same or a different discharge or forgiveness. However, the loan may be partially discharged or forgiven under certain circumstances, if only one of us qualifies for a discharge or forgiveness.

**9. Deferment** – Under certain circumstances, I have a right to defer (postpone) repayment. Upon request, my lender will provide me with a deferment application that explains the eligibility requirements. If I am in default on my Federal Consolidation Loan, I am not eligible for deferment unless I make payment arrangements satisfactory to my lender before the payment of a default claim on the loan.

If I consolidate my loans jointly with my spouse, we both must simultaneously qualify for the same or different deferments in order to postpone repayment on the loan. The maximum periods authorized for deferment on Federal Consolidation Loans are determined by the Act. The total deferment period combined for the borrower and spouse cannot exceed these limits.

I consolidate all of my eligible FFELP loans, deferments are available while I am:

- Enrolled at least half time at an eligible school.
- Engaged in a full-time course of study in a graduate fellowship program.
- Engaged in a full-time rehabilitation training program for individuals with disabilities (if the program is approved by Department of Education).
- Conscientiously seeking, but unable to find, full-time employment (for up to three years).
- Experiencing an economic hardship (including Peace Corps service) as defined by federal law (for up to three years).

My lender will process an in-school deferment based on (i) my request along with documentation verifying my eligibility, (ii) my lender's receipt of information from my school about my eligibility in connection with a new loan, or (iii) my lender's receipt of student status information indicating that I am enrolled on at least a half-time basis. For all other deferment types, I must provide my lender with a deferment request and evidence that verifies my eligibility.

If I did not consolidate all of my FFELP loans, the deferment options available to me for this Federal Consolidation Loan will be based on the deferment provisions that are in effect for any outstanding loan(s) not consolidated, provided the deferment is authorized for Federal Consolidation Loans. (See Item 4, "Payment of Interest.") My lender can provide additional information about deferment eligibility.

**10. Forbearance** – If I am unable to make my scheduled loan payments, the lender may allow me to reduce my payment amount, to extend the time for making payments, or to temporarily stop making payments as long as I intend to repay my loan. Allowing me to temporarily delay or reduce loan payments is called a forbearance. Interest charges continue to accrue during a forbearance period.

The lender may grant me forbearance due to poor health or other acceptable reasons.

My lender is generally not required to grant a forbearance and may require me to provide my reasons for the request and other information.

The lender may grant me a forbearance to eliminate a delinquency that persists even though I am making scheduled installment payments. My lender may grant me an administrative forbearance for up to 60 days in order to collect and process documentation supporting my request for a deferment, forbearance, change in repayment plan, or consolidation.

Circumstances that require my lender to grant me forbearance include:

- Serving in a medical or dental internship or residency program, if I meet certain criteria.
- Serving in a national service position for which I receive a national service education award under the National and Community Service Trust Act of 1993. In some cases, the interest that accrues on a qualified loan during the service period will be paid by the Corporation for National and Community Service.
- Qualifying for partial repayment of my loans under the Student Loan Repayment Program, as administered by the Department of Defense.
- Having a monthly debt burden for Title IV loans that collectively equals or exceeds 20 percent of my total monthly gross income (for up to three years).
- Being called to active duty in the U.S. Armed Forces.

If my spouse and I are consolidating jointly, we must simultaneously qualify for the same or a different forbearance in order to forbear repayment of the loan.

If I choose not to pay the interest that accrues on my loan during any period of authorized forbearance, the interest may be capitalized to the extent permitted by the Act. Capitalization of interest will result in the unpaid interest being added to the principal balance of the loan.

**11. Applicability to Aggregate Loan Limits** – If the loans I have selected for consolidation were made under the Federal or Direct Stafford (subsidized, nonsubsidized, or unsubsidized), SLS, Perkins, or HPSL loan programs, a percentage of the outstanding balance on my Federal Consolidation Loan will be counted towards the aggregate loan limit for each type of loan selected.

**12. Adding Loans** – If I do not consolidate all eligible loans at this time, I understand that I may include an additional eligible loan(s) by submitting a request to my lender. My lender must receive my request within 180 days after the date on which my Federal Consolidation Loan is disbursed. After this period of time, I will need to apply for a new Federal Consolidation Loan to consolidate any eligible loan(s).

## IMPORTANT NOTICES

### Privacy Act Notice

The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authority for collecting the requested information from and about you is §428(b)(2)(A) et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1078(b)(2)(A) et seq.), and the authority for collecting and using your Social Security Number (SSN) is §484(a)(4)(B) of the HEA (20 U.S.C. 1078-2(f)). Participating in the Federal Family Education Loan Program (FFELP) and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan(s) or a benefit on a loan(s) (such as a deferment, forbearance, discharge, or forgiveness) under the FFELP, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect on your loan(s) if your loan(s) becomes delinquent or in default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed to third parties as authorized under routine uses in the appropriate systems of records. The routine uses of this information include its disclosure to federal, state, or local agencies, to other federal agencies under computer matching programs, to agencies that we authorize to assist us in administering our loan programs, to private parties such as relatives, present and former employers, business and personal associates, to credit bureau organizations, to educational and financial institutions, to guaranty agencies, and to contractors in order to verify your identity, to determine your eligibility to receive a loan(s) or a benefit on a loan(s), to permit the servicing or collection of your loan(s), to counsel you in repayment efforts, to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, to locate you if you become delinquent in your loan payments or if you default, to provide default rate calculations, to provide financial aid history information,

to assist program administrators with tracking refunds and cancellations, or to provide a standardized method for educational institutions to efficiently submit student enrollment status.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

### Financial Privacy Act Notice

Under the Right to Financial Privacy Act of 1978 (12 U.S.C. 3401-3421), the U.S. Department of Education will have access to financial records in your student loan file maintained by the lender in compliance with the administration of the Federal Family Education Loan Program.

### Paperwork Reduction Notice

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a currently valid OMB control number. The valid OMB control number for this information collection is 1845-0036. The time required to complete this information is estimated to average 1.0 hours (60 minutes) per response, including the time to review instructions, search existing data sources, gather and maintain the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of this time estimate(s) or suggestions for improving this form, please write to:

U.S. Department of Education
Washington, DC 20202-4651

If you have any comments or concerns regarding the status of your individual submission of this form, contact the lender, guarantor, or program identified in the upper right-hand corner of this form.

[Attachment D. 1]

Credit Note: Transunion, Equifax, Experian

To whom it may concern:

There is an unwarranted mark on my credit. I had a previous student loan cancelled and forgiven. I have enclosed supporting documents to the credit bureaus they in the past acted accordingly by removing the derogatory marks. There is no reason to attempt to re-create a derogatory mark that has long since been settled-paid & closed see past reporting's by Sallie Mae the Lender [Attachment 1].

(See Teaching and Social Services Attachments).

I have worked tirelessly, in Education as well as Social service for many years to have my score negatively impacted. I am and will forever request any negative marks be removed immediately. Please review the credit reports   #1   #2   #3

Mr. Chitunda Tillman Sr

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

9-5-2017

D.1

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ALLEN, TX 75013

OFFICIAL USE

| Certified Mail Fee $3.45 | | 0804 22 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery  $

Postage $3.10

Total Postage and Fees $6.55

Postmark Here
02/06/2018

Sent To Experian
Street and Apt. No., or PO Box No. BOX 2002
City, State, ZIP+4® Allen, TX 75013

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

COLUMBUS, OH 43266

OFFICIAL USE

| Certified Mail Fee $3.45 | | 0804 22 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery  $

Postage $3.10

Total Postage and Fees $6.55

Postmark Here
FEB 6 2018
02/06/2018

Sent To Allied Interstate
Street and Apt. No., or PO Box No. P.O. BOX 361563
City, State, ZIP+4® Columbus, OH 43236-1563

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

LAWRENCE, KS 66044

OFFICIAL USE

| Certified Mail Fee $3.45 | | 0804 22 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery  $

Postage $3.10

Total Postage and Fees $6.55

Postmark Here
FEB 6 2018
02/06/2018

Sent To Student Loan Mkt ASSN
Street and Apt. No., or PO Box No. 2000 Bluffs DR
City, State, ZIP+4® Lawrence, KS 66044

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WILMINGTON, DE 19804

OFFICIAL USE

| Certified Mail Fee $3.45 | | 0804 22 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery  $

Postage $3.10

Total Postage and Fees $6.55

Postmark Here
FEB 6 2018
02/06/2018

Sent To Allie Mae
Street and Apt. No., or PO Box No. BOX 3229
City, State, ZIP+4® Wilmington Delaware 19804

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions







**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CRUM LYNNE, PA 19022

| Certified Mail Fee | $3.45 | | 0421 |
| Extra Services & Fees (check box, add fee as appropriate) | | | 05 |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $0.50 | | |
| Total Postage and Fees | $3.95 | | 02/23/2018 |

Sent To TRANSunion Corp
Street and Apt. No., or PO Box No. Consumer Disclosure Center
City, State, ZIP+4® 2 Baldwin Place P.O. Box 1000

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

ATLANTA, GA 30374

| Certified Mail Fee | $3.45 | | 0421 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | | 05 |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | | | |
| Postage | $0.50 | | |
| Total Postage and Fees | $3.95 | | 02/23/2018 |



Sent To Equifax Inc
Street and Apt. No., or PO Box No. P.O. Box 740241
City, State, ZIP+4® Atlanta, GA 30374

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

ALLEN, TX 75013

| Certified Mail Fee | $3.45 | | 0421 |
| Extra Services & Fees (check box, add fee as appropriate) | | | 05 |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | | | |
| Postage | $0.50 | | |
| Total Postage and Fees | $3.95 | | 02/23/2018 |



Sent To Experian
Street and Apt. No., or PO Box No. P.O. Box 2104
City, State, ZIP+4® Allen, TX 75013-2104

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions











April 3rd,2018

To **Credit Bureau**:

Experian
P.O. Box 2002
Allen, Texas 75013-2104

In accordance with the (FCRA) Fair Credit Reporting Act, Section 609 (a) (1) (A). Your credit reporting agency is required by Federal Law to verify by physical records on file of the original signed account or contract from any accounts you post on my credit report.

**I am formally requesting to see verifiable proof of the original consumer contract with my execution of signature on the record**. Below is a list of accounts records I am requesting said verification of. Failure to verify account records in compliance with FCRA will damage my ability to obtain credit under FCRA, unverifiable accounts must be promptly removed. I did not consent or give your Credit Bureau written authorization to use my personal information or advertise against my social security number. Please remove any and all negative derogatory marks immediately as I appreciate your time and attention; I am making this respectful and humble request. Please remove any outdated information that has been reported for more than 7 years according to (FCRA, Section 609 (a) (1) (A). )

The accounts in question are below:

- USA FUNDS Account Number 19407292110
- Navient Education Loan Corp Account Number 19407292110
- United Student Aid Funds Account Number 19407292110
- IQOR Account Number 19407292110
- Allied Interstate LLC Account Number 19407292110

Sincerely,

Chitunda Tillman Sr

**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**

**Valid I.D Attached**
**Page 2**

April 3rd, 2018

To **Credit Bureau**:

Trans Union
PO Box 2000
Chester, PA 19016

Chitunda Tillman Sr
P.O Box 5391
Chicago IL 60680-5391

In accordance with the (FCRA) Fair Credit Reporting Act, Section 609 (a) (1) (A). Your credit reporting
agency is required by Federal Law to verify by physical records on file of the original signed account or
contract from any accounts you post on my credit report.

**I am formally requesting to see verifiable proof of the original consumer contract with my execution
of signature on the record**. Below is a list of accounts records I am requesting said verification of.
Failure to verify account records in compliance with FCRA will damage my ability to obtain credit under
FCRA, unverifiable accounts must be promptly removed. I did not consent or give your Credit Bureau
written authorization to use my personal information or advertise against my social security number.
Please remove any and all negative derogatory marks immediately as I appreciate your time and
attention; I am making this respectful and humble request. Please remove any outdated information
that has been reported for more than 7 years according to (FCRA, Section 609 (a) (1) (A). )

The accounts in question are below:

- USA FUNDS Account Number 19407292110
- Navient Education Loan Corp Account Number 19407292110
- United Student Aid Funds Account Number 19407292110
- IQOR Account Number 19407292110
- Allied Interstate LLC Account Number 19407292110

Sincerely,

Chitunda Tillman Sr

**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**

**Valid I.D**
**Page 2**

April 3rd, 2018

USA FUNDS
PO Box 9460
Wilkes Barre PA 18773-9460

Chitunda Tillman Sr
P.O Box 5391
Chicago IL 60680-5391

In accordance with the (FCRA) Fair Credit Reporting Act, Section 609 (a) (1) (A). Your reporting agency is
required by Federal Law to verify by physical records on file of the original signed account or contract
from any accounts you post on my credit report. **I am formally requesting to see verifiable proof of the
original consumer contract with my execution of signature on the record**. Below is a list of account
records I am requesting said verification of. Failure to verify account records in compliance with FCRA
will damage my ability to obtain credit under FCRA, unverifiable accounts must be promptly removed.
The accounts in question are below:

- USA FUNDS Account Number 19407292110

Sincerely,

Chitunda Tillman Sr

**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**

**Valid I.D**
**Page 2**

April 3rd, 2018

Allied Interstate
PO Box 361563
Columbus, OH 43236-1563

Chitunda Tillman Sr
P.O Box 5391
Chicago IL 60680-5391

In accordance with the (FCRA) Fair Credit Reporting Act, Section 609 (a) (1) (A).  Your reporting agency is required by Federal Law to verify by physical records on file of the original signed account or contract from any accounts you post on my credit report. **I am formally requesting to see verifiable proof of the original consumer contract with my execution of signature on the record**.  Below is a list of account records I am requesting said verification of.  Failure to verify account records in compliance with FCRA will damage my ability to obtain credit under FCRA, unverifiable accounts must be promptly removed. The accounts in question are below:

- Allied Interstate LLC Account Number  19407292110


Sincerely,

Chitunda Tillman Sr

**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**

**Valid I.D**
**Page 2**

April 3rd, 2018

IQOR Student Loans
12755 Highway 55
Suite 300
Plymouth MN,
55441

Chitunda Tillman Sr
P.O Box 5391
Chicago IL 60680-5391

In accordance with the (FCRA) Fair Credit Reporting Act, Section 609 (a) (1) (A). Your reporting agency is required by Federal Law to verify by physical records on file of the original signed account or contract from any accounts you post on my credit report. **I am formally requesting to see verifiable proof of the original consumer contract with my execution of signature on the record**. Below is a list of account records I am requesting said verification of. Failure to verify account records in compliance with FCRA will damage my ability to obtain credit under FCRA, unverifiable accounts must be promptly removed. The accounts in question are below:

- IQOR Account Number 19407292110

Sincerely,

Chitunda Tillman Sr

**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**

**Valid I.D**
**Page 2**

April 3rd, 2018

Navient
PO Box 9460 (MCE 2142)
Wilkes-Barre, PA 18773-9460

Chitunda Tillman Sr
P.O Box 5391
Chicago IL 60680-5391

In accordance with the (FCRA) Fair Credit Reporting Act, Section 609 (a) (1) (A). Your reporting agency is required by Federal Law to verify by physical records on file of the original signed account or contract from any accounts you post on my credit report. **I am formally requesting to see verifiable proof of the original consumer contract with my execution of signature on the record**. Below is a list of accounts records I am requesting said verification of. Failure to verify account records in compliance with FCRA will damage my ability to obtain credit under FCRA, unverifiable accounts must be promptly removed. The accounts in question are below:

- Navient Education Loan Corp Account Number 19407292110

Sincerely,

Chitunda Tillman Sr

**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**

**Valid I.D**
**Page 2**

April 3rd, 2018

Navient
PO Box 9460 (MCE 2142)
Wilkes-Barre, PA 18773-9460

Chitunda Tillman Sr
P.O Box 5391
Chicago IL 60680-5391

In accordance with the (FCRA) Fair Credit Reporting Act, Section 609 (a) (1) (A). Your reporting agency is required by Federal Law to verify by physical records on file of the original signed account or contract from any accounts you post on my credit report. **I am formally requesting to see verifiable proof of the original consumer contract with my execution of signature on the record**. Below is a list of accounts records I am requesting said verification of. Failure to verify account records in compliance with FCRA will damage my ability to obtain credit under FCRA, unverifiable accounts must be promptly removed. The accounts in question are below:

- Navient Education Loan Corp Account Number 19407292110

Sincerely,

Chitunda Tillman Sr

**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**

**Valid I.D**
**Page 2**



I attest this is True
& correct to the best of
My knowledge.-

Chitunde Wilson Mo 4-4-18

GEORGE E MOLINA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
June 12, 2021

4 4.18



*** 372338024-019 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

12/03/2017



P7OHRY00300362-I003611-043197184

CHITUNDA TILLMAN SR
9752 S BEVERLY AVE
CHICAGO, IL 60643-1376

Our investigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

Please follow the 'How to read your results' section on the next page to help guide you in understanding the results of our investigation. If our investigation has not resolved your dispute, you have several options:

- You may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.transunion.com/dispute and indicating you are filing a repeat dispute. You will be prompted to add additional information you feel is relevant to your dispute as well as upload supporting documentation.

- You may file a complaint about TransUnion, or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a more detailed description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

## How to read your results

The results of our investigation of your dispute consists of two sections: 1) the Investigation Results Summary which appears below, and 2) the attached view of how the disputed item(s) that remain on your credit report now appear(s). If an item you disputed is not listed, it means that the item was not appearing in your credit report or it already reflected the requested status at the time of our investigation. Items deleted from your credit report will not appear in the attached credit report detail and if no credit report detail is attached following the Investigation Results summary, you may view a free full copy of your credit report by visiting www.transunion.com/fullreport.

The following key provides you a more complete description of our investigation results of the items you disputed:

**DELETED:** The disputed item was removed from your credit report.

**DISPUTE NOT SPECIFIC; VERIFIED AND UPDATED:** The item was verified as belonging to you and other account information has changed or the item was updated to reflect recent activity.

**DISPUTED INFORMATION UPDATED:** A change was made to the item based on your dispute.

**DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item based on your dispute and other information unrelated to your dispute has changed.

**INFORMATION DELETED:** The item was removed from your credit report.

**INFORMATION UPDATED:** A change was made to the item.

**NO UPDATE NECESSARY:** The disputed information already reflects the requested status.

**REINSERTED:** This previously deleted item has now been verified; therefore, it has been reinserted into your credit report.

**VERIFIED AS ACCURATE:** The disputed information was verified as accurate and no change was made to the item.

**VERIFIED AS ACCURATE AND UPDATED:** The disputed information was verified as accurate; however, other information has changed and/or the item was updated to reflect recent activity.

## Investigation Results Summary

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| UNITED STUDENT AID FUNDS<br>C/O SALLIE MAE<br>PO BOX 9460 MC E2142<br>WILKES-BARRE, PA 18773-9460<br>(800) 331-2314 | # 1940729**** | DISPUTED INFORMATION UPDATED AND<br>OTHER INFORMATION UPDATED |

*[handwritten:]* ⁎ Reinserted Wow,
My point exactly
My "Loans were Cancelled"
Defendant's wrongfully
Reinserted them.

## Summary of Rights

### GENERAL SUMMARY OF CONSUMER RIGHTS UNDER THE FCRA

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment -- or to take another adverse action against you- must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information**. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**SW CREDIT SYSTEMS LP** ( 4120 INTERNATIONAL PKWY, SUITE 1100, CARROLLTON, TX 75007, (844) 845-6546 )
**Requested On:** 11/29/2016

**STATE COLLECTION SERVICE** ( 2509 S STOUGHTON, MADISON, WI 53716, (608) 221-6400 )
**Requested On:** 10/21/2016

**ENHANCED RECOVERY** ( 8014 BAYBERRY ROAD, JACKSONVILLE, FL 32256, (904) 645-0049 )
**Requested On:** 09/08/2016, 03/22/2016

**GENERAL REVENUE CORP** ( 11501 NORTHLAKE DR, CINCINNATI, OH 45249, (513) 469-1472 )
**Requested On:** 06/13/2016

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, and/or Third Party Supplemental Information. Authorized parties may also receive the additional information below from TransUnion.

## Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

**CIBC BANK USA CONSU via FACTUALDATATHE PRIVATE BK  TR**
Identifying information they provided:
CHITUNDA TILLMAN, SR
9752 S BEVERLY AVE
CHICAGO, IL 60643-1376
**Requested On:** 11/08/2017

**ACCION CHICAGO via ACCION CHICAGO**
Identifying information they provided:
CHITUNDA TILLMANSR
9752 S BEVERLY AVE
CHICAGO, IL 60643-1376
**Requested On:** 09/07/2017

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).



# EQUIFAX

P. O. Box 105518
Atlanta, GA 30348

000001507 F0ECA1212170529160000 01 000000
002691329-5689
CHITUNDA TILLMAN
PO BOX 5391
CHICAGO, IL 60680-5391

**CREDIT FILE : December 11, 2017**

**Confirmation # 7331077254**

Dear CHITUNDA TILLMAN:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

* We request that the reporting company verify the accuracy of the information you disputed;

* We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

* We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

* You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

* You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.

* You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.ai.equifax.com/CreditInvestigation/home.action. You may also mail your documents to PO Box 740256, Atlanta GA 30348 or contact us by calling a Customer Representative at (888) 425-7961 from 9:00 a.m. to 5:00 p.m. Monday - Friday in your time zone.

* You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

(Continued On Next Page)

Page 1 of 4

7331077254APPLADM-002691329- 5689 - 10046 -

# How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

* If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
* If an item states "**Verified as Reported**", the reporting company has certified it is reporting accurately.
* If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

## The Results Of Our Reinvestigation

### >>> We have reviewed your concerns and our conclusions are:

The disputed accounts sallie mae /9407292110100092, self help FCU /63195450, employers y b e NFP and kaliedoscope Social worker are currently not reporting on the Equifax credit file. The additional disputed accounts are not currently reporting on the credit file.

## Credit Account Information

*(For your security, the last 4 digits of account number(s) have been replaced by ?) (This section includes open and closed accounts reported by credit grantors)*

| Account History | Status Code | Descriptions | | |
|---|---|---|---|---|
| 1 : 30-59 Days Past Due | | 5 : 150-179 Days Past Due | J : Voluntary Surrender | |
| 2 : 60-89 Days Past Due | | 6 : 180 or More Days Past Due | K : Repossession | |
| 3 : 90-119 Days Past Due | | G : Collection Account | L : Charge Off | |
| 4 : 120-149 Days Past Due | | H : Foreclosure | | |

>>> **We have researched the credit account. Account # : 1940729* The results are:** The balance of this item has been updated. This creditor has verified to OUR company that this account has not been closed. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **USA Funds, PO Box 9460, Wilkes Barre PA 18773-9460 Phone: (800) 331-2314**

**USA Funds**  PO Box 9460 Wilkes Barre PA 18773-9460 : (800) 331-2314

| Account Number 1940729* | | Date Opened | | High Credit $34,942 | | Credit Limit $0 | | Terms Duration | Terms Frequency Single Pay Loan | | | Months Recd 12 | | Activity Designator | | Creditor Classification Educational | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 12/1/2017 | Balance Amount $45,696 | Amount Past Due $45,696 | Date of Last Paymnt | Actual Paymnt Amount $0 | | Scheduled Paymnt Amount $0 | | Date of 1st Delinquency 02/2015 | Date of Last Activity | Date Maj. Del. 1st Paid 06/2016 | Charge Off Amount $0 | Deferred Pay Start Date | Balloon Pay Start Date | Balloon Pay Date | Balloon Pay Date | Balloon Pay Date $0 | Date Closed | |

Status - Collection Account; Type of Account - Open; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Collection Account; Student Loan;

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account History with Status Codes | 10/2017 G | 09/2017 G | 08/2017 G | 06/2017 G | 04/2017 G | 03/2017 G | 12/2016 G | 11/2016 G | 10/2016 G | 09/2016 G | 08/2016 G | 07/2016 G | 06/2016 G | | | |

*(Continued On Next Page )*

7331077254APPLADM-002691329- 5689- 10046-

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

02/26/2018



TransUnion

P8055T00301300-I012631-045733389

CHITUNDA TILLMAN SR
9752 S BEVERLY AVE
CHICAGO, IL 60643-1376



Our investigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

Please follow the 'How to read your results' section on the next page to help guide you in understanding the results of our investigation. If our investigation has not resolved your dispute, you have several options:

- You may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.transunion.com/dispute and indicating you are filing a repeat dispute. You will be prompted to add additional information you feel is relevant to your dispute as well as upload supporting documentation.

- You may file a complaint about TransUnion, or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a more detailed description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

## How to read your results

The results of our investigation of your dispute consists of two sections: 1) the Investigation Results Summary which appears below, and 2) the attached view of how the disputed item(s) that remain on your credit report now appear(s). If an item you disputed is not listed, it means that the item was not appearing in your credit report or it already reflected the requested status at the time of our investigation. Items deleted from your credit report will not appear in the attached credit report detail and if no credit report detail is attached following the Investigation Results summary, you may view a free full copy of your credit report by visiting www.transunion.com/fullreport.

The following key provides you a more complete description of our investigation results of the items you disputed:

**DELETED:** The disputed item was removed from your credit report.

**DISPUTED INFORMATION UPDATED:** A change was made to the item based on your dispute.

**DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED:** A change was made to the item based on your dispute and other information unrelated to your dispute has changed.

**INFORMATION DELETED:** The item was removed from your credit report.

**INFORMATION UPDATED:** A change was made to the item.

**NO UPDATE NECESSARY:** The disputed information already reflects the requested status.

**REINSERTED:** This previously deleted item has now been verified; therefore, it has been reinserted into your credit report.

**VERIFIED AND UPDATED:** The item was verified as belonging to you and other account information has changed or the item was updated to reflect recent activity.

**VERIFIED AS ACCURATE:** The disputed information was verified as accurate and no change was made to the item.

**VERIFIED AS ACCURATE AND UPDATED:** The disputed information was verified as accurate; however, other information has changed and/or the item was updated to reflect recent activity.

## Investigation Results Summary

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CREDIT UNION 1<br>450 E 22ND ST<br>LOMBARD, IL 60148<br>(800) 252-6950 | # 434110301011**** | DELETED |
| CREDIT UNION 1<br>450 E 22ND STREET<br>LOMBARD, IL 60404<br>(708) 957-2626 | # 2700800**** | DELETED |
| UNITED STUDENT AID FUNDS<br>C/O SALLIE MAE<br>PO BOX 9460 MC E2142<br>WILKES-BARRE, PA 18773-9460<br>(800) 331-2314 | # 1940729**** | DISPUTED INFORMATION UPDATED AND OTHER INFORMATION UPDATED |

File Number: [illegible]
Date Issued: 02/26/2018

**TransUnion**

## Personal Information

You have been on our files since 07/01/1991

**SSN:** XXX-XX-2466

**Date of Birth:** 03/27/1973

**Names Reported:** CHITUNDA TILLMAN SR, CHITUNDA PILLMAN, and CHITUNDASR TILLMAN

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 9752 S BEVERLY AVE, CHICAGO, IL 60643-1376 | 02/02/2011 | 6141 S PRINCETON AVE APT 1, CHICAGO, IL 60621-3270 | 05/31/2007 |
| 14043 S TRACY AVE APT 2B, RIVERDALE, IL 60827-2192 | 12/01/2005 | 7812 S SPRINGFIELD AVE, CHICAGO, IL 60652-1812 | 03/31/2008 |
| 6141 S PRICENTON SUI, CHICAGO, IL 60621 | 10/27/2009 | 1634 W 93RD PL, CHICAGO, IL 60620-5101 | 01/31/2009 |
| 7025 S CREGIER AVE, CHICAGO, IL 60649-1911 | 12/25/2016 | PO BOX 5391, CHICAGO, IL 60680-5391 | 05/05/2017 |

### Telephone Numbers Reported:

| | | | | | | |
|---|---|---|---|---|---|---|
| (773) 726-2279 | (773) 233-1206 | (773) 457-0469 | (312) 216-9276 | (773) 429-8549 | (773) 643-2710 | (773) 468-3653 |
| (773) 683-8607 | (773) 726-2289 | (773) 838-1148 | (773) 454-6123 | (773) 233-5350 | | |

### Employment Data Reported:

| Employer Name | Date Verified | Location | Position |
|---|---|---|---|
| Y B E NFP | 03/12/2011 | | |
| KALIEDOSCOPE | 06/01/2007 | | SOCIAL WORKER |
| BURGER KING | 02/01/1998 | | |
| MARYVILLE ACADEMY | 04/01/1996 | CHICAGO, IL | CASE MGR |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**UNITED STUDENT AID FUNDS** #1940729**** ( C/O SALLIE MAE, PO BOX 9460 MC E2142, WILKES-BARRE, PA 18773-9460, (800) 331-2314 )

| | | | |
|---|---|---|---|
| **Date Opened:** 04/01/2016 | **Balance:** $44,618 | | **Pay Status:** ›In Collection‹ |
| **Responsibility:** Individual Account | **Date Updated:** 02/23/2018 | | **Date Closed:** 06/30/2016 |
| **Account Type:** Open Account | **High Balance:** $34,942 | | |
| **Loan Type:** STUDENT LOAN | **Original Creditor:** DEUTSCHE BANK ELT SLM TRST 200 (Educational) | | |
| | **Past Due:** ›$44,618‹ | | |

**Remarks:** ›PLACED FOR COLLECTION‹

Estimated month and year that this item will be removed: 01/2022

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | COL | COL | COL | COL | COL | COL | COL | COL | COL | COL | COL | COL |

| | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | COL | COL | COL | COL | COL | COL | COL | COL | COL | COL | | |

## Satisfactory Accounts

**BAC HOME LOANS SERV LP** #18111**** ( 4909 SAVARESE CIRCLE, FL1-908-01-47, Tampa, FL 33634, (800) 669-6607 )

| | | | |
|---|---|---|---|
| **Date Opened:** 11/16/2007 | **Balance:** $0 | | **Pay Status:** Current; Paid or Paying as Agreed |
| **Responsibility:** Joint Account | **Date Updated:** 04/01/2009 | | **Terms:** $1,678 per month, paid Monthly for 360 months |
| **Account Type:** Mortgage Account | **Last Payment Made:** 04/21/2009 | | |
| **Loan Type:** FHA REAL ESTATE MORTGAGE | **High Balance:** $207,361 | | **Date Closed:** 04/01/2009 |

**Remarks:** ACCT CLOSED DUE TO REFINANCE; CLOSED

| | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

February 19, 2018

To **Credit Bureau**:

Experian
P.O. Box 2104
Allen, Texas 75013-2104
1-888-397-3742
http://www.experian.com

In accordance with the (FCRA) Fair Credit Reporting Act, Section 609 (a) (1) (A). Your credit reporting agency is required by Federal Law to verify by physical records on file of the original signed account or contract from any accounts you post on my credit report.

I am formally requesting to see verifiable proof of the original consumer contract with my execution of signature on the record. Below is a list of accounts records I am requesting said verification of. Failure to verify account records in compliance with FCRA will damage my ability to obtain credit under FCRA, unverifiable accounts must be promptly removed.

The account in question are below:

- USA FUNDS Account Number 1940729
- Navient Education Loan Corp Account Number 1940729

Sincerely,

Chitunda Tillman Sr

**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**

**Valid I.D Attached**
**Page 2**

February 19, 2018

To **Credit Bureau:**

Trans Union Corporation
Consumer Disclosure Center
2 Baldwin Place
P.O. Box 1000
Chester, PA 19022
1-800-888-4213
http://www.transunion.com

In accordance with the (FCRA) Fair Credit Reporting Act, Section 609 (a) (1) (A). Your credit reporting agency is required by Federal Law to verify by physical records on file of the original signed account or contract from any accounts you post on my credit report.

I am formally requesting to see verifiable proof of the original consumer contract with my execution of signature on the record. Below is a list of accounts records I am requesting said verification of. Failure to verify account records in compliance with FCRA will damage my ability to obtain credit under FCRA, unverifiable accounts must be promptly removed.

The account in question are below:

- USA FUNDS Account Number 1940729
- Navient Education Loan Corp Account Number  1940729

Sincerely,

Chitunda Tillman Sr

**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**

**Valid I.D Attached**
**Page 2**

February 26, 2018

To **Credit Bureau**:

Trans Union Corporation
Consumer Disclosure Center
2 Baldwin Place
P.O. Box 1000
Chester, PA 19022
1-800-888-4213
http://www.transunion.com

Chitunda Tillman Sr
P.O Box 5391
Chicago IL 60680-5391

In accordance with the (FCRA) Fair Credit Reporting Act, Section 609 (a) (1) (A). Your credit reporting agency is required by Federal Law to verify by physical records on file of the original signed account or contract from any accounts you post on my credit report.

I am formally requesting to see verifiable proof of the original consumer contract with my execution of signature on the record. Below is a list of accounts records I am requesting said verification of. Failure to verify account records in compliance with FCRA will damage my ability to obtain credit under FCRA, unverifiable accounts must be promptly removed. I did not consent or give your Credit Bureau written authorization to use my personal information or advertise against my social security number. Please remove any and all negative derogatory marks immediately as I appreciate your time and attention; I am making this respectful and humble request.

The account in question are below:

- USA FUNDS Account Number 1940729
- Navient Education Loan Corp Account Number 1940729

Sincerely,

Chitunda Tillman Sr

**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**

**Valid I.D/SSN Attached**
**Page 2**

[ ATTACHMENT E ]

# Federal Family Education Loan Program (FFELP)
# Federal Consolidation Loan
# Application and Promissory Note

| Guarantor, Program, or Lender Identification | WEB | OMB No. 1845-0036 Form approved Exp. date 10/31/2006 |
|---|---|---|
| ▓▓ 2466  8846837 | | |

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines, imprisonment, or both, under the United States Criminal Code and 20 U.S.C. 1097.

## Before You Begin

Read the Instructions for Completing the Federal Consolidation Loan Application and Promissory Note. Print using dark ink or type. This form must be signed and dated by the applicant(s).

## Section A. Borrower Information

| 1. Last Name | First Name | MI | 2. Social Security Number |
|---|---|---|---|
| TILLMAN SR | CHITUNDA | | ▓▓ 2466 |

**3A.** Permanent Street Address (Include Number, Street, Apartment Number, City, State, Zip Code)

6141 S. PRINCETON UNIT 1       CHICAGO                    IL      60621

**3B.** Permanent Mailing Address, if different (Include P.O. Box, RFD, or General Delivery, City, State, Zip Code)

| 4. Home Area Code/Telephone Number | 5. Former Name(s) |
|---|---|
| ( 773 )  726-2289 | |

| 6. Date of Birth (Month/Day/Year) | 7. Driver's License State and Number |
|---|---|
| ▬▬▬ | State ▓▓    ▓▓ |

**8.** Fax Number and E-mail Address (Optional)

Fax (   )                          E-mail Address

**9.** Employer Name

KALIEDOSCOPE, INC

Address

1279 N MILWAUKEE

| City | State | Zip Code | Employer Area Code/Telephone Number |
|---|---|---|---|
| CHICAGO | IL | 60645 | ( 773 )  278-7200 |

| 10. Consolidating Lender Name | 11. Lender Code, if known |
|---|---|
| Sallie Mae | |

## Section B. Spouse Information

*Only complete this section if your spouse has eligible loans and you both wish to consolidate jointly.* If you complete Section B, also include your spouse's loan(s) in Sections D.1 and D.2. Your spouse must also sign and date Item 38 in Section G.

| 12. Last Name | First Name | MI |
|---|---|---|
| | | |

| 13. Social Security Number | 14. Date of Birth (Month/Day/Year) |
|---|---|
| | |

| 15. Former Name(s) | 16. Driver's License State and Number |
|---|---|
| | State       # |

**17.** Fax Number and E-mail Address (Optional)

Fax (   )                          E-mail Address

**18.** Employer Name

Address

| City | State | Zip Code | Employer Area Code/Telephone Number |
|---|---|---|---|
| | | | (   ) |

## Section C. Reference Information

You must provide two separate references with different U.S. addresses. Do not include individuals who live with you (e.g., spouse) or live outside the United States. Both references must be completed fully and should be relatives or acquaintances you (or you and your spouse, if consolidating jointly) have known for at least three years.

| 19. | A. | B. |
|---|---|---|
| Name | MYRTLE  TILLMAN | HAZEL  GORDON |
| Permanent Address | 6141 SOUTH PRINCETON UNIT#2 | 257 W 61TH UNIT  #2 |
| City, State, Zip Code | CHICAGO, IL 60621 | CHICAGO, IL 60621 |
| E-mail Address (Optional) | | |
| Area Code/Telephone Number | ( 773 )  643-2810 | ( 773 )  363-0629 |
| Relationship to Borrower | | |

Page 1

| Borrower's Name | TILLMAN SR | CHITUNDA | Social Security Number | 2466 |
|---|---|---|---|---|

Spouse's Name _____ Social Security Number _____

(Please print. Enter spouse's information only if you completed Section B.)

## Section D.1. Education Loan Indebtedness — Loans You Want to Consolidate

*Read the instructions before completing this section.* List all education loans you want to consolidate, including loans currently held by the lender that will be consolidating your loans. Use the Loan Codes listed in the instructions. If you need to list additional loans, use the Additional Loan Listing Sheet included in this package. Include your spouse's loans only if Section B has been completed. **ONLY LIST LOANS THAT YOU WANT TO CONSOLIDATE IN THIS SECTION.**

| 20. Loan Code (See Instructions) | 21. Loan Holder Name and Mailing Address | 22. B=Borrower S=Spouse J=Joint | 23. Loan Account Number | 24. Interest Rate | 25. Payoff Amount |
|---|---|---|---|---|---|
| STFS | SALLIE MAE TRUST – LSC/FL 1002 ARTHUR DRIVE LYNN HAVEN, FL | B | -1-01 | 6.1 | $6,660.48 |
| STFS | SALLIE MAE TRUST – LSC/FL 1002 ARTHUR DRIVE LYNN HAVEN, FL | B | -1-02 | 6.1 | $3,269.62 |
| STFS | SALLIE MAE TRUST – LSC/FL 1002 ARTHUR DRIVE LYNN HAVEN, FL | B | -1-03 | 5.3 | $2,459.39 |
| STFS | SALLIE MAE TRUST – LSC/FL 1002 ARTHUR DRIVE LYNN HAVEN, FL | B | -1-04 | 5.3 | $3,231.32 |
| STF3 | SALLIE MAE TRUST – LSC/FL 1002 ARTHUR DRIVE LYNN HAVEN, FL | B | -1-05 | 5.3 | $1,647.68 |
| STF3 | SALLIE MAE TRUST – LSC/FL 1002 ARTHUR DRIVE LYNN HAVEN, FL | B | -1-06 | 5.3 | $5,261.65 |
| STFS | SALLIE MAE TRUST – LSC/FL 1002 ARTHUR DRIVE LYNN HAVEN, FL | B | -1-07 | 5.3 | $771.99 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**26. Grace Period End Date –** If any of the loans that you have selected for consolidation are in a grace period and you wish to delay processing until you have completed your grace period, enter your expected grace period end date. If you do not wish to delay processing, leave this field blank.

(Month/Year) _____

page 2

**Allied Interstate** LLC

Undeliverable Mail Only
P. O. Box 1954
Southgate, MI 48195-0954

12755 Hwy 55, Suite 300, Plymouth, MN 55441
Toll Free: 800-367-1822
Mon-Fri 8AM-9PM Sat 8AM-12PM

The total balance of your account includes the following defaulted student loans. These loan balances may include outstanding principal, interest and collection charges. Because of interest, and other charges, the amount due on the day that you pay may be greater. Payment in full is due on these debts, please confirm the payoff amount with our office and remit your payment to:

Correspondence Address:
Allied Interstate LLC
P.O. Box 361563
Columbus, OH 43236-1563

Payment Address:
Allied Interstate LLC
P.O. Box 361563
Columbus, OH 43236-1563

| MERCHANT NAME | ALLIED ACCOUNT # | BALANCE DUE |
|---|---|---|
| USA Funds | 19254659 | $45,453.83 |
| | Total: | $45,453.83 |

---

Detach and return with payment

Date: 10-25-2017
USA Funds
Account Number: 19254659
Amount Due: $45,453.83
Amount Remitted:
$ _____

Payment Address:

Correspondence Address:

Allied Interstate LLC
P.O. Box 361563
Columbus, OH 43236-1563

Allied Interstate LLC
P.O. Box 361563
Columbus, OH 43236-1563



This notice contains important information on the next page.

EDDEFI/11090

SallieMac Servicing
PO Box 9500
Wilkes-Barre, PA 18773-9500



# SallieMae
Education leads us.[sti]

www.salliemae.com

April 24, 2006

CHITUNDA TILLMAN SR SR
6141 S. PRINCETON UNIT 1
CHICAGO IL 60621

## LOAN CONSOLIDATION DISCLOSURE STATEMENT AND REPAYMENT SCHEDULE

Account Number. 8846837

This statement provides the terms and conditions for repayment of the consolidation loan between you and the consolidating lender listed. The repayment schedule established is based upon information in our records and the terms of the Consolidation Promissory Note you signed. You should check this information thoroughly and notify SallieMac Servicing immediately of any discrepancies with your records. The guarantor of your consolidation loan is UNITED STUDENT AID FUNDS and your consolidating lender is SLM EDUCATION LOAN CORP.

### REPAYMENT SCHEDULE

| DATE | INTEREST RATE | AMOUNT FINANCED | FINANCE CHARGES | TOTAL OF PAYMENTS |
|---|---|---|---|---|
| Date Interest Begins to Accrue. | Annual Interest Rate of Your Loan(s). | Unpaid Principal (Including Capitalized Interest of Your Loan) | Dollar Amount the Credit Will Cost You * | Principal and Interest You Will Have Paid After All Payments Are Made as Scheduled. |
| 04/26/2006 | 5.750% | $23,330.59 | $16,166.51 | $39,497.10 |

* Indicates an estimate of the total finance charge--the actual finance charge will depend upon the timely payment of amounts owed and the use of deferment and/or forbearance provisions of the Federal Loan Consolidation Program.

Repayment of the loan will be in monthly installments, on the same day of each month, according to the following schedule:

| 239 | PAYMENTS OF | $164.56 BEGINNING | 06/25/2006 |
| 1 | PAYMENTS OF | $167.26 BEGINNING | 05/25/2026 |

## ITEMIZATION OF LOANS CONSOLIDATED

| Name of Former Creditor/Servicer | Funds Paid | Loan Subsidy |
|---|---|---|
| SALLIE MAE TRUST | $772.88 | SUBSIDIZED |
| SALLIE MAE TRUST | $2,462.21 | SUBSIDIZED |
| SALLIE MAE TRUST | $3,235.03 | SUBSIDIZED |
| SALLIE MAE TRUST | $3,273.94 | SUBSIDIZED |
| SALLIE MAE TRUST | $6,669.27 | SUBSIDIZED |
| SALLIE MAE TRUST | $1,649.57 | UNSUBSIDIZED |
| SALLIE MAE TRUST | $5,267.69 | UNSUBSIDIZED |
| TOTAL AMOUNT | $23,330.59 | |



Case: 1:18-cv-04625 Document #: 40 Filed: 10/16/18 Page 135 of 178 PageID #:493



# Federal **Student** Aid
*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

PROUD SPONSOR *of*
the AMERICAN MIND ™

## National Student Loan Data System (NSLDS) for Students

*NSLDS is a repository of information from many sources. Changes to the data are made by those sources. Collecting the data into one central location such as NSLDS gives you convenience and saves you time. If for any reason you disagree with the information reported to NSLDS, please contact one or more of the sources of your data listed on the detail pages on this site. The Department is also available as a resource at 1-800-4FEDAID if you need additional assistance. Your comments and corrections will help improve the services NSLDS provides.*

**Detail Loan Information for** CHITUNDA TILLMAN SR      **Your enrollment status is** WITHDRAWN , **effective** 12/20/2000.

**Type of Loan:**    FFEL CONSOLIDATED
**Loan obtained while attending the** SCHOOL CODE FOR CONSOLIDATION LOANS

**Date Entered Repayment:** 04/26/2005
**Next Payment Due Date:** N/A
**Loan Period Begin Date:** N/A
**Loan Period End Date:** N/A
**Income-Driven Repayment Plan Anniversary Date:** N/A



**MyStudentData
Download**

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate Type | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|---|
| $6,917 | $10,360 | 07/31/2018 | $1,388 | 07/31/2018 | FIXED | 5.75% | $0 | N/A |

| Most Recent Pay. Eff. Date | Cumulative Payment Amount | | Repayment Plan Type | | PSLF Cumulative Matched Months | |
|---|---|---|---|---|---|---|
| N/A | Cumulative Payment Amount | $0 | Repayment Plan Type | N/A | PSLF Cumulative Matched Months | 0 |

## Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 04/26/2006 | $6,917 | DF | DEFAULTED, UNRESOLVED | 04/01/2016 |
| | | RP | IN REPAYMENT | 02/08/2015 |
| | | FB | FORBEARANCE | 12/10/2014 |
| | | RP | IN REPAYMENT | 06/26/2014 |
| | | FB | FORBEARANCE | 01/02/2014 |
| | | RP | IN REPAYMENT | 11/26/2013 |
| | | FB | FORBEARANCE | 06/26/2013 |
| | | FB | FORBEARANCE | 12/26/2012 |
| | | FB | FORBEARANCE | 12/26/2011 |
| | | FB | FORBEARANCE | 07/26/2011 |
| | | FB | FORBEARANCE | 03/01/2011 |
| | | DA | DEFERRED | 05/28/2010 |
| | | FB | FORBEARANCE | 05/26/2010 |
| | | FB | FORBEARANCE | 12/26/2009 |
| | | DA | DEFERRED | 09/24/2008 |
| | | RP | IN REPAYMENT | 08/26/2008 |
| | | FB | FORBEARANCE | 02/26/2008 |

| | | |
|---|---|---|
| RP | IN REPAYMENT | 01/26/2008 |
| FB | FORBEARANCE | 08/26/2007 |
| RP | IN REPAYMENT | 04/26/2006 |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Type | Contact |
|---|---|
| Current Servicer: | NAVIENT SOLUTIONS, LLC.<br>220 LASLEY AVE<br>WILKES-BARRE PA 18706<br>888-272-5543 |
| Current Lender: | DEUTSCHE BANK ELT NAVIENT & SLM TRUSTS<br>11600 SALLIE MAE DR,DEB SOUTHERLAND<br>RESTON VA 201930000<br>888-272-5543 |
| Current Guaranty Agency: | USA FUNDS, INC.<br>2401 INTERNATIONAL LANE<br>MADISON WI 53704<br>866-348-0715 |

*Information contained on these pages reflects the most current data in the NSLDS database. The data contained on this site is for general information purposes and should not be used to determine eligibility, loan payoffs, overpayment status, or tax reporting. Please consult the Financial Aid Officer at your school or the specific holder of your debts for further information.*

# NAVIENT.

www.Navient.com

Office of the Customer Advocate
PO Box 4200
Wilkes-Barre, PA 18773-4200



[Attachment F]

June 11, 2018

Office of the Illinois Attorney General
Consumer Protection Division
Attn: Ms. Karen Sullivan
ksullivan@atg.state.il.us

**RE:** **Mr. Chitunda Tillman**
 **Student Loan Account #9407292110**
 **File No. 73357**

Dear Ms. Sullivan:

Thank you for the opportunity to respond to the concerns Mr. Chitunda Tillman shared with your office.

Navient previously serviced a Federal Consolidation Loan for Mr. Tillman, which was disbursed in April 2006. Please note that Mr. Tillman's Consolidation Loan defaulted due to non-payment in April 2016.

On October 13, 2014, Sallie Mae separated its operations into two independent companies, Sallie Mae Bank and Navient. Mr. Tillman's loan was owned and serviced by Navient. Sallie Mae did not sell his loan to a new company, and the servicing and terms and conditions of his loan remains the same.

Our records confirm that prior to Mr. Tillman consolidating his loans, we serviced seven Federal Stafford Loans on his behalf. Please note that his seven Stafford Loans were paid in full when his consolidation loan was disbursed in April 2006. By consolidating his loans, Mr. Tillman borrowed a new loan with new terms and forfeited any of the benefits that existed on the underlying loans. We will continue to service his consolidated loan according to the terms of his Promissory Note. We have provided a copy of Mr. Tillman's Consolidation Promissory Note and Disclosure Statement for your reference.

Please note that Mr. Tillman's Consolidation Promissory Note was signed electronically. Under the Electronic Signatures in Global and National Commerce Act (E-Sign) established by Congress on June 30, 2000, an electronic signature is an "electronic sound, symbol, or process attached to or logically associated with a record and executed or adopted by a person with the intent to sign the record." The E-Sign Act does not identify the legal requirements for an electronic signature to be enforced in a court of law, but relies on laws already in effect for traditional handwritten signatures. A signature, whether electronic or on paper, is first and foremost a symbol that signifies

C. Tillman
June 11, 2018
Page 2

intent. A signature on a student loan Promissory Note signifies the applicant has read, understands, and agrees to the terms of the Promissory Note and related materials.

When a service provider transfers its loans to Navient for servicing, Navient internally transfers the loans to another center, or a loan defaulted and is transferred to the Guarantor, the original account is closed and a new account is opened. Additionally, Navient no longer actively reported Mr. Tillman's defaulted loan to the consumer reporting agencies, but his credit report will reflect both accounts. The original account will display a zero balance (due to the transfer), and the new account will display the current status and balance. This reporting is within industry standard practice and this information is not negative.

We've conducted a thorough investigation stemming from Mr. Tillman's request that we review your credit report, which was completed. Based on the information available, our research has concluded that the information we're reporting to the consumer reporting agencies is accurate and that no corrections are warranted.

We have reviewed Mr. Tillman's loan history, and confirmed that his Consolidation Loan is still in default. This loan is guaranteed by USA Funds. Since the Guarantor took over the loan, Mr. Tillman would have to speak with them directly regarding payment arrangements on the loan. The Guarantor of the loan in default, USA Funds, can be contacted at 800-331-2314.

You and Mr. Tillman are welcome to call me directly at 888-545-4199, x410202, with any questions you may have.

Sincerely,

Grace McNeil

Grace McNeil
Office of the Customer Advocate
Navient

Enclosures

cc: Mr. Chitunda Tillman

NAVIENT

PO BOX 6180
INDIANAPOLIS, IN 46206-6180

Attachment
G

CHITUNDA TILLMAN, SR
PO BOX 5391
CHICAGO, IL 60680-5391



$ 001.21°

Attachment G-1

USA Funds
C/O Navient
P.O. Box 9460, PCA MC E2142
Wilkes-Barre, PA 18773-9460
Visit our web site at https://loansolutions.usafunds.org

NAVI=NT

Chitunda Tillman, Sr
Po Box 5391
Chicago, IL 60680-5391

February 17, 2018

Account Number: 9407292110

Dear Chitunda Tillman,

Navient provides administrative student loan services to national and state guarantee agencies.

You recently contacted Navient (Post Claim Assistance) regarding your education loan(s). We appreciate your concern, and on behalf of your guarantor, we look forward to helping you with your loan responsibilities. We are providing the information below at your request.

Please be advised that Post Claim Assistance cannot update or delete credit bureau entries for Navient Solutions, LLC. We are a contracted servicer for United Student Aid Funds, Inc. and can only address their credit bureau entries. In order to inquire about entries made by Navient Solutions, LLC. you may contact the 3 major credit bureaus and/or write to Navient Solutions, LLC at the following address:

Navient Solutions, LLC
Attn: Credit Bureau Mgmt
PO Box 9500
Wilkes-Barre, PA 18773

When your loan(s) defaulted, the guarantor listed above purchased the loan(s) from your lender(s) on 04/01/2016. The guarantor then placed your defaulted loan(s) with a collection contractor to collect on your unpaid loan(s). The collection contractor has programs that might help you repay your loan(s). Please contact your collection contractor at the address and/or telephone number listed below.

As of the date of this letter, your outstanding balance for the next 30-days is $44,750.46. This balance may include outstanding principal, accrued interest, and collection costs. Remember that interest accrues daily on your account. Your daily interest accrual is $5.50.

Please Note: If you successfully enter a repayment agreement, but you do not fully honor the terms of that agreement, collection charges may be assessed up to 24.34% of your outstanding principal and interest balance, pursuant to federal regulation 34 CFR 682.410(b)(2). Collection charges are not a fixed amount and may change as a result of interest accrual, receipt of payments, or an adjustment to the amount of collection charges.

Navient, on behalf of United Student Aid Funds, Inc., is allowed to report credit information at a loan level. Guarantors are required under the Fair Credit Reporting Act to report accurate information regarding student loan accounts. In addition, the federal regulations governing the Federal Family Education Loan Program requires us to report updates to the national consumer reporting agencies on borrowers' accounts. The reporting structure is recognized and approved by all national consumer reporting agencies to which we report on United Student Aid Funds, Inc.'s behalf. These updates will not affect any credit entries appearing as Navient or a previous lender reporting your loan information.

The loan(s) you obtained was guaranteed under the Federal Family Education Program. In accordance with the Higher Education Act, guarantors of defaulted loans are required to report to national consumer reporting agencies for seven years from the first date of first delinquency the following information:

* The date of first delinquency 02/25/2015
* Information concerning the collection of the loan; such as, date of last payment and balance

- 1 -

\* The date the debt is satisfied

During the seven year period, account information will be updated but it cannot be deleted.

Federal Law requires us to inform you that this is an attempt to collect a debt; any information obtained will be used for that purpose.

If you have additional questions, please contact our office toll free at 800/331-2314 or via email at pca@Navient.com.

Si usted no entiende el contenido de esta carta por favor llamenos al 1-800-331-2314 y seleccione la opcion 2 para ser transferido con uno de nuestros representantes en Espanol  Estamos para asistirle de Lunes a Viernes de 8AM-4PM hora Este. Si no estamos disponibles cuando se contacte con nosotros el Sistema lo conectara con nuestro buzon de mensaje. Su llamanda sera regresada dentro de 24-48 horas laborales.

Thank you,
Post Claim Assistance



| Loan ID | Lender | Guarantor | Servicer | School | Disbursement Amount | Disbursement Date | Current Status |
|---------|--------|-----------|----------|--------|---------------------|-------------------|----------------|
| 01 | NAVIENT FEDERAL LOAN TRUST | USA Funds | NAVIENT SOLUTIONS, LLC | CREATED IN ERROR | $23,330.59 | 04/26/2006 | DEFAULT |

Enclosure:
Promissory Note

Statement of Account

300/LK

| Collection Agency | Loan ID |
|-------------------|---------|
| | 01 |

IQOR
12755 HWY 55
MINNEAPOLIS, MN 55441-9909
(800) 367-1822



[ Attachment ]
H

**SallieMae**
PO Box 3319
Wilmington, DE 19804-4319

March 5, 2018

CHITUNDA TILLMAN SR
P.O BOX 5391
CHICAGO, IL 60680

RE: Customer Account Inquiry

Dear Chitunda Tillman Sr,

As you requested, we've conducted an investigation based on the information that you provided us.

According to our records, the loan(s) referenced in the information that you provided is/are not serviced by Sallie Mae, nor is Sallie Mae furnishing any information regarding such loan(s) to the consumer reporting agencies in your name. For your reference, loans that we service are reported to the consumer reporting agencies with the following address:

Sallie Mae
P.O. Box 3229
Wilmington, DE 19804-0229

As you may be aware, Sallie Mae completed the operational separation of its servicing platforms from Navient and launched its new customer service operation in October 2014. If the loan(s) you've identified was/were last reported to the consumer reporting agencies by Sallie Mae in a final status (e.g. paid, transferred, or defaulted) prior to October 2014, or if Navient serviced such loan(s) after October 13, 2014, please send your inquiry to:

Navient
P.O. Box 9500
Wilkes Barre, PA 18773-9500

If the address listed on your credit report for the applicable tradeline differs from the address above, please send your inquiry to the address listed under such tradeline.

Sincerely,

Sallie Mae Customer Service

[Attachment I]

 **FHA Connection**

Welcome

## CAIVRS Authorization

### SUCCESS

CAIVRS Authorization successfully completed

Borrower SSN **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** *Authorization Number:* **A212342864**

| Agency Name | Case Number | Case Type | Phone Referral |
|---|---|---|---|

*Coborrower 1 N/A  Authorization Number:*
*Coborrower 2 N/A  Authorization Number:*
*Coborrower 3 N/A  Authorization Number:*
*Coborrower 4 N/A  Authorization Number:*

( New Request )

---

 H

[ Attachment
  I . A ]

# *Allied*Interstate

**LLC**

P.O. Box 361563, Columbus, OH 43236-1563

Toll Free: 800-367-1822

Mon-Fri 8AM-9PM Sat 8AM-12PM

Re: Creditor: USA Funds
Amount Owed: $44,464.11
Allied Interstate Account No.: 19402573

Chitunda Tillman Sr:

On 12/26/2017, we sent you a letter advising you that we are a debt collection company and our client, USA Funds, had contracted with us to assist it in the collection of the debt noted above. This is an attempt to collect a debt and any information obtained will be used for that purpose.

As an obligor under a defaulted student loan, you may be subject to the Tax Offset Program, which could result in your federal or state income tax refund being forwarded to USA Funds, instead of to you, to pay down your defaulted student loan.

As the upcoming tax season nears, USA Funds has several programs available so that you can avoid becoming subject to the Tax Offset Program. To see if you qualify for one of those programs, please contact our office at 800-367-1822 to set up a voluntary payment arrangement.

We look forward to hearing from you.

Sincerely,

Allied Interstate LLC



PLEASE SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION

Undeliverable Mail Only:
P.O. Box 1954
Southgate, MI 48195-0954

Chitunda Tillman Sr
PO Box 5391
Chicago, IL 60680-5391

13854/0006713/0022
005 60744926/ED1099/MIN

# CREDIT PLUS INC

*[Attachment J]* (handwritten)

31550 WINTERPLACE PKWY, SALISBURY, MD 21804
Phone: (800) 258-3488
Fax: (800) 258-3287

## SUPPLEMENTAL REPORT

| | | | |
|---|---|---|---|
| FILE # | 41909404 FNMA # | DATE COMPLETED | 3/14/2018 |  RQD' BY | MOVEMENT MTG PC LENDE |
| SEND TO | MOVEMENT MORTGAGE | DATE ORDERED | 3/14/2018 | | |
| | CUST. # 13915 | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 8024 CALVIN HALL ROAD | PRICE | | LOAN TYPE | |
| | INDIAN LAND, SC 29707 | REF. # | 1308002536452 | | |

PROPERTY ADDRESS

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | TILLMAN, CHITUNDA SR. | CO-APPLICANT | |
| SOC SEC # | 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  DOB 3/27/1973 | SOC SEC # | DOB |
| MARITAL STATUS | NOT DISCLOSED | DEPENDENTS | |
| CURRENT ADDRESS | 1634 WEST 93RD PLACE, CHICAGO, IL 60620 | LENGTH | |
| PREVIOUS ADDRESS | | LENGTH | |

## REMARKS

- USA FUNDS ACCOUNT# 19407292110 DELETED PER DUPLICATE REPORTING;

## COLLECTION ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | IQOR 2466 | 03/18 | 04/16 --/-- | $44723 COLL | $44723 $44723 | - | - | - | - | - | O9 COLLECTION MANUAL |

800-367-1822 VERIFIED VIA CONFERENCE CALL WITH REP/LORI CURRENT BALANCE: 44722.91

| B | B | USA FUNDS/NAVIENT 19407292110 | 03/18 | 04/16 --/-- | $34942 EDU | $0 001 $0 | $0 | 20 | 0 | 0 | 0 | I9 COLLECTION XP |

ORIGINAL CREDITOR: NAVIENT EDUCATION LOAN CORP; TRANSFERRED TO IQOR

## MISCELLANEOUS INFORMATION

Instant View Password: AV-7666C06

- To verify the authenticity of this credit report, please visit https://credit.creditplus.com and click on the Instant View link. Enter Identifier # 41909404 and password AV-7666C06 to view the report. For any inquiries regarding this report or services provided by CREDIT PLUS please contact us at (800) 258-3488.

*** END OF REPORT 3/20/2018 9:14:05 AM ***

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

# CREDIT PLUS INC

31550 WINTERPLACE PKWY, SALISBURY, MD 21804
Phone: (800) 258-3488
Fax: (800) 258-3287

**SUPPLEMENTAL REPORT**

| | |
|---|---|
| FILE # | 41909404 FNMA # |

| | |
|---|---|
| DATE COMPLETED | 3/16/2018 |
| RQD' BY | MOVEMENT MTG PC LENDE |

**SEND TO**
MOVEMENT MORTGAGE
CUST. # 13915
8024 CALVIN HALL ROAD
INDIAN LAND, SC 29707

| | |
|---|---|
| DATE ORDERED | 3/16/2018 |
| REPOSITORIES | XP/TU/EF |
| PRICE | |
| REF. # | 1308002536452 |

PRPD' BY
LOAN TYPE

**PROPERTY ADDRESS**

| APPLICANT | | CO-APPLICANT |
|---|---|---|
| **APPLICANT** | TILLMAN, CHITUNDA SR. | **CO-APPLICANT** |
| **SOC SEC #** | 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 **DOB** 3/27/1973 | **SOC SEC #** DOB |
| **MARITAL STATUS** | NOT DISCLOSED | **DEPENDENTS** |
| **CURRENT ADDRESS** | 1634 WEST 93RD PLACE, CHICAGO, IL 60620 | LENGTH |
| **PREVIOUS ADDRESS** | | LENGTH |

**REMARKS**

0 - USA FUNDS ACCOUNT# 19407292110 DELETED PER DUPLICATE REPORTING;

**COLLECTION ACCOUNTS**

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | ALLIED INTERSTATE LLC 19407292110 | 03/18 | 04/16 –/– | $349421 EDU | $44734 0 $44734 | $44734 | | - | - | - | I9 COLLECTION MANUAL |

ORIGINAL CREDITOR: NAVIENT EDUCATION LOAN CORP; 800-367-1822 VERIFIED PER JASON HETZEL; BALANCE OWING IS 44733.91

| B | B | USA FUNDS/NAVIENT 19407292110 | 03/18 | 04/16 –/– | $34942 EDU | $0 001 $0 | $0 | 20 | 0 | 0 | 0 | I9 COLLECTION XP |

ORIGINAL CREDITOR: NAVIENT EDUCATION LOAN CORP; TRANSFERRED TO IQOR

**MISCELLANEOUS INFORMATION**

- Instant View Password: AV-7666C06

- To verify the authenticity of this credit report, please visit https://credit.creditplus.com and click on the Instant View link. Enter Identifier # 41909404 and password AV-7666C06 to view the report. For any inquiries regarding this report or services provided by CREDIT PLUS please contact us at (800) 258-3488.

*** END OF REPORT 3/20/2018 9:14:38 AM ***

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify for reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

# CREDIT PLUS INC

31550 WINTERPLACE PKWY, SALISBURY, MD 21804
Phone: (800) 258-3488
Fax: (800) 258-3287

**SUPPLEMENTAL REPORT**

| FILE # | 41909404 FNMA # | DATE COMPLETED | 3/20/2018 | RQD' BY | MOVEMENT MTG PC LENDE |
|---|---|---|---|---|---|

**SEND TO**
MOVEMENT MORTGAGE
CUST. # 13915
8024 CALVIN HALL ROAD
INDIAN LAND, SC 29707

DATE ORDERED 3/20/2018
REPOSITORIES XP/TU/EF  PRPD' BY
PRICE  LOAN TYPE
REF. # 1308002536452

**PROPERTY ADDRESS**

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| **APPLICANT** TILLMAN, CHITUNDA SR. | | **CO-APPLICANT** | |
| SOC SEC # 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 DOB 3/27/1973 | | SOC SEC # | DOB |
| MARITAL STATUS NOT DISCLOSED | | DEPENDENTS | |
| CURRENT ADDRESS 1634 WEST 93RD PLACE, CHICAGO, IL 60620 | | LENGTH | |
| PREVIOUS ADDRESS | | LENGTH | |

**REMARKS**

- USA FUNDS ACCOUNT# 19407292110 DELETED PER DUPLICATE REPORTING;

0 - DELETED USA FUNDS/NAVIENT ACCOUNT #19407292110; 800-331-2314 PER RECORDING ACCT IS WITH IQOR/ALLIED INTERSTATE LLC

**COLLECTION ACCOUNTS**

| E C O D E | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | ALLIED INTERSTATE LLC 19407292110 | 03/18 | 04/16 --/-- | $349421 EDU | $44734 0 $44734 | $44734 | | - | - | - | I9 COLLECTION MANUAL |

ORIGINAL CREDITOR: NAVIENT EDUCATION LOAN CORP; 800-367-1822 VERIFIED PER JASON HETZEL; BALANCE OWING IS 44733.91

**MISCELLANEOUS INFORMATION**

- Instant View Password: AV-7666C06

To verify the authenticity of this credit report, please visit https://credit.creditplus.com and click on the Instant View link. Enter Identifier # 41909404 and password AV-7666C06 to view the report. For any inquiries regarding this report or services provided by CREDIT PLUS please contact us at (800) 258-3488.

*** END OF REPORT 3/20/2018 9:15:04 AM ***

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

https://member.scoresense.com/Member/Union/CreditReport/AccountDetail.aspx?none

scoresense...''

TransUnion.

[Attachment K ]

# 531 Poor
As of: August 17, 2018

# Your Personal Information

Do      CHITUNDA TILLMAN

**Also known as:**

**Current Address:**
5391 PO BOX 5391
CHICAGO, IL 60680

**Date of Birth:**
03.27.1973

**Address History:**
9752 BEVERLY AV
CHICAGO, IL 60643

6141 PRINCETON AV #1
CHICAGO, IL 60621

**Employer History:**
Y B E NFP
03.12.2011

KALIEDOSCOPE
06.01.2007

8/17/2018

ScoreSense | TransUnion

# Accounts Summary

Total Balances: **$77,731**

Total Payments: **$27**



## Real Estate

| Balance | Payment |
|---------|---------|
| $0 | $0 |



## Student Loans

| Balance | Payment |
|---------|---------|
| $77,622 | $0 |



## Other Accounts

| Balance | Payment |
|---------|---------|
| $0 | $0 |



## Auto Loans

| Balance | Payment |
|---------|---------|
| $0 | $0 |



## Credit Cards

| Balance | Payment |
|---------|---------|
| $109 | $27 |

## Negative Items

| Collections | Public Records |
|-------------|----------------|
| 0 | 0 |

All Accounts

# Your Accounts

Reported from TransUnion 08.17.2018

Viewing All Real Estate

All Real Estate

| | | | | |
|---|---|---|---|---|
| **Bankamerica** | Closed | 11.16.2007 | $207,361 | $0 |



https://member2.scoresense.com/.../SingleBureauCreditReport/AccountType=Home

8/17/2018

Act # 1811****

**Joint Account**

| | | ScoreSense \| TransUnion | |
|---|---|---|---|
| **Home Loan** | **Closed** | Opened | High Balance |
| Account Type | Condition | **04.01.2009** | **$1,678** |
| | | Date Reported | Payment |

**Remarks:** Account closed due to refinance

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 |  0 Late Payments | | | | | | | | | | | |
| 2008 | 0 Late Payments | | | | | | | | | | | |
| |  |  |  |  |  |  | | | | | | |
| 2007 | 0 Late Payments | | | | | | | | | | | |
| | NR | NR | | NR | NR | NR | NR | NR | NR | NR | NR | NR |

**Creditor Contact:** 4909 SAVARESE CIRCLE FL1-908-01-47, TAMPA, FL 33634 \| (800) 669-6607

Close Details ›

8/17/2018

ScoreSense | TransUnion

# Who's Been Checking Your Credit?

Your credit report has recently been checked by a creditor or lender.

**Inquiry:** Credit Plus
**Contact:** 31550 WINTERPLACE, SALISBURY, MD 21804 | (800) 258-3488

**Date of Inquiry:**
01.24.2018

Denied

**Inquiry:** The Private
**Contact:** 5200 HAHNS PEAK DR, LOVELAND, CO 80538 | (800) 929-3400

**Date of Inquiry:**
11.08.2017

Denied

**Inquiry:** Accion Chica
**Contact:** 1618 W 18TH STREET SUITE 200, CHICAGO, IL 60608 | (312) 275-3000

**Date of Inquiry:**
09.07.2017

Denied
Large
Amount

**Inquiry:** Selfhelp Fcu
**Contact:** 536 SANTA CLARA ST, VALLEJO, CA 94590 | (919) 956-4600

**Date of Inquiry:**
08.15.2017

Denied

**Inquiry:** N Shore Comm
**Contact:** 5200 HAHNS PEAK DR, LOVELAND, CO 80538 | (800) 929-3400

**Date of Inquiry:**
10.28.2016

Denied

8/13/2018

Chitunda - New Missed Payment - Inbox - Yahoo Mail

Contacts | Notepad | Calendar

Search Mail | Search Web | chitunda ...

Account Info ▼ | Go

Sign Out | Home

Inbox (629)

Drafts (1)

Sent

Spam (266) [Empty]

Trash (46) [Empty]

**My Folders**

Archive [Edit]

Switch to the newest Yahoo Mail

Delete | Reply | Reply All | Forward | **Actions** ▼ | **Apply** | Previous | Next

**Southwest Airli...**
Sponsored

**Learn how to earn up to 65,000 points.**
The new Rapid Rewards® Priority Credit Card.

**Chitunda - New Missed Payment**

**From:** "Credit Karma" <notifications3.creditkarma.com>

**To:** babymat12x@yahoo.com

Wednesday, August 1, 2018 9:31 AM

Raw Message Printable View

credit karma

Log in

# Next steps after a missed payment

Hey Chitunda,

There's a new missed payment on your TransUnion report. Here are the details:

- Creditor: UNITED STUDENT AID FUNDS
- Date reported: 07/31/18

We're here to help you figure out next steps. Click one of the links below to get started:

*handwritten:* What was payment # Missed ?

Go with the Flo 🌊

Compare rates and SAVE with Progressive 💲💲💲

Zip Code

Get a Quote

*[ATTACHMENT]*

# FSA ID Created

You have successfully created your FSA ID. You can now use your FSA ID to complete and electronically sign your Free Application for Federal Student Aid (FAFSA®; www.fafsa.gov).



- Your FSA ID username and password have been created. We will send your information to the Social Security Administration (SSA) for verification. This takes 1-3 days, during which time you can use your FSA ID to complete and electronically sign your Free Application for Federal Student Aid (FAFSA®) at www.fafsa.gov (http://www.fafsa.gov).

Once your name, Social Security number, and date of birth are verified with the Social Security Administration (SSA), you can then use your FSA ID to access these Federal Student Aid systems:

Free Application for Federal Student Aid at www.fafsa.gov (http://www.fafsa.gov):

- Pre-fill data in this year's FAFSA if you filed a FAFSA last year.
- Make online corrections to an existing FAFSA.
- View or print an online copy of your Student Aid Report (SAR).

The National Student Loan Data System at www.nslds.ed.gov (https://www.nslds.ed.gov/nslds/nslds_SA):

- View a history of any federal student aid that you have received.
- Look up your loan servicer information.

StudentLoans.gov at www.studentloans.gov (http://www.studentloans.gov):

- Complete Entrance Counseling.
- Electronically sign a master promissory note (MPN).
- Complete PLUS loan requests.
- Complete Exit Counseling.



My Federal Student Aid at StudentAid.gov/log-in (https://StudentAid.gov/log-in):

- View a history of any federal student aid that you have received.
- Look up your loan servicer information.

Select RETURN TO LOGIN if you wish to return to the FSA ID log-in page.

RETURN TO LOGIN ›

FOIA (https://www2.ed.gov/policy/gen/leg/foia/foiatoc.html)

Privacy (https://studentaid.ed.gov/privacy)

OMB Form Information (/npas/pub/NOA1845-01313262015.pdf)

Notices (https://studentaid.ed.gov/notices)

Plug-ins & Viewers (https://www.ed.gov/help/reqs/download/viewers.html)

USA.gov (https://usa.gov)

ED.gov (https://www.ed.gov)

WhiteHouse.gov (https://whitehouse.gov)

(http://www.studentaid.ed.gov/StudentAid)entai

 Gmail

**CTCT CTCT <invent002016@gmail.com>**

## Important: Your FSA ID E-mail Validation - Action Required

**FSA ID Information** <FSA-ID@ed.gov>                    Fri, Aug 10, 2018 at 11:47 AM
Reply-To: FSA-ID@ed.gov
To:

Dear Chitunda,

Complete the e-mail verification process by entering the following secure code into the Secure Code field on your web page:

Once you have entered the secure code and verified your e-mail address, you will also be able to use your e-mail as your username when logging in to Federal Student Aid applications and websites.

This code is used to verify your e-mail address and is not your FSA ID. The FSA ID is the ID you choose during the registration process.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you,

U.S. Department of Education

Federal Student Aid

This mailbox is unattended. Please do not reply to this message.

M Gmail

CTCT CTCT <invent002016@gmail.com>

## FSA ID Created Successfully

**FSA ID Information** <FSA-ID@ed.gov>
Reply-To: FSA-ID@ed.gov
To: invent002016@gmail.com

Fri, Aug 10, 2018 at 11:45 AM

Dear Chitunda,

You may now begin using your FSA ID, however you will have limited access to certain applications until your information is verified with the Social Security Administration (SSA).

An e-mail will be sent to you notifying you of the results once verification is complete.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you.

U.S. Department of Education

Federal Student Aid

This mailbox is unattended. Please do not reply to this message.

M Gmail

CTCT CTCT <invent002016@gmail.com>

## Important: Your Social Security Administration (SSA) Results - Successful

1 message

**FSA ID Information** <FSA-ID@ed.gov>
Reply-To: FSA-ID@ed.gov
To: invent002016@gmail.com

Fri, Aug 17, 2018 at 9:18 AM

Dear Chitunda,

Your Social Security Administration (SSA) match was completed and your identifiers have been verified.

You can now use your FSA ID to access any FSA application or website that requires a verified match. Visit StudentAid.gov for more information on the usage of your FSA ID.

If you have any questions or need help, visit https://fsaid.ed.gov and select Help for more details.

Thank you.

U.S. Department of Education

Federal Student Aid

This mailbox is unattended. Please do not reply to this message.

All three of these decisions are going to make things worse for many borrowers, and if you'd like the details on exactly how this is all supposed to play out, please visit my page on President Trump's Student Loan Debt Reform Plans here.

## Navient Is Not Your Friend

Even borrowers who should have qualified for financial relief programs like Economic Hardship Deferments, monthly student loan payments set at $0 because of insanely low incomes, and other significant money-saving solutions were actively denied the right to take advantage of those programs by Navient, and forced to repay far more debt than they actually owed.

Fortunately, CFPB has finally gathered enough evidence of Navient's systematic disregard for current student loan laws and proper business practices that their lawsuit has a great chance of writing all the wrongs



Do you qualify for lower payments or forgiveness?

Call the Student Loan Relief Helpline:

1-888-906-3065

8/18/2018

The Navient Lawsuits - Who's Getting Loan Forgiveness & Refunds? | FLSD

Navient has committed, and helping those of us who still owe Navient money get out of debt for good.

Not only is Navient accused of providing "bad information" over the phone, but they've also been said to have sent out blatantly incorrect information in writing (purposefully?), totally screwed up handling their payment processing duties, and generally making it much harder for borrowers to qualify to pay for any of the excellent Income-Driven Student Loan Repayment plans that would have saved them tons of money each month.

So remember, even if you're the "turn the other cheek" type of person, Navient is not your friend, and you shouldn't feel bad about pursuing a Borrower's Defense Discharge against them. This company is accused of committing all sorts of highly illegal and immoral activities against its borrowers, and it deserves to be punished if these allegations are proven true in court.

Navient doesn't deserve your trust, friendship, or continued business, and you shouldn't hesitate to attempt to get their student loans forgiven now, because there's never been a better time to pursue a Borrower's Defense Discharge.

**McGuireWoods LLP**
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Tel 312.849.8100
Fax 312.849.3690
www.mcguirewoods.com

[Attachment Y]

**18 AUG 27 PM 5: 34**

**McGUIREWOODS**

SZielinski@McGuireWoods.com

August 20, 2018

**VIA FEDEX AND EMAIL**

Chitunda Tillman Sr.
C/O: Paul Waldera
Edelman, Combs, Latturner & Goodwin LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

Re: *Tillman v. Navient Solutions, LLC et al.*, 1:18-cv-04625

Dear Mr. Tillman:

We write because Navient Solutions, LLC, formerly known as Sallie Mae, Inc., ("NSL") has reason to believe that the allegations in your complaint are false and are premised upon forged documents. This letter serves as notification pursuant to Federal Rule of Civil Procedure 11 ("Rule 11") that NSL intends to file a motion for sanctions and for dismissal of the action with prejudice if you do not withdraw your complaint against NSL within twenty-one (21) days of service of this letter, by September 10, 2018.

Your complaint alleges that you owe nothing on your student loans because your student loan debt was canceled on or before March 20, 2009 pursuant to an alleged program called the "Sallie Mae Student Loan Cancellation Program." In support of this allegation, you attached as Exhibit A to your complaint a letter dated March 30, 2009, which you contend you received from NSL.

NSL's investigation has revealed that this letter was neither drafted nor sent by NSL. *See* Declaration of Michelle Iorio, attached hereto as Exhibit I. NSL maintains records of all outgoing written correspondence that it sends or has sent as part of its loan servicing operations, and NSL's records indicate that no letter from NSL was sent to you on or around March 30, 2009. *See* Exhibit I at ¶ 7 – 10. Additionally, the "Sallie Mae Student Loan Cancellation Program" referenced in Exhibit A does not exist because neither NSL nor the United States Department of Education ever had a loan forgiveness program called the "Sallie Mae Student Loan Cancellation Program." *See* Exhibit I at ¶ 9. Accordingly, NSL believes that Exhibit A to the Complaint was forged.

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C. | Wilmington, NC

During its investigation of this matter, NSL discovered a second instance of forgery. NSL's records show that NSL sent you a letter dated June 21, 2010, which is attached hereto as Exhibit II. You submitted a June 21, 2010 letter you purportedly received from NSL as part of a complaint you submitted to the Illinois Attorney General's Consumer Protection Division, which is attached as Exhibit III. The letter you submitted to the Illinois Attorney General does not match the letter sent by NSL and appears to have been forged.

Specifically, the second paragraph of the letter you submitted to the Illinois Attorney General contains a sentence that does not appear in the original letter sent by NSL. The added sentence states: "It appears you have the benefit of Loan Cancellation and our records indicate that you currently have a zero balance." This sentence was not written by NSL and appears to have been added by you.

This modification to the June 21, 2010 letter further supports NSL's position that Exhibit A to the Complaint was also forged. Both letters reference a "Loan Cancellation" program that is identified in Exhibit A to the Complaint as the "Sallie Mae Student Loan Cancellation Program." As stated in the attached declaration, no such program ever existed.

It is a violation of Rule 11 to make representations to the Court that you know to be false. Rule 11(b) states:

> By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances . . . the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

Fed. R. Civ. P. 11. Rule 11(c) allows the Court to impose sanctions for violations of this rule, including monetary sanctions and dismissal of the action. Indeed, courts have sanctioned *pro se* plaintiffs for filing lawsuits based on forged documents. *See, e.g., Jackson v. Murphy*, 468 Fed. Appx. 616, 620 (7th Cir. 2012) (unpublished) (affirming the sanction of dismissal where the *pro se* plaintiff forged a document critical to the prosecution of his case); *Sabbagh v. Charles Schwab & Co.*, No. 01 Civ. 4824 (WHP) (KNF), 2002 U.S. Dist. LEXIS 14679, at *19-20 (S.D.N.Y. Aug. 9, 2002) (sanctioning pro se plaintiff for submitting a forged document).

Accordingly, NSL respectfully requests that you dismiss your lawsuit and withdraw the complaint submitted to the Illinois Attorney General's Office on or before September 10, 2018, or NSL will file a Rule 11 motion to bring this matter to the attention of the Court. In additional to requesting dismissal of the action with prejudice, we will seek attorneys' fees and costs incurred in preparing and filing the Rule 11 motion and responding to the complaint.

Respectfully,

Sarah A. Zielinski

Enclosures

3

# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHITUNDA TILLMAN SR,                          )
                                              )
            Plaintiff,                        )       Case No. 1:18-CV-04625
                                              )
     vs.                                      )       Judge John J. Tharp Jr.
                                              )
ALLIED INTERSTATE, IQOR, NAVIENT,             )
USA FUNDS,                                    )
                                              )
            Defendants.                       )
                                              )

## DECLARATION OF MICHELLE IORIO

1.      My name is Michelle Iorio. I am a resident of the Commonwealth of Pennsylvania,

am over the age of eighteen (18), and am fully competent to make this Declaration. I submit this

Declaration in support of Defendant Navient Solutions, LLC's position that Exhibit A to the

Complaint was neither drafted nor sent by Navient Solutions, LLC, formerly known as Sallie Mae,

Inc. ("NSL").

2.      The statements set forth in this Declaration are true and correct, and are made with

personal knowledge based upon my review of NSL's account records for Plaintiff, Mr. Chitunda

Tillman Sr. (XXX-XX-2466) ("Plaintiff").

3.      I am currently employed by Navient Solutions, LLC as a Senior Account Analyst.

I have been an employee of NSL and/or its predecessors for over 20 years in various titles and

capacities, including but not limited to: Customer Service, Office of the Customer Advocate,

Supervisor, Enrollment Processing, and Supervisor, Claims Processing.

4.      In my capacity as a Senior Account Analyst, I have come to know NSL's internal

processes and procedures, including those relating to loan servicing, customer complaints,

regulatory complaints, and complaint resolution. I am also familiar with NSL's record keeping processes, including NSL's imaging repository for customer correspondence.

5.     I have personally reviewed NSL's business records relating to Plaintiff's student loan account at issue in the above-captioned matter and the Complaint filed by Plaintiff. These records were made and prepared by NSL in the regular course of NSL's business, and it was NSL's regular course of business to keep such records, of which I am a joint custodian. It is NSL's policy that these records are updated and maintained to reflect events at or about the time of the events reflected in the records. If called to testify, I could and would competently attest to the facts set forth herein.

6.     NSL was the servicer of Plaintiff's Federal Consolidation[1] student loan, disbursed on April 26, 2006, in the original aggregate principal amount of $23,130.59, identified by NSL account number▮▮▮▮▮2110 (hereinafter, the "Loan"). NSL serviced Plaintiff's Loan from April 26, 2006 (when the Loan was disbursed) until the Loan defaulted, effective April 1, 2016.

7.     NSL maintains records of all outgoing written correspondence that it sends or has sent as part of its loan servicing operations. For example, NSL has a record of sending a letter to Plaintiff on or about June 21, 2010 concerning Plaintiff's request for loan forgiveness. A true and correct, redacted copy of the June 21, 2010 letter is attached to this Declaration as Exhibit One.

8.     I have reviewed Exhibit A attached to Plaintiff's Complaint. Plaintiff's Complaint alleges that Exhibit A is a letter dated March 30, 2009 that he received from NSL f/k/a Sallie Mae, Inc., indicating that the Loan had been discharged and is no longer due and owing. NSL's records indicate that no letter from NSL was sent to Plaintiff on or around March 30, 2009.

---

[1] The Loan consolidated seven Stafford student loans obtained by Plaintiff, disbursed between 1997 and 1999.

9.     Plaintiff's Complaint and Exhibit A allege that NSL forgave Plaintiff's Loan pursuant to an alleged program called the "Sallie Mae Student Loan Cancellation Program." However, neither NSL nor the United States Department of Education ever had a loan forgiveness program called the "Sallie Mae Student Loan Cancellation Program." While certain other programs for the forgiveness, cancellation, or discharge of federal student loans exist, these programs have specific criteria established by the United States Department of Education.

10.     Based on my review of Plaintiff's account records, my experience and knowledge of NSL's loan servicing procedures and record keeping, and my experience and knowledge of federal student loan forgiveness programs, NSL did not draft or send the letter attached to Plaintiff's Complaint as Exhibit A.

11.     Additionally, NSL's business records reflect that Plaintiff submitted an altered version of Exhibit One, also dated June 21, 2010, as an attachment to a complaint submitted in or around April 20, 2018 to Lisa Madigan, Illinois Attorney General, which was subsequently sent to NSL for review and response. A true and correct, redacted copy of the altered letter NSL received from the Illinois Attorney General's Office in connection with Plaintiff's complaint dated April 20, 2018, is attached hereto as Exhibit Two.

12.     Based upon my review of the aforementioned letters, Exhibit Two appears to be nearly identical to Exhibit One, with the only material difference being the addition of the phrase "It appears You have the benefit of Loan Cancellation and our records indicate that You currently have a zero balance" at the end of the middle paragraph. Based on my experience and knowledge of NSL's loan servicing procedures and record keeping, and my experience and knowledge of federal student loan forgiveness programs, NSL did not draft or send the letter identified as Exhibit Two.

3

13.  I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on this 8th day of August 2018.

_____
Michelle Iorio

# EXHIBIT A TO THE COMPLAINT





**PO BOX 9500**
**WILKES-BARRE PA 18773-9500**

888-272-5543

Chitunda Tillman, Sr

Account Number: ████2110-1

Dear Chitunda Tillman Sr,                                            03/30/09

We have received your correspondence and supporting documents regarding your full
Subsidized/Unsubsidized Sallie Mae Student Loans Totaling $23,330.00. According to
our records You have exceeded * the amount of credits needed to qualify for the Sallie
Mae Student Loan Cancellation Program for the following dates of service:

08/95 – 03/97
08/98 – 07/99
04/00 – 04/01
04/02 – 04/03    *07/02 – 07/03
04/03 – 04/04    *07/03 – 07/04
04/04 – 04/05    *07/04 – 07/05 – *07/05 – *07/06 – *07/07

Please consider your Sallie Mae Student Account Number 9407292110-1 Paid in Full. You
currently have a zero balance. If You have any additional questions on our Loan Forgiveness
Program, please don't hesitate to visit us online at www.SallieMae.com, call us toll free at
888-2-Sallie (888-272-5543) or write to us at the address below:

SALLIE MAE
PO BOX 9500
WILKES-BARRE PA 18773-9500

Please be sure to provide your account number to us for prompt service.

Sincerely,

Customer Service

LGF

# EXHIBIT ONE

**SallieMae**
www.SallieMae.com

PO BOX 9500
WILKES-BARRE PA 18773-9500                                      888-272-5543

June 21, 2010

Chitunda Tillman, Sr.

███████████████████████

                                              RE: ████2110

Dear Chitunda Tillman:

Thank you for contacting us with your concerns about your Sallie Mae account. You are a
valued customer, and we have researched your request regarding information on the Public-
Service Loan Forgiveness Program.

Unfortunately, the only loans that are eligible for the Public-Service Loan Forgiveness Program
are loans disbursed under the Direct Lending program. This particular loan forgiveness program
is not offered by Sallie Mae. We apologize for any inconvenience. You may contact the U.S.
Department of Education's Direct Lending Program at 800-557-7392 for more information on
this program.

You're welcome to contact us with any questions you may have. Visit us online at
www.SallieMae.com, call us toll free at 888-2-SALLIE (888-272-5543), or write to us at the
address on this letterhead. Be sure to provide your account number in order to help us serve you
better.

Sincerely,

Customer Service
Sallie Mae

LGF

# EXHIBIT TWO

**SallieMae**
www.SallieMae.com

**PO BOX 9500**
**WILKES-BARRE PA 18773-9500**                                           888-272-5543

June 21, 2010

Chitunda Tillman, Sr.

                                                    RE: ███████2110

Dear Chitunda Tillman:

Thank you for contacting us with your concerns about your Sallie Mae account. You are a valued customer, and we have researched your request regarding information on the Public-Service Loan Forgiveness Program.

Unfortunately, the only loans that are eligible for the Public-Service Loan Forgiveness Program are loans disbursed under the Direct Lending program. This particular loan forgiveness program is not offered by Sallie Mae. We apologize for any inconvenience. You may contact the U. S. Department of Education's Direct Lending Program at 800-557-7392 for more information on this program. It appears You have the benefit of Loan Cancellation and our records indicate that You currently have a zero balance.

You're welcome to contact us with any questions you may have. Visit us online at www.SallieMae.com, call us toll free at 888-2-SALLIE (888-272-5543), or write to us at the address on this letterhead. Be sure to provide your account number in order to help us serve you better.

Sincerely,

Customer Service
Sallie Mae

LGF

# EXHIBIT II

**SallieMae**
www.SallieMae.com

PO BOX 9500
WILKES-BARRE PA 18773-9500

888-272-5543

June 21, 2010

Chitunda Tillman, Sr.

RE: ▓2110

Dear Chitunda Tillman:

Thank you for contacting us with your concerns about your Sallie Mae account. You are a valued customer, and we have researched your request regarding information on the Public-Service Loan Forgiveness Program.

Unfortunately, the only loans that are eligible for the Public-Service Loan Forgiveness Program are loans disbursed under the Direct Lending program. This particular loan forgiveness program is not offered by Sallie Mae. We apologize for any inconvenience. You may contact the U. S. Department of Education's Direct Lending Program at 800-557-7392 for more information on this program.

You're welcome to contact us with any questions you may have. Visit us online at www.SallieMae.com, call us toll free at **888-2-SALLIE (888-272-5543)**, or write to us at the address on this letterhead. Be sure to provide your account number in order to help us serve you better.

Sincerely,

Customer Service
Sallie Mae

LGF

# EXHIBIT III

**Sallie Mae**
www.SallieMae.com

**PO BOX 9500**
**WILKES-BARRE PA 18773-9500**                                   888-272-5543

June 21, 2010

Chitunda Tillman, Sr.

███████████████

                                        RE: ████2110

Dear Chitunda Tillman:

Thank you for contacting us with your concerns about your Sallie Mae account. You are a valued customer. and we have researched your request regarding information on the Public-Service Loan Forgiveness Program.

Unfortunately, the only loans that are eligible for the Public-Service Loan Forgiveness Program are loans disbursed under the Direct Lending program. This particular loan forgiveness program is not offered by Sallie Mae. We apologize for any inconvenience. You may contact the U. S. Department of Education's Direct Lending Program at 800-557-7392 for more information on this program. It appears You have the benefit of Loan Cancellation and our records indicate that You currently have a zero balance.

You're welcome to contact us with any questions you may have. Visit us online at www.SallieMae.com, call us toll free at 888-2-SALLIE (888-272-5543), or write to us at the address on this letterhead. Be sure to provide your account number in order to help us serve you better.

Sincerely,

Customer Service
Sallie Mae

LGF